UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNIFER MEDLEY** | **CIVIL ACTION** |
| | **DOCKET NO. 09-4570-CJB-DEK** |
| **VERSUS** | |
| | **JUDGE CARL BARBIER** |
| **LOUISIANA STATE DEPARTMENT OF JUSTICE** | **MAGISTRATE JUDGE DANIEL E. KNOWLES, III** |

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant, **Louisiana Department of Justice**, who moves this Court, in accordance with Federal Rule of Civil Procedure 56, to grant summary judgment in favor of the defendant for the reasons more fully explained in the attached Memorandum in Support of Defendant's Motion for Summary Judgment and dismiss Plaintiff's claims, with prejudice.

Respectfully Submitted:

**JAMES D. "BUDDY' CALDWELL**
**ATTORNEY GENERAL**

**CLATYON & FRUGE**
ANTONIO M. CLAYTON, Bar Roll #21191
Special Assistant Attorney General
607 N. Alexander Avenue
Port Allen, Louisiana 70767
Telephone:  (225) 344-7000
Facsimile:   (225) 393-7631
tclayton@aol.com
**--and---**

**SHOWS, CALI, BERTHELOT & WALSH, LLP**

 _/s Amy L. McInnis_____
E. Wade Shows, La. Bar Roll No. 7367
Amy L. McInnis, La. Bar Roll No. 29337
*Special Assistant Attorneys General*
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile:  (225) 346-1467
ews@scbllp.com
amym@scbllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2010, a copy of the foregoing *Motion for Summary Judgment* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

*s/ Amy L, McInnis*
**Amy L. McInnis**