UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNIFER MEDLEY** | **CIVIL ACTION** |
| | **DOCKET NO. 09-4570-CJB-DEK** |
| **VERSUS** | |
| | **JUDGE CARL BARBIER** |
| **LOUISIANA STATE** | |
| | **MAGISTRATE JUDGE** |
| **DEPARTMENT OF JUSTICE** | **DANIEL E. KNOWLES, III** |

### ORDER

CONSIDERING THE ABOVE AND FOREGOING, it is hereby ORDERED that Defendant Louisiana Department of Justice's Motion for Summary Judgment is hereby granted and plaintiff Jennifer Medley's claims are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**JUDGE CARL BARBIER**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**