UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNIFER MEDLEY** | **CIVIL ACTION** |
| | **DOCKET NO. 09-4570-CJB-DEK** |
| **VERSUS** | |
| | **JUDGE CARL BARBIER** |
| **LOUISIANA STATE DEPARTMENT OF JUSTICE** | **MAGISTRATE JUDGE DANIEL E. KNOWLES, III** |

### AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the above Parish and State, personally came and appeared

### ROBERT E. HARROUN, III

the undersigned, who being by me first duly sworn, did depose and say that he is employed as the Director of the Litigation Division for the Louisiana Department of Justice, Office of the Attorney General, and that appearer is duly qualified and authorized to make this affidavit;

That employment decisions within the Department of Justice, such as hiring and compensation, are made on an individualized basis, taking into account specialization, expertise, experience, market factors, productivity, departmental needs, personality, work ethic and budget limitations.

That there are no fixed employee categories within the Department of Justice.

That the Louisiana Attorney General has discretion to give salary increases.

That the plaintiff herein was employed by the Louisiana Department of Justice, Office of the Attorney General, as an Assistant Attorney General in the Litigation Division from June 7, 2004 until September 4, 2009, and that the plaintiff's starting salary was $40,000.22.

That, during her employment with the Department of Justice, plaintiff received no salary increases based on meritorious work performance, as her performance had not warranted additional salary increases above and beyond department-wide salary increases.

That on April 22, 2008, plaintiff submitted a request for a salary increase styled as a "cost of living adjustment" in which she requested an increase from her then-salary of $50,000.00 to $60,000.00.

That plaintiff's aforementioned request for salary increase contained no merit-based justification for the requested increase, nor did it suggest any disparity in pay based on either race or gender.

That plaintiff's request for salary increase was referred to the administration division for consideration.

That Louisiana Department of Justice received a Notice of Charge of Discrimination from the Equal Employment Opportunity Commission, dated November 4, 2008, advising that on November 3, 2008, plaintiff had filed a charge of employment discrimination against the Department, alleging that she was paid less than similarly situated employees and that she believed that she was being discriminated against on the basis of race and gender.

That on December 3, 2008, the Department of Justice responded to the EEOC charge, denying that plaintiff was paid less than similarly situated employees and denying that plaintiff had been discriminated against on the basis of race or gender.

That on August 26, 2009, Plaintiff submitted a letter of resignation, voluntarily terminating her employment with the Louisiana Department of Justice, effective September 4, 2009.

That Phyllis E. Glazer, a white female, is employed as an Assistant Attorney General in the New Orleans Litigation Division of the Department of Justice.

That Raquelle "Kelly" Badeaux-Phillips, a white female, is employed as an Assistant Attorney General in the New Orleans Litigation Division of the Department of Justice.

That Anthony Winters, a black male, is employed as an Assistant Attorney General in the Gaming Division of the Department of Justice.

That Matthew Derbes, a white male, is employed as an Assistant Attorney General in the Criminal Division of the Department of Justice.

That Michael Menasco, a white male, is employed as an Assistant Attorney General in the New Orleans Litigation Division of the Department of Justice.

That John Sudderth, a white male, is employed as an Assistant Attorney General in the New Orleans Litigation Division of the Department of Justice.

That Tanya Irvin, a black female, is employed as an Assistant Attorney General in the New Orleans Litigation Division of the Department of Justice.

That this Affidavit is based on facts of the affiant's own personal knowledge and that all allegations contained in defendant's Motion for Summary Judgment, Memorandum in Support of Motion for Summary Judgment, Statement of Uncontested Facts and this Affidavit are true and correct to the best of affiant's information, knowledge and belief;

That this Affidavit is submitted in support of defendant, Louisiana Department of Justice's Motion for Summary Judgment.

**LOUISIANA DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**

By: _____
Robert E. Harroun, III

SWORN TO AND SUBSCRIBED BEFORE ME, Notary Public, on this 9th day of September, 2010.

_____
Bridget B. Denicola, Notary Public
La. Bar Roll Number 27433