# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNIFER MEDLEY** | **CIVIL ACTION** |
| | **DOCKET NO. 09-4570-CJB-DEK** |
| **VERSUS** | |
| | **JUDGE CARL BARBIER** |
| **LOUISIANA STATE** | |
| | **MAGISTRATE JUDGE** |
| **DEPARTMENT OF JUSTICE** | **DANIEL E. KNOWLES, III** |

## A F F I D A V I T

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

    BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the above Parish and State, personally came and appeared

## NEOMIE SAVOY

the undersigned, who being by me first duly sworn, did depose and say that she is employed as a Human Resources Manager for the Louisiana Department of Justice, Office of the Attorney General, and that appearer is duly qualified and authorized to make this affidavit;

    That the undersigned has the care, custody and control of the personnel and salary files of all employees of the Louisiana Department of Justice, including but not limited to those of the plaintiff herein as well as any and all employees whose personnel and salary information is referenced herein and presented in support of defendant Louisiana Department of Justice's instant Motion for Summary Judgment.

    That the plaintiff's starting salary was $40,000.22.

    That on September 12, 2005, all Department of Justice employees received a department-wide salary increase, including Plaintiff, whose salary increase in the amount of $1,999.62 (or 5%) raised her salary from $40,000.22 to $42,000.14.

That on August 28, 2006, all Department of Justice employees received a department-wide salary increase, including Plaintiff, whose salary increase in the amount of $1,680.12 (or 4%) raised her salary from $42,000.14 to $43,680.26.

That on July 1, 2007, all Department of Justice employees received a department-wide salary increase including Plaintiff, whose salary increase in the amount of $1,497.60 (3%) raised her salary from $43,680.26 to $45,177.86.

That on August 27, 2007, all Department of Justice employees received a department-wide salary increase including Plaintiff, whose salary increase in the amount of $1,806.74 (4%) raised her salary from $45,177.86 to $46,984.60.

That on April 7, 2008, all Department of Justice employees received a department-wide salary increase, including Plaintiff, whose salary increase in the amount of $3,015.48 (6%) raised her salary from $46, 984.60 to $50,000.08.

That the following documents constitute memoranda, reports, records or data compilations of acts, events, conditions, opinions, or diagnoses, made at or near the time by, or from information transmitted by, a person with knowledge, kept in the course of regularly conducted business activity and that it was the regular practice of that business activity to make the memoranda, reports, record and data compilations, including, but not limited to the documents identified below:

Exhibit "A" -- Request to Fill a Position – Jennifer Medley, July 11, 2004

Exhibit "B" -- LADOJ N.O. Litigation Attorneys from 1/1/2006 to 3/15/2010

Exhibit "C" -- Application for Employment – Jennifer Medley, February 22, 2004

Exhibit "D" -- Resume – Jennifer Medley, May 21, 2004

Exhibit "E" -- Letter of Resignation, August 26, 2009

Exhibit "F" -- Recommendations for Salary Change- Jennifer Medley, various dates
(in globo)

Exhibit "G" -- Memorandum from Jennifer Medley to Stephen Babin, 22, 2008

Exhibit "H" -- EEOC Charge of Discrimination, No. 461-2009-00223, November 3, 2008

Exhibit "I" -- EEOC Notice of Charge of Discrimination, No. 461-2009-00223,
November 4, 2008

Exhibit "J" -- Notice of Right to Sue, No. 461-2009-00223, May 28, 2009

Exhibit "L"  --  Consent to Background Check – Anthony Winters, September 20, 2006

Exhibit "M" --  Request to Fill a Position – Anthony D. Winters, October 2, 2006

Exhibit "N"  --  Recommendations for Salary Change –Anthony D. Winters
various dates (in globo)

Exhibit "O" --  Request to Fill a Position – Phyllis E. Glazer, April 6, 2004

Exhibit "P" --  Recommendations for Salary Change – Phyllis E. Glazer, various dates
(in globo)

Exhibit "Q"--  Pre-Employment Questionnaire – Raquelle "Kelly" M. Badeaux-Phillips,
February 28, 2005

Exhibit "R" --  Pre- Employment Questionnaire – Michael Eichhorn Menasco, Jr.
August 26, 2008

Exhibit "S" --  Resume – Michael E. Menasco, Jr.

Exhibit "T"  -- Application for Employment – John E. Sudderth , September 20, 2005

Exhibit "U"  -- Resume – John E. Sudderth

Exhibit "V"  -- Request to Fill a Position – Matthew Derbes, October 20, 2006

Exhibit "W" -- Pre-Employment Questionnaire – Matthew Derbes

Exhibit "X" --  Louisiana Department of Justice Policy and Procedure Manual, August 7,
2000 (excerpts only)

Exhibit "Y" -- Recommendations for Salary Change – Matthew Derbes, various dates
(in globo)

Exhibit "Z"  --  Request to Fill a Position – Raquelle M. Badeaux-Phillips, April 6, 2005

Exhibit "AA" -- Recommendation for Salary Change – Raquelle M. Badeaux-Phillips,
various dates (in globo)

and therefore makes this Affidavit based on facts of her own personal knowledge; and that the above-referenced documents, attached to defendant's motion for summary judgment, are true and correct copies of the documents in the business files maintained by affiant in the course and scope of business.

This Affidavit is submitted in support of defendant, Louisiana Department of Justice's petition and allegation that defendant is entitled to judgment on its claim as a matter of law.

**LOUISIANA DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**

By: _____
       Neomie Savoy, Human Resources Manager


SWORN TO AND SUBSCRIBED BEFORE ME, Notary Public, on this ___9th___ day of

_____, 2010.


_____
Bridget B. Denicola, Notary Public
La. Bar Roll Number 27433