# REQUEST TO FILL A POSITION

**APPLICANT:** JENNIFER M. MEDLEY

**TITLE:** ASSISTANT ATTORNEY GENERAL

**SECTION:** NEW ORLEANS

**DIVISION:** LITIGATION

**PROGRAM:** LITIGATION

**POSITION:** ___ NEW   **SALARY** $40,000 ANNUALLY   **DATE OF HIRE** 06/07/2004
XX EXISTING

**PREVIOUS INCUMBENT:** TRACY OWENS

---

**POSITION:**
- AUTHORIZED  XX
- WAGE
- OTHER CHGS
- STUDENT
- SUMMER EMP

**FUNDED POSITION**
YES XX   NO ___

POSITION #: 157172
CLASS CODE  500720
BI-WEEKLY:

**FUNDS AVAILABLE (DIV/SEC)**

YES ✓   NO ___

ORG. CODE: 6102
REPORTING CODE: 1410017
COMMENTS:

TIME ENTRY #010

---

_[signature]_ 6/9/04
PERSONNEL ANALYST   DATE

_[signature]_ 7/11/04
DEPUTY DIRECTOR/ADM. SER.   DATE

APPROVED:

_[signature]_
NICHOLAS GACHASSIN   DATE
FIRST ASST. ATTORNEY GENERAL

_[signature]_
CHARLES C. FOTI, JR.   DATE
ATTORNEY GENERAL

**EXHIBIT A**