# LADOJ N.O. Litigation Attorneys from 1/1/2006 to 3/15/2010

| Name | Division | Job Title | Race | Hire Date | Term Date | Bar Admit | Beg Salary | Annual Salary |
|---|---|---|---|---|---|---|---|---|
| Alario, II, Alan | Litigation | AAG | White | 02/20/2006 | 10/19/2006 | 10/06/2000 | $40,000.00 | $0.00 |
| | | | | | | | 02/20/2006 | $40,000.00 |
| | | | | | | | 10/19/2006 | $0.00 |
| Aucoin, Shelley | Litigation | AAG | White | 07/16/2009 | | 10/22/2009 | $24,960.00 | $50,000.08 |
| | | | | | | | 05/19/2008 | $20,800.00 |
| | | | | | | | 06/16/2008 | $27,872.00 |
| | | | | | | | 07/25/2008 | $0.00 |
| | | | | | | | 07/16/2009 | $35,000.16 |
| | | | | | | | 10/23/2009 | $50,000.08 |
| Badeaux-Phillips, Raquelle | Litigation | AAG | White | 05/02/2005 | | 10/15/1999 | $52,000.00 | $65,720.20 |
| | | | | | | | 05/02/2005 | $52,000.00 |
| | | | | | | | 08/28/2006 | $54,080.00 |
| | | | | | | | 07/01/2007 | $55,577.60 |
| | | | | | | | 08/27/2007 | $62,000.12 |
| | | | | | | | 04/07/2008 | $65,720.20 |
| Bains, David | Litigation | AAG | White | 01/08/2001 | 08/11/2006 | 10/01/1975 | $60,000.00 | $0.00 |
| | | | | | | | 01/08/2001 | $60,000.00 |
| | | | | | | | 10/15/2001 | $61,500.24 |
| | | | | | | | 01/19/2004 | $65,000.00 |
| | | | | | | | 09/12/2005 | $68,000.00 |
| | | | | | | | 08/11/2006 | $0.00 |
| Brahney, Thomas | Litigation | AAG | Hispanic | 05/03/2004 | | 10/06/2000 | $47,500.18 | $59,548.84 |



EXHIBIT B

Print Date: 4/14/2010 2:56:40 PM

# LADOJ N.O. Litigation Attorneys from 1/1/2006 to 3/15/2010

| Name | Division | Job Title | Race | Hire Date | Term Date | Bar Admit | Beg Salary | Annual Salary |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 05/03/2004 | | $47,500.18 |
| | | | | | | 09/12/2005 | | $50,500.00 |
| | | | | | | 08/28/2006 | | $52,520.26 |
| | | | | | | 07/01/2007 | | $54,017.86 |
| | | | | | | 08/27/2007 | | $56,178.20 |
| | | | | | | 04/07/2008 | | $59,548.84 |
| Culver, Jr., William | Litigation | AAG | White | 05/19/1998 | | 04/24/1981 | $50,000.00 | $77,548.90 |
| | | | | | | 10/15/2001 | | $59,200.20 |
| | | | | | | 01/19/2004 | | $63,200.00 |
| | | | | | | 09/12/2005 | | $66,200.00 |
| | | | | | | 08/28/2006 | | $68,848.26 |
| | | | | | | 07/01/2007 | | $70,345.86 |
| | | | | | | 08/27/2007 | | $73,159.32 |
| | | | | | | 04/07/2008 | | $77,548.90 |
| Danielson, Jr., Allen | Litigation | AAG | White | 04/03/1995 | | 09/09/1971 | $60,000.00 | $90,504.18 |
| | | | | | | 10/15/2001 | | $74,000.16 |
| | | | | | | 01/19/2004 | | $76,000.00 |
| | | | | | | 09/12/2005 | | $77,500.00 |
| | | | | | | 08/28/2006 | | $80,600.26 |
| | | | | | | 07/01/2007 | | $82,097.86 |
| | | | | | | 08/27/2007 | | $85,381.40 |
| | | | | | | 04/07/2008 | | $90,504.18 |
| Feist, Pauline | Litigation | AAG | Black | 08/27/2001 | 05/15/2009 | 04/19/1996 | $45,500.00 | $0.00 |

# LADOJ N.O. Litigation Attorneys from 1/1/2006 to 3/15/2010

| Name | Division | Job Title | Race | Hire Date | Term Date | Bar Admit | Beg Salary | Annual Salary |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 08/27/2001 | $45,500.04 |
| | | | | | | | 01/19/2004 | $48,500.00 |
| | | | | | | | 09/12/2005 | $50,000.00 |
| | | | | | | | 08/28/2006 | $52,000.26 |
| | | | | | | | 07/01/2007 | $53,497.86 |
| | | | | | | | 08/27/2007 | $55,637.40 |
| | | | | | | | 04/07/2008 | $58,975.54 |
| | | | | | | | 05/15/2009 | $0.00 |
| Finkelstein, Bob | Litigation | AAG | White | 02/11/2008 | | 10/17/1980 | $65,000.00 | $68,900.00 |
| | | | | | | | 02/11/2008 | $65,000.00 |
| | | | | | | | 04/07/2008 | $68,900.00 |
| Florence, Sharon | Litigation | AAG | Black | 06/22/2009 | | 10/23/2008 | $50,000.08 | $50,000.08 |
| | | | | | | | 06/22/2009 | $50,000.08 |
| Glazer, Phyllis | Litigation | AAG | White | 10/31/2005 | | 10/28/2005 | $40,000.00 | $52,810.68 |
| | | | | | | | 03/31/2004 | $14,560.00 |
| | | | | | | | 05/24/2004 | $20,800.00 |
| | | | | | | | 10/31/2005 | $40,000.00 |
| | | | | | | | 08/28/2006 | $41,600.26 |
| | | | | | | | 07/01/2007 | $43,097.86 |
| | | | | | | | 08/27/2007 | $44,821.40 |
| | | | | | | | 01/28/2008 | $49,821.20 |
| | | | | | | | 04/07/2008 | $52,810.68 |
| Grinstead, Philbert | Litigation | AAG | Black | 01/05/2004 | 03/07/2006 | 04/01/2003 | $35,000.16 | $0.00 |
| | | | | | | | 01/05/2004 | $35,000.16 |
| | | | | | | | 09/12/2005 | $40,000.00 |
| | | | | | | | 03/07/2006 | $0.00 |

# LADOJ N.O. Litigation Attorneys from 1/1/2006 to 3/15/2010

| Name | Division | Job Title | Race | Hire Date | Term Date | Bar Admit | Beg Salary | Annual Salary |
|---|---|---|---|---|---|---|---|---|
| Guest, Lance | Litigation | AAG | White | 04/16/1999 | | 09/07/1996 | $24,000.00 | $62,415.08 |
| | | | | | | 10/15/2001 | | $41,500.16 |
| | | | | | | 01/25/2005 | | $50,000.00 |
| | | | | | | 09/12/2005 | | $53,000.00 |
| | | | | | | 08/28/2006 | | $55,120.26 |
| | | | | | | 07/01/2007 | | $56,617.86 |
| | | | | | | 08/27/2007 | | $58,882.20 |
| | | | | | | 04/07/2008 | | $62,415.08 |
| Hill, Kevin | Litigation | AAG | Black | 09/29/2008 | | 10/01/1999 | $60,000.20 | $63,000.08 |
| | | | | | | 09/29/2008 | | $60,000.20 |
| | | | | | | 11/30/2009 | | $63,000.08 |
| Huffman, Cherie | Litigation | AAG | White | 12/08/2003 | 10/19/2007 | 10/01/1992 | $55,000.14 | $0.00 |
| | | | | | | 12/08/2003 | | $55,000.08 |
| | | | | | | 01/19/2004 | | $56,000.00 |
| | | | | | | 09/12/2005 | | $59,000.00 |
| | | | | | | 08/28/2006 | | $61,360.26 |
| | | | | | | 07/01/2007 | | $62,857.86 |
| | | | | | | 08/27/2007 | | $65,371.80 |
| | | | | | | 10/19/2007 | | $0.00 |
| Irvin, Tanya | Litigation | AAG | Black | 01/05/2009 | | 12/01/2002 | $50,000.08 | $54,000.18 |
| | | | | | | 01/05/2009 | | $50,000.08 |
| | | | | | | 11/30/2009 | | $54,000.18 |
| Keller, Michael | Litigation | AAG | White | 02/13/1989 | | 10/11/1991 | $25,000.00 | $67,001.22 |

# LADOJ N.O. Litigation Attorneys from 1/1/2006 to 3/15/2010

| Name | Division | Job Title | Race | Hire Date | Term Date | Bar Admit | Beg Salary | Annual Salary |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 10/15/2001 | $52,000.08 |
| | | | | | | | 01/19/2004 | $55,000.00 |
| | | | | | | | 09/12/2005 | $57,000.00 |
| | | | | | | | 08/28/2006 | $59,280.26 |
| | | | | | | | 07/01/2007 | $60,777.86 |
| | | | | | | | 08/27/2007 | $63,208.60 |
| | | | | | | | 04/07/2008 | $67,001.22 |
| LaBruzzo, Frank | Litigation | AAG | White | 09/19/2005 | 10/10/2008 | 09/01/2000 | $40,000.00 | $0.00 |
| | | | | | | | 09/19/2005 | $40,000.00 |
| | | | | | | | 08/28/2006 | $45,000.28 |
| | | | | | | | 07/01/2007 | $46,497.88 |
| | | | | | | | 08/27/2007 | $48,357.40 |
| | | | | | | | 04/07/2008 | $51,258.74 |
| | | | | | | | 10/10/2008 | $0.00 |
| Lafaye, Susan | Litigation | AAG | White | 02/26/2007 | | 04/12/1985 | $40,000.00 | $69,193.80 |
| | | | | | | | 10/15/2001 | $56,500.08 |
| | | | | | | | 01/19/2004 | $59,500.00 |
| | | | | | | | 09/12/2005 | $62,500.00 |
| | | | | | | | 10/28/2005 | $0.00 |
| | | | | | | | 02/26/2007 | $62,500.00 |
| | | | | | | | 07/01/2007 | $63,997.70 |
| | | | | | | | 08/27/2007 | $65,277.16 |
| | | | | | | | 04/07/2008 | $69,193.80 |
| Landry, Don | Litigation | AAG | White | 09/29/2008 | | 10/01/1994 | $60,000.20 | $60,000.20 |
| | | | | | | | 09/29/2008 | $60,000.20 |
| LeCompte, Stacy | Litigation | AAG | White | 06/19/2006 | 06/13/2008 | 10/01/1999 | $52,000.00 | $0.00 |

# LADOJ N.O. Litigation Attorneys from 1/1/2006 to 3/15/2010

| Name | Division | Job Title | Race | Hire Date | Term Date | Bar Admit | Beg Salary | Annual Salary |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 06/19/2006 | $52,000.00 |
| | | | | | | | 06/19/2007 | $54,080.00 |
| | | | | | | | 07/01/2007 | $55,577.60 |
| | | | | | | | 04/07/2008 | $58,912.36 |
| | | | | | | | 06/13/2008 | $0.00 |
| Logan, Kathi | Litigation | AAG | White | 05/03/2004 | | 10/11/1991 | $50,000.08 | $65,720.20 |
| | | | | | | | 05/03/2004 | $47,500.08 |
| | | | | | | | 05/04/2004 | $50,000.08 |
| | | | | | | | 09/12/2005 | $53,000.00 |
| | | | | | | | 08/28/2006 | $55,120.26 |
| | | | | | | | 07/01/2007 | $56,617.86 |
| | | | | | | | 08/27/2007 | $58,882.20 |
| | | | | | | | 04/07/2008 | $62,415.08 |
| | | | | | | | 11/30/2009 | $65,720.20 |
| Maher Jr.,, John | Litigation | AAG | White | 02/15/2007 | 08/21/2009 | 05/01/1976 | $60,000.20 | $0.00 |
| | | | | | | | 02/15/2007 | $60,000.20 |
| | | | | | | | 07/01/2007 | $61,497.80 |
| | | | | | | | 08/27/2007 | $62,727.34 |
| | | | | | | | 04/07/2008 | $66,490.84 |
| | | | | | | | 08/21/2009 | $0.00 |
| McGaw, Thomas | Litigation | AAG | White | 10/20/2003 | | 05/01/1980 | $60,000.00 | $76,172.46 |

# LADOJ N.O. Litigation Attorneys from 1/1/2006 to 3/15/2010

| Name | Division | Job Title | Race | Hire Date | Term Date | Bar Admit | Beg Salary | Annual Salary |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 10/20/2003 | $60,000.24 |
|  |  |  |  |  |  |  | 01/19/2004 | $62,000.00 |
|  |  |  |  |  |  |  | 09/12/2005 | $65,000.00 |
|  |  |  |  |  |  |  | 08/28/2006 | $67,600.00 |
|  |  |  |  |  |  |  | 07/01/2007 | $69,097.60 |
|  |  |  |  |  |  |  | 08/27/2007 | $71,860.88 |
|  |  |  |  |  |  |  | 04/07/2008 | $76,172.46 |
| Medley, Jennifer | Litigation | AAG | Black | 06/07/2004 | 09/04/2009 | 10/18/2002 | $40,000.00 | $0.00 |
|  |  |  |  |  |  |  | 06/07/2004 | $40,000.00 |
|  |  |  |  |  |  |  | 09/12/2005 | $42,000.00 |
|  |  |  |  |  |  |  | 08/28/2006 | $43,680.26 |
|  |  |  |  |  |  |  | 07/01/2007 | $45,177.86 |
|  |  |  |  |  |  |  | 08/27/2007 | $46,984.60 |
|  |  |  |  |  |  |  | 04/07/2008 | $50,000.08 |
|  |  |  |  |  |  |  | 09/04/2009 | $0.00 |
| Menasco, Michael | Litigation | AAG | White | 11/07/2008 |  | 04/01/2003 | $54,000.18 | $54,000.18 |
|  |  |  |  |  |  |  | 11/07/2008 | $54,000.18 |
| Pellerin, Marguerite | Litigation | AAG | White | 04/11/1994 |  | 10/30/1978 | $40,992.00 | $81,790.80 |
|  |  |  |  |  |  |  | 10/15/2001 | $63,900.24 |
|  |  |  |  |  |  |  | 01/19/2004 | $66,900.00 |
|  |  |  |  |  |  |  | 09/12/2005 | $69,900.00 |
|  |  |  |  |  |  |  | 08/28/2006 | $72,696.26 |
|  |  |  |  |  |  |  | 07/01/2007 | $74,193.86 |
|  |  |  |  |  |  |  | 08/27/2007 | $77,161.24 |
|  |  |  |  |  |  |  | 04/07/2008 | $81,790.80 |
| Pitard, Andree | Litigation | AAG | White | 03/27/1995 |  | 10/17/1980 | $45,000.00 | $79,406.34 |

# LADOJ N.O. Litigation Attorneys from 1/1/2006 to 3/15/2010

| Name | Division | Job Title | Race | Hire Date | Term Date | Bar Admit | Beg Salary | Annual Salary |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 03/01/2001 | $60,320.04 |
| | | | | | | | 04/16/2001 | $62,319.96 |
| | | | | | | | 01/19/2004 | $64,820.00 |
| | | | | | | | 09/12/2005 | $67,820.00 |
| | | | | | | | 08/28/2006 | $70,533.32 |
| | | | | | | | 07/01/2007 | $72,030.92 |
| | | | | | | | 08/27/2007 | $74,911.72 |
| | | | | | | | 04/07/2008 | $79,406.34 |
| Scott, Sharry | Litigation | AAG | White | 05/24/2004 | | 10/01/2001 | $47,500.18 | $59,548.84 |
| | | | | | | | 05/24/2004 | $47,500.18 |
| | | | | | | | 09/12/2005 | $50,500.00 |
| | | | | | | | 08/28/2006 | $52,520.26 |
| | | | | | | | 07/01/2007 | $54,017.86 |
| | | | | | | | 08/27/2007 | $56,178.20 |
| | | | | | | | 04/07/2008 | $59,548.84 |
| Simon, Taylor | Litigation | AAG | White | 05/22/2007 | 05/14/2009 | | $20,800.00 | $50,000.08 |
| | | | | | | | 05/22/2007 | $20,800.00 |
| | | | | | | | 08/27/2007 | $24,960.00 |
| | | | | | | | 07/27/2009 | $50,000.08 |
| Sudderth, John | Litigation | AAG | White | 10/10/2005 | | 02/01/1993 | $50,000.00 | $65,007.80 |
| | | | | | | | 10/10/2005 | $50,000.00 |
| | | | | | | | 08/28/2006 | $52,000.26 |
| | | | | | | | 04/16/2007 | $57,000.32 |
| | | | | | | | 07/01/2007 | $58,497.92 |
| | | | | | | | 04/07/2008 | $62,007.92 |
| | | | | | | | 11/30/2009 | $65,007.80 |

# LADOJ N.O. Litigation Attorneys from 1/1/2006 to 3/15/2010

| Name | Division | Job Title | Race | Hire Date | Term Date | Bar Admit | Beg Salary | Annual Salary |
|---|---|---|---|---|---|---|---|---|
| Urrutia, Rebecca | Litigation | AAG | White | 07/05/2006 | | 04/11/2003 | $52,000.00 | $58,975.54 |
| | | | | | | | 07/05/2006 | $52,000.00 |
| | | | | | | | 07/01/2007 | $53,497.60 |
| | | | | | | | 07/05/2007 | $55,637.40 |
| | | | | | | | 04/07/2008 | $58,975.54 |