DATE: 2/22/04

**Position(s) Applied For:**

Attorney

**State of Louisiana**
**Department of Justice**
**Attorney General's Office**

## APPLICATION FOR EMPLOYMENT

**Instructions:** This application is to be filled out by all applicants, regardless of position applied for. Please answer *all* questions completely and either type or print your answers neatly. Failure to do so may cause your application to be delayed or rejected.

### I. Personal Data

| (Last) | (First) | (Middle) | Social Security # | Date of Birth |
|---|---|---|---|---|
| MEDLEY | JENNIFER | M | ████ 3711 | ██ 1/76 |

| Street Address of Box Number | City/Town | State | Zip Code |
|---|---|---|---|
| ████████ | New Orleans | LA | 70126 |

| Home Phone Number | Work Phone Number | Parish of Residence |
|---|---|---|
| ████████ | 504 495 1385 (cell) | Orleans |

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|
| 5' 4" | 145 lbs. | brown | brown |

| Driver's License Number | State Issued |
|---|---|
| ████████ | LA |

**Sex (Check One)**
Male ___
Female ✓

**Race (Check One)**
___ American Indian
✓ African American
___ Caucasian
___ Asian/Pacific Is.
___ Hispanic
___ Other

**Place Of Birth**
New Orleans City
Orleans Parish/County
Louisiana State

**Marital Status (Check One)**
___ Married
✓ Single
___ Divorced
___ Widowed
___ Separated

**Emergency Contact Information**
Name Yolande Medley
Phone Number 504 949-1591
Relationship Grandmother

Please answer the following questions by circling either "yes" or "no":

| Question | | |
|---|---|---|
| Will you accept employment anywhere in the state? If not, list area or parish where you will work? | Yes | **No** |
| Orleans (preferred) | | |
| Will you accept permanent employment? | **Yes** | No |
| Will you accept temporary employment? | Yes | **No** |
| Will you accept part-time employment? | Yes | **No** |
| May inquiry be made of your present employer concerning your character, qualifications, etc.? | **Yes** | No |



EXHIBIT
C

### 3. Graduate School

Type of Degree Earned:  MA  MS  PhD  (circle one)  ~~JD~~

| School name and location | Dates Attended | | Credit Hours | | Degree and Date Received |
|---|---|---|---|---|---|
| | From | To | Semester | Quarter | |
| Southern Univ. Law School Baton Rouge, LA | 8/99 | 5/02 | required amount | | JD 5/02 |
| | | | | | |
| | | | | | |

| Principal Graduate Subjects | | Credit Hours | |
|---|---|---|---|
| | | Semester | Quarter |
| | | | |
| | | | |
| | | | |

### 4. Other Schools

Please list any other schools attended (business, trade, military, etc.).  Be sure to include the name and address of each school, dates attended, type of course, and diploma or certificate received.  If no diploma or certificate, indicate whether or not you completed the course:

Loyola University Institute of Politics - October 2003 - March 2004 ; fellowship program trains you to run a campaign for public office.

## VII. Employment/Experience

Start with your present or most recent position and work back.  If your military service is related to the position for which you are applying, include it in a separate block in its proper sequence.  Use separate blocks if your duties changed materially while working for the same employer.  Treat each change as a separate position.  If more blocks are needed, use a separate sheet of paper the same size as the application.  Be sure to include the same information that is asked for in the experience blocks shown below:

| Date of Employment | | Type of Business | Your Title/Position |
|---|---|---|---|
| From (Mo./Yr.) | To (Mo./Yr.) | Law Firm | Contract Attorney |
| 12 03 | Present | | |

| Firm Name | Address | City/Street |
|---|---|---|
| O'Quinn, Laminack, & Pirtle | 2752 Canal St. | N.O. LA |

| Name and Title of Supervisor | Hours Per Week | Begin Salary | End Salary |
|---|---|---|---|
| Becky Urrutia | 25 | 50 per hr | Same |

| Number of employees you supervised (if applicable) | Reason for Leaving |
|---|---|
| | |

Describe your work in detail:

presents 100+ plaintiffs for depositions in Diet Drug Litigation. Each client must be prepped for 1 hour prior to deposition. Research on diet drug medications and their effects on human health, heart valve regurgitation & PPH

---

| Date of Employment | | Type of Business | Your Title/Position |
|---|---|---|---|
| From (Mo./Yr.) | To (Mo./Yr.) | Law Office | Staff Attorney |
| 12 02 | 10 03 | | |

| Firm Name | Address | City/Street |
|---|---|---|
| Hail Damage Class Action | N. Carrollton Ave. | N.O., LA |

| Name and Title of Supervisor | Hours Per Week | Begin Salary | End Salary |
|---|---|---|---|
| Darren Forstall, Atty. | 50+ | $40K/yr | 40K/yr |

| Number of employees you supervised (if applicable) | Reason for Leaving |
|---|---|
| | Laid off |

Describe your work in detail:

Conducted research and did memos for toxic mold class action; supervised expert roofing inspections for a hail damage class action suit; prepped clients to provide testimony for class certification trial; interviewed approx 700 clients for mold lawsuit. Legal research on mold effects, attended seminars/training re: the effects of mold spore inhalation on health.

| Date of Employment | | Type of Business | Your Title/Position |
|---|---|---|---|
| From (Mo./Yr.) | To (Mo./Yr.) | Law Firm | Associate |
| 8/02 | 10/02 | | |

| Firm Name | Address | City/Street |
|---|---|---|
| Klotz + Early | 21609 Canal St. | New Orleans, LA |

| Name and Title of Supervisor | Hours Per Week | Begin Salary | End Salary |
|---|---|---|---|
| W. Patrick Klotz, Atty | 45 | 40 K per yr | 40K per yr. |

| Number of employees you supervised (if applicable) | Reason for Leaving |
|---|---|
| NA | Another Position |

Describe your work in detail:

Writing Memos + Motions (summary Judgments, Oppositions, No Cause); Deposition Summaries, Legal Research

---

| Date of Employment | | Type of Business | Your Title/Position |
|---|---|---|---|
| From (Mo./Yr.) | To (Mo./Yr.) | Law Firm | Summer Law Clerk |

| Firm Name | Address | City/Street |
|---|---|---|
| Irwin Fritchie Urquhart + Moore | 400 Poydras St. Ste. 2700 | New Orleans, LA |

| Name and Title of Supervisor | Hours Per Week | Begin Salary | End Salary |
|---|---|---|---|
| Kim Moore, Partner | 40+ | 1200 per week | 1200 per week |

| Number of employees you supervised (if applicable) | Reason for Leaving |
|---|---|
| 0 | Job ended |

Describe your work in detail:

Legal Research, memos + motions for attorneys, ~~legal~~

| Date of Employment | | Type of Business | Your Title/Position |
|---|---|---|---|
| From (Mo./Yr.) | To (Mo./Yr.) | ☑ University | Facilitator; teacher |
| 10/02 | 12/02 | | |

| Firm Name | Address | City/Street |
|---|---|---|
| Dillard University | Gentilly Blvd. | New Orleans, LA |

| Name and Title of Supervisor | Hours Per Week | Begin Salary | End Salary |
|---|---|---|---|
| Dr. Hong Dubel-Jones | 1 | 30 per hr | 30 per hr |

| Number of employees you supervised (if applicable) | Reason for Leaving |
|---|---|
| Students: 20+ | program ended |

**Describe your work in detail:**

Taught the legal segment of a Welfare to Work program which prepared students to have internships at various law firms in the city. I taught them basic legal principals, professionalism and the importance of confidentiality. Federally funded.

| Date of Employment | | Type of Business | Your Title/Position |
|---|---|---|---|
| From (Mo./Yr.) | To (Mo./Yr.) | Law Firm | Summer Law Clerk |
| 5/01 | 6/01 | | |

| Firm Name | Address | City/Street |
|---|---|---|
| Porteous, Hainkel & Johnson | 701 Carondelet St. | New Orleans, LA |

| Name and Title of Supervisor | Hours Per Week | Begin Salary | End Salary |
|---|---|---|---|
| Pat De Rouen, Atty. | 40 | 15 per hr | 15 per hr |

| Number of employees you supervised (if applicable) | Reason for Leaving |
|---|---|
| | Clerkship ended (6 wks.) |

**Describe your work in detail:**

Memos + motions, summary judgement, no cause/ no right of action; attended deposition with supervising attorney, court runs, legal research on any insurance defense issues that might arise; general liability, Motor vehicle accidents.

**Were you ever subject to any disciplinary action or proceedings in connection with any employment? Yes/No** _NO_

**If yes, please explain:**

_____

_____

_____

**Do you type? Yes/No** _Yes_   **Words per minute:** _40-50_

Do you take shorthand: Yes/No __NO__   Words per minute: _____

Can you read and write the English language? Yes/No __Yes__

Do you have experience with business telephones? Yes/No __Yes__

Do you use any transcribing machines? Yes/No __NO__   Type: _____

List other office machines you can operate:

Copy, Fax

## VIII. References

List three (3) persons who are not related to you and who have definite knowledge of your qualifications and fitness for the position for which you are applying.  Do not list former immediate supervisors:

| Complete Name | Years known | Place of Employment |
|---|---|---|
| Jarvald A. Smith | 5 | Lawfirm: Eric Guirard |
| **Complete Address** 2115 N. Vega dr.  Baton Rouge, LA  70815 | | |
| **Home Phone** (225) 926-4202 | **Business Phone** 225 445-1722 | |

| Complete Name | Years known | Place of Employment |
|---|---|---|
| Kern A. Reese | 9 | Civil District Court (Orleans) |
| **Complete Address** 421  Loyola St.  New Orleans, LA | | |
| **Home Phone** | **Business Phone** (504) 592-9100 | |

| Complete Name | Years known | Place of Employment |
|---|---|---|
| William Kelly | 2 | Adams + Reese |
| **Complete Address** 701  Poydras St., Suite 43rd Floor, N.O., LA | | |
| **Home Phone** | **Business Phone** (504) | |

Do you have any relatives or friends who are employed by the Louisiana Department of Justice or any other State agency/department? Yes/No __NO__

| Name | Assignment | Job Title | Relationship |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## X. Signature/Verification

I certify that the answers I have given to each and all of the foregoing questions are true to the best of my knowledge. I know that any misrepresentation herein may cause my application to be rejected or subject me to dismissal from the state service.

| Signature of the applicant | Date |
|---|---|
| *Jennifer M. Medley* | 2/22/04 |

# JENNIFER M. MEDLEY

████████ New Orleans, Louisiana, 70126; phone: (504)██████ ████████@cs.com

**\*Admitted to Louisiana State Bar in October, 2002**

**EXPERIENCE**          O'Quinn, Laminack, & Pirtle, New Orleans, Louisiana
*Contract Attorney*, November 2003-present
- Presented and prepared 100+ plaintiffs for depositions in Multi-District Diet Drug Litigation involving Phen Fen and Redux.

Hail Damage Class Action Coalition, LLC, New Orleans, Louisiana
Warren A. Forstall, Jr., Robert G. Harvey, Sr., Darleen M. Jacobs, Robert M. Johnston, Leonard L. Levenson, Thomas E. Loehn, Jerry McKernan, William L. Pratt, Neil D. Sweeney, T. Carey Wicker, III
*Staff Attorney*, December, 2002 - November 2003
- Assisted in preparation of and participated in two class certification hearings.
- Prepared witnesses for class certification hearings.
- Analyzed deposition testimony of experts and lay witnesses.
- Represented clients' interests at numerous property inspections.
- Researched and drafted legal memoranda and motions.
- Interviewed, screened, and corresponded with hundreds of potential clients for toxic mold litigation.
- Managed hundreds of toxic mold client files.

Dillard University Welfare to Work Program, New Orleans, Louisiana
*Facilitator*, October, 2002 - December, 2002
- Trained approximately 30 adults for employment with law offices/firms.
- Developed Welfare to Work Program class room curriculum.

Klotz & Early Law Firm, New Orleans, Louisiana
*Associate*, August, 2002 - October, 2002

Irwin, Fritchie, Urquhart & Moore, LLC, New Orleans, Louisiana
*Law Clerk*, July, 2001 - August, 2001

Porteus, Hainkel & Johnson, New Orleans, Louisiana
*Law Clerk*, May, 2001 - June, 2001

Southern University Law Center, Baton Rouge, Louisiana
*Teaching Assistant*, Torts I, Pre-Law Program, Summer, 2000

**EDUCATION**          Southern University Law Center, Baton Rouge, Louisiana, J.D., May, 2002
Xavier University of Louisiana, New Orleans, Louisiana, B.A., May, 1999
Major: Political Science; Minor: English
Loyola University Institute of Politics, 2003-04

**ACTIVITIES &**
**ASSOCIATIONS**       Kenilworth Civic and Improvement Association, Board Member, 2003-present
Louisiana State Bar Association, Legislation Committee, 2003-present
Trial Advocacy Training Program (NITA), January, 2003

**EXHIBIT**
**D**

# JENNIFER M. MEDLEY
### Attorney at Law • Notary Public

P.O. Box ███████
New Orleans, LA 70150

Telephone: (504) ████████
Email: ████████ @cs.com

August 26, 2009

Stephen F. Babin
Assistant Attorney General
Civil Litigation Office Chief
Louisiana Department of Justice
400 Poydras Street, Suite 1600
New Orleans, Louisiana  70130

Re:    DOJ Employment

Steve,

It is with a heavy heart that I am tendering this letter of resignation effective Friday, September 4, 2009.  At the same time, I am excited that I will be making a change to the private sector of law practice.  Given the additional stressors of the office for the past year or so, it is a health decision as well as a great career decision.  In the five years that I have been here, I have learned so much from the office that I am confident that I am ready and prepared for what is on my horizon.

On a personal note, I learned a lot from you Steve.  While it is great to have the legal knowledge that you can read in a book, you have also taught me the practical things that are not taught everywhere or by everyone.  Those are things that you definitely don't get in law school.  I have always felt that those more practical things are the most important and make a great lawyer.  No matter what, I truly and sincerely appreciate that.  I know that we have a lot going on right now, but I hope that I can call on you for advice in the future.  I will contact Neomie and Emily to arrange to out process on next Friday.  I will definitely keep in touch.  Also, if there is anything that I can do for you, please call me, I would be honored.

Sincerely,

Jennifer M. Medley
Attorney at Law

EXHIBIT

E

## RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**   JENNIFER M. MEDLEY

**TITLE:**   ASSISTANT ATTORNEY GENERAL

**SECTION:**   NEW ORLEANS OFFICE

**DIVISION:**   LITIGATION

**PROGRAM:**   LITIGATION

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,538.47 BI-WEEKLY | $ 76.92 | $ 1,615.39 BI-WEEKLY | Adjustment | 09/12/2005 |
| $ 40,000.22 ANNUAL | $ 1,999.92 | $ 42,000.14 ANNUAL | | |

_____
HUMAN RESOURCE COORDINATOR

**FUNDS AVAILABLE (DIV/SEC)**

YES _____ ✓ _____ NO _____

_____
DEPUTY DIRECTOR/ADM.SERVICES    DATE

APPROVED:

_____
**NICHOLAS GACHASSIN, JR.**      **DATE**
**FIRST ASSISTANT ATTORNEY GENERAL**

_____
**CHARLES C. FOTI, JR.**      **DATE**
**ATTORNEY GENERAL**

**EXHIBIT**
**F**
IN GLOBO

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**    JENNIFER M. WILLOUGHBY

**TITLE:**    ASSISTANT ATTORNEY GENERAL

**SECTION:**    NEW ORLEANS

**DIVISION:**    LITIGATION

**PROGRAM:**    LITIGATION

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,615.39 BI-WEEKLY | $ 64.62 | $ 1,680.01 BI-WEEKLY | Adjustment | 08/28/2006 |
| $ 42,000.14 ANNUAL | $ 1,680.12 | $ 43,680.26 ANNUAL | | |

*Judi Stout*
HUMAN RESOURCE COORDINATOR

**FUNDS AVAILABLE (DIV/SEC)**

YES ____✓____    NO _____

*Cindy River*
DEPUTY DIRECTOR/ADM.SERVICES    DATE

APPROVED:

*Nicholas Gachassin Jr.*
NICHOLAS GACHASSIN, JR.    DATE
FIRST ASSISTANT ATTORNEY GENERAL

*Charles C Foti*
CHARLES C. FOTI, JR.    DATE
ATTORNEY GENERAL

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**     JENNIFER M. WILLOUGHBY

**TITLE:**     ASSISTANT ATTORNEY GENERAL

**SECTION:**     NEW ORLEANS OFFICE

**DIVISION:**     LITIGATION

**PROGRAM:**     LITIGATION

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,680.01<br>BI-WEEKLY | $ 57.60 | $ 1,737.61<br>BI-WEEKLY | Adjustment | 07/01/2007 |
| $ 43,680.26<br>ANNUAL | $ 1,497.60 | $ 45,177.86<br>ANNUAL | | |

_J. Stout_

HUMAN RESOURCE COORDINATOR

**FUNDS AVAILABLE (DIV/SEC)**

YES ✔     NO _____

_Dianne J. Shelmire_

DIRECTOR/ADM SERVICES     DATE

APPROVED:

_Nicholas Gachassin Jr._

**NICHOLAS GACHASSIN, JR.**     **DATE**
**FIRST ASSISTANT ATTORNEY GENERAL**

_Charles C. Foti_

**CHARLES C. FOTI, JR.**     **DATE**
**ATTORNEY GENERAL**

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**     JENNIFER M. WILLOUGHBY

**TITLE:**     AAG

**SECTION:**     NEW ORLEANS OFFICE

**DIVISION:**     LITIGATION

**PROGRAM:**     LITIGATION

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,737.61 BI-WEEKLY | $ 69.49 | $ 1,807.10 BI-WEEKLY | Adjustment | 08/27/2007 |
| $ 45,177.86 ANNUAL | $ 1,806.74 | $ 46,984.60 ANNUAL | | |

HUMAN RESOURCE COORDINATOR

FUNDS AVAILABLE (DIV/SEC)

YES ✓     NO

DIRECTOR/ADM.SERVICES     DATE

APPROVED

NICHOLAS GACHASSIN, JR.     DATE
FIRST ASSISTANT ATTORNEY GENERAL

CHARLES C. FOTI, JR.     DATE
ATTORNEY GENERAL

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**    JENNIFER M. WILLOUGHBY

**ISIS NUMBER:**    174444

**TITLE:**    ASST ATTORNEY GENERAL

**SECTION:**    NEW ORLEANS OFFICE

**DIVISION:**    NEW ORLEANS OFFICE

**PROGRAM:**    LITIGATION

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,807.10 BI-WEEKLY | $ ~~115.96~~   11598 nop | $ 1,923.06 BI-WEEKLY   08 nop | Adjustment | 04/07/2008 |
| $ 46,984.60 ANNUAL | $ ~~3,014.96~~   3015.48 nop | $ ~~49,999.56~~ ANNUAL   50,000.08 nop | | |

_Leonie S. Davoy_   3/11/08
HUMAN RESOURCE MANAGER  DATE

---

**FUNDS AVAILABLE (DIV/SEC)**

YES ____✓____    NO _____

_Dené Cutura Fur 3-11-08_
DIRECTOR/ADM SERVICES   DATE

---

APPROVED:

_____
JOHN SINQUEFIELD    DATE
FIRST ASSISTANT ATTORNEY GENERAL

_____
JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

# MEMORANDUM

**TO:**     **STEPHEN F. BABIN**

**FROM:**   **JENNIFER M. MEDLEY**

**DATE:**   **APRIL 22, 2008**

**RE:**     **COST OF LIVING ADJUSTMENT—URGENT**

Steve, as you are aware, the cost of living in New Orleans has drastically changed. It has gotten even more financially difficult to live in the city. Between the increased cost of insurance, both home and health, gas, and many of us still financially recovering, it is almost impossible to afford to live on the salary that I have right now. My homeowners and flood insurance combined is now $5,000.00 per year. That adds an extra $416.00 to a monthly house note. I live on one income and, on their insistence, my family has had to start helping me every month now with living expenses. While I am appreciative that I have parents that are able to do that, it is a little embarrassing for a 31 year old professional to have to accept it. With the prior administration, I think we all were fearful of termination if we discussed this with the General. After meeting Mr. Caldwell, I feel that he is concerned about his employees and wants to help us if he can. I have to take the chance at talking to him about this. I also understand that we are in a hiring freeze right now. Due to the fact that the legislature is in session, the money fight will be now, not later. I can wait until the new fiscal year if this is a possibility. Although the senate just voted to give their staffers a raise from $33,000.00 to $44,000.00 last night, I think this could help our fight for funding. (Senate Bill 653, passed 33-5)

While I do understand that it is an economically difficult time for everyone, it is more difficult for some than others. At present, my yearly salary is approximately $44,000.00 which equates to about $23.00 per hour, give or take a few cents. Businesses here have had to raise pay to employ non skilled workers. After the storm, the Orleans Parish DA's office has raised the *starting* pay to $50,000.00 annually because they cannot hire anyone to work/live in the city on anything less. I did a search on www.Salary.com to see what the regional average was for a state attorney with my experience and the average was $65,000.00. On the State Department of Labor's website, the maximum monthly salary for a Corrections Cadet in the New Orleans area is about $3,682.00 per month. This position only requires you to be 18 years old and no college degree.(See agency tracking No.: 2008010, announcement No.: 47646) This is on the LA Dept. of State Civil Service's website for job seekers. While I do understand that we are not civil service, an 18 year old with no college degree should not be so close in pay to a trial attorney with 6 years of experience. Prior to Katrina, I paid my student loans on time every month and never asked for an extension. Since then, my loans are still in deferment due to hardship. I will have to start paying them in May. We don't have a loan forgiveness program for state service. Even if we did, it would not be retroactive. If we were allowed to have a side practice, that would help to make up for the deficiency.

Also, the pay is not made the same for attorneys at similar levels of experience. For example, an attorney started after the storm, fresh out of law school was paid the same starting salary ($40,000.00) that I was paid when I started with two (2) years experience. I have done all of the research and statistics on this matter and I can give you a copy or show it to you if you would like. Mr. Caldwell, I have been here now for six years since June 2008 and I love what I do. I am not trying to cause any trouble, but it has gotten to the point that I am in dire need. I do not want to leave New Orleans because my family is here, but it is almost to the point that I may really have to start thinking about it. I am requesting an adjustment to $60,000.00 annually. That would be equivalent to what the ADA's and Asst. City Attorneys start at fresh out of law school. I cannot

**EXHIBIT**

**G**

concerned with everyone else right now because everyone does not have to deal with some of the issues that we deal with everyday here.  I have attached some of the research I have done for your review.  I look forward to meeting with you at your earliest convenience.

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 461-2009-00223 |

**Louisiana Commission On Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Jennifer M. Medley** | **(504) ▆▆▆▆▆** | ▆▆▆1976 |

Street Address ................ City, State and ZIP Code

▆▆▆▆▆▆ New Orleans, LA 70126

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **LA DEPARTMENT OF JUSTICE** | **500 or More** | **(225) 326-6300** |

Street Address ................ City, State and ZIP Code

**400 Poydras Street**      **New Orleans, LA  70130**

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address ................ City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| | | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|---|
| ☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN | | Earliest **04-01-2008**   Latest **11-03-2008** |
| ☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify below.)* | | ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am paid less than similarly situated employees.

I have not been given a reason for the wage differential.

I believe I am being discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, because of my sex, female and my race, Black.

REC'D NOV 0 3 2008

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Nov 03, 2008    *Jennifer M Medley*   Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EXHIBIT

H

tabbies®

EEOC FORM 131 (5/01)

## U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Mr. Rob Harroun<br>Assistant Attorney General<br>STATE OF LA., DEPT. OF JUSTICE<br>P. O. Box 94005<br>Baton Rouge, LA 70804 | Jennifer M. Medley |

THIS PERSON *(check one or both)*

[X] Claims To Be Aggrieved

[ ] Is Filing on Behalf of Other(s)

EEOC CHARGE NO.
461-2009-00223

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act          [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act          [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **04-DEC-08** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by          to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **18-NOV-08** to **Deborah Urbanski, ADR Coordinator, at (504) 595-2847**

If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| Charlotte Hokkanen,<br>Investigator | New Orleans Field Office<br>1555 Poydras Street<br>Suite 1900<br>New Orleans, LA 70112 |
|---|---|
| *EEOC Representative* | |
| Telephone    **(504) 595-2859** | |

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN   [ ] AGE   [ ] DISABILITY   [ ] RETALIATION   [ ] OTHER

**See enclosed copy of charge of discrimination.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| November 4, 2008 | Keith T. Hill,<br>Director | *Charlotte Hokkanen* |

EXHIBIT
I



U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5068 5133

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

May 28, 2009

Ms. Jennifer M. Medley
c/o Lisa Brener, Esquire
Law Offices of Lugenbuhl, Wheaton, et al.
Attorney at Law
601 Poydras St., 27th Floor
New Orleans, LA  70130

Re:  EEOC Charge Against Louisiana Department of Justice
     No. 461200900223

Dear Ms. Medley:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC New Orleans District Office, New Orleans, LA.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Loretta King
Acting Assistant Attorney General
Civil Rights Division

by *Karen J. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: New Orleans District Office, EEOC
    Louisiana Department of Justice

EXHIBIT
J

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIFER M. MEDLEY** | * | **CIVIL ACTION** |
| | * | **NO. 09-4570-CJB-DEK** |
| | * | |
| **VERSUS** | * | **SECTION J** |
| | * | **JUDGE BARBIER** |
| | * | |
| **LOUISIANA STATE** | * | |
| **DEPARTMENT OF JUSTICE** | * | **DIVISION 3** |
| * * * * * * * * * * * * * * * * * | **MAGISTRATE KNOWLES** |

### RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

**COMES NOW**, the Plaintiff Jennifer M. Medley, by and through the undersigned counsel, and in accordance with the Federal Rules of Civil Procedure, hereby provides her responses to the discovery requests propounded by Defendant Louisiana State Department of Justice:

### I. INTERROGATORIES

**Interrogatory No. 1**

Identify all persons whom you reasonable anticipate that you may call as a witness at a trial on the merits in this matter. In so doing, describe the anticipated substance of each person's testimony.

**Response:**

Please see Plaintiff's Witness List, which was filed in the record:

- Kelly Badeaux-Phillips: raise procedure; received raise. Office dynamics and morale.

- John Sudderth: raise procedure, office dynamics and morale



- 09.12.05 $42,000.14 (5%)

- 08.28.06 $43,680.26 (4%)

- 07.01.07 $45,177.86 (3%)

- 08.27.07 $46,984.60 (4%)

- 04.07.08 $50,000.08 (6%)

No additional increases were received

**Interrogatory No. 8**

     Identify all Caucasian attorneys who were "subsequently brought in at higher salaries or were given raises," as alleged in your petition.

     **Response:**

     Please reference Louisiana Department of State Civil Service Employee Reports and Database.

- Phyllis E. Glazer

- Kelly Badeaux-Phillips

- Anthony Winters

- Matthew Derbes

- Michael Menasco

- John Sudderth

**Interrogatory No. 9**

     Identify any and all employees of the defendant whom you consider to have been "similarly situated" to yourself, from June 7, 2004 through September 4, 2009

**Response:**

- Matthew Derbes

- Michael Menasco

- Tanya Irvin

**Interrogatory No. 10**

Identify any and all employees and/or representatives of the defendant to whom you complained about disparity in pay based on gender and/or race.

**Response:**

- Houston Penn

- Elaine Patin

- Joe Fuller

- Rob Harroun

- Jennifer Del Murray

- Kelly Badeaux-Phillips

**Interrogatory No. 11**

Identify any and all medical treatment, mental or physical, sought by you as a result of the facts of this case, including but not limited to treating physicians, psychologists, psychiatrists, and health care providers; any and all diagnoses and courses of treatment; and any and all medication(s) prescribed to you.  Identify the source of payment for the above-described treatments and medications.

**Response:**

Doctors:

**Response:**

Please refer to Plaintiff's response to Defendant's Request for Production of Documents Response No. 29.

**Request No. 31**

Please provide a copy of any and all exhibits that you may introduce at the trial of this matter.

    **Response:**

- All Louisiana Department of Justice State Civil Service Employee Reports are public records and can be requested from Louisiana Department of Justice State Civil Service. These are very extensive documents. If Defendant would like copies of our documents Plaintiff would be willing to make copies and produce them for a reasonable copy charge.

- Please refer to Plaintiff's response to Defendant's Request for Production No. 6

**Request No. 32**

Please provide a copy of any and all exhibits that you may introduce at the trial of this matter.

    **Response:**

Refer to Plaintiff's response to Defendant's Request for Production of Documents No. 31

Plaintiff reserves the right to supplement and/or amend her discovery responses.

20

Respectfully submitted,
LAW OFFICE OF DALE EDWARD WILLIAMS

/s/Dale E. Williams
Dale E. Williams, Bar #18709
212 Park Place
Covington, Louisiana 70433
Telephone: (985) 898-6368
Facsimile:  (985) 892-2640
mailto:dale@daleslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via electronic mail, properly addressed to counsel for Defendant Louisiana State Department of Justice on this, July 21, 2010.

/s/Dale E. Williams



**LOUISIANA DEPARTMENT OF JUSTICE**

**CHARLES C. FOTI, JR.
ATTORNEY GENERAL**

## Consent to Background Check

All applicants who are under serious consideration for employment at the Louisiana Department of Justice are subject to a background check, including research into state or federal criminal history repositories, social security status or verification, and research conducted pursuant to the U.S.A. Patriot Act, 31 U.S.C. 5318, regarding politically exposed persons, including known or suspected terrorists, money launderers, drug kingpins, and persons debarred from conducting business with the United States government, as well as any permissible purposes under the Fair Credit Reporting Act, 15 U.S.C. 1681.  Your signature on this form constitutes your consent to a background check.

The information on this form will be used to conduct the background check and for no other purpose.  This form will remain confidential and will be maintained by the Investigation Division of the Louisiana Department of Justice.

Full Name:   ANTHONY DWAYNE WINTERS

Maiden, Alias, or Nicknames Ever Used:     N/A

Mailing Address:   ▓▓▓▓▓▓▓▓Baton Rouge 70816

Physical Address:

Home Phone:   ▓▓▓▓▓▓▓▓          Work Phone:   ▓▓▓▓▓▓▓▓

Date of Birth:   ▓▓▓1975        Race:   AA          Sex:   M

Drivers License State and Number:   LA ▓▓▓▓▓▓

Social Security Number:   ▓▓▓▓0376

_Signature_ _(signed)_

_Date_ September 20, 2006

Consent to Background Check.doc



**EXHIBIT**

**L**

## REQUEST TO FILL A POSITION

**APPLICANT:**      ANTHONY D. WINTERS

**TITLE:**      ASSISTANT ATTORNEY GENERAL

**SECTION:**      LICENSING/COMPLIANCE/CORPORATE

**DIVISION:**      GAMING

**PROGRAM:**      GAMING

**POSITION:** ___NEW   **SALARY** $41,000.00/ANNUALLY   **DATE OF HIRE:** ASAP   10/3/2006
           XX EXISTING

**PREVIOUS INCUMBENT:** LINDA SUE MCNABB

| POSITION: | FUNDS AVAILABLE (DIV/SEC) |
|---|---|
| AUTHORIZED   XX<br>WAGE<br>OTHER CHGS<br>STUDENT<br>SUMMER EMP<br><br>**FUNDED POSITION**<br>YES__XX__   NO_____<br><br>POSITION #167409<br>CLASS CODE 500720<br>**BI-WEEKLY** $1576.93 | YES ____✓____   NO_____<br><br>ORG CODE   8105<br>EPORTING CODE:<br>COMMENTS:<br><br>TIME ENTRY# 020 |
| _Jueli Stout_<br>HUMAN RESOURCE COORDINATOR   DATE | _Cindy Rivs_<br>DEPUTY DIRECTOR/ADM. SER.   DATE |

APPROVED
_Nicholas Gachassin signature_
**NICHOLAS GACHASSIN, JR.   DATE**
**FIRST ASST. ATTORNEY GENERAL**

_Charles Foti signature_
**CHARLES C. FOTI, JR.   DATE**
**ATTORNEY GENERAL**

**EXHIBIT
M**

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**  ANTHONY D. WINTERS

**TITLE:**  ASSISTANT ATTORNEY GENERAL

**SECTION:**  LICENSING & COMPLIANCE

**DIVISION:**  GAMING

**PROGRAM:**  GAMING

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,576.93 BI-WEEKLY | $ 57.60 | $ 1,634.53 BI-WEEKLY | Adjustment | 07 01 2007 |
| $ 41,000.18 ANNUAL | $ 1,497.60 | $ 42,497.78 ANNUAL | | |

_____
HUMAN RESOURCE COORDINATOR

```
FUNDS AVAILABLE (DIV/SEC)

YES ____✓____      NO _____

Deanne J. Shelmire
DIRECTOR/ADM SERVICES      DATE
```

APPROVED:

_____
NICHOLAS G. GACHASSIN, JR.      DATE
FIRST ASSISTANT ATTORNEY GENERAL

_____
CHARLES C. FOTI, JR.      DATE
ATTORNEY GENERAL

**EXHIBIT**
**N**
IN GLOBO

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:** ANTHONY D. WINTERS

**TITLE:** ASSISTANT ATTORNEY GENERAL

**SECTION:** LICENSING & COMPLIANCE

**DIVISION:** GAMING

**PROGRAM:** GAMING

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,634.53 BI-WEEKLY | $ 65.39 | $ 1,699.92 BI-WEEKLY | Adjustment | 08/27/2007 |
| $ 42,497.78 ANNUAL | $ 1,700.14 | $ 44,197.92 ANNUAL | | |

HUMAN RESOURCE COORDINATOR

**FUNDS AVAILABLE (DIV/SEC)**

YES ✓   NO

DIRECTOR/ADM.SERVICES   DATE

APPROVED:

NICHOLAS GACHASSIN, JR.   DATE
FIRST ASSISTANT ATTORNEY GENERAL

CHARLES C. FOTI, JR.   DATE
ATTORNEY GENERAL

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**   ANTHONY D. WINTERS

**ISIS NUMBER:**   149113

**TITLE:**   ASSISTANT ATTORNEY GENERAL

**SECTION:**   LICENSING & COMPLIANCE

**DIVISION:**   GAMING

**PROGRAM:**   GAMING

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $  1,699.92 BI-WEEKLY | $  223.19 | $  1,923.11 BI-WEEKLY | Adjustment | 04/07/2008 |
| $  44,197.92 ANNUAL | $  5,802.94 | $  50,000.86 ANNUAL | | |

_(signature)_  3/11/08
HUMAN RESOURCE MANAGER   DATE

**FUNDS AVAILABLE (DIV/SEC)**

YES _(check)_   NO

_(signature)_  3-11-08
DIRECTOR/ADM. SERVICES   DATE

APPROVED:

_(signature)_ _____
JOHN SINQUEFIELD   DATE
FIRST ASSISTANT ATTORNEY GENERAL

_(signature)_ _____
JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

172238

# REQUEST TO FILL A POSITION

**APPLICANT:**      PHYLLIS E. GLAZER

**TITLE:**           LAW CLERK

**SECTION:**         LITIGATION

**DIVISION:**        LITIGATION

**PROGRAM:**         LITIGATION

**POSITION:** _____ NEW      **SALARY** $7.00/HOURLY   **DATE OF HIRE** 03/31/2004
               XX EXISTING

**PREVIOUS INCUMBENT:** VACANT

---

| **POSITION:**<br>　　AUTHORIZED<br>　　WAGE<br>　　OTHER CHGS<br>　　STUDENT　　　　XX<br>　　SUMMER EMP<br><br>**FUNDED POSITION**<br>　　YES__XX___   NO_____<br><br>POSITION #:   096505<br>CLASS CODE: 507100<br>BI-WEEKLY: $ | **FUNDS AVAILABLE (DIV/SEC)**<br><br>　　YES __✓___       NO_____<br><br>ORG. CODE: 6102<br>REPORTING CODE: 1410017<br>COMMENTS:<br><br>TIME ENTRY #010 |
|---|---|
| _[signature]_　　　4/2/04<br>HUMAN RESOURCE ANALYST　　DATE | _Dianne J Sholmus_ 4/2/04<br>DEPUTY DIRECTOR/ADM. SER.　　DATE |

APPROVED:

_Nichols Gach_ 4/6/04
NICHOLAS GACHASSIN     DATE
FIRST ASST. ATTORNEY GENERAL

_[signature]_
CHARLES C. FOTI, JR.     DATE
ATTORNEY GENERAL

**EXHIBIT**

**O**

## RECOMMENDATION FOR SALARY INCREASE

**EMPLOYEE NAME:**   PHYLLIS E. GLAZER

**TITLE:**   LAW CLERK

**SECTION:**   LITIGATION

**DIVISION:**   ADMINISTRATIVE

**PROGRAM:**   ADMINISTRATIVE

| PRESENT SALARY | AMOUNT OF INCREASE | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE | |
|---|---|---|---|---|---|
| $ 7.00 HOURLY | $ 3.00 | $ 10.00 | Adjustment | 05/24/2004 | A.G. INTIAL |

PERSONNEL ANALYST

FUNDS AVAILABLE (DIV/SEC)

YES _____   NO _____

Dianne J. Shelmire
Deputy Director
DEPUTY DIRECTOR/ADM.SERVICES    DATE

APPROVED:

NICHOLAS GACHASSIN          DATE
FIRST ASSISTANT ATTORNEY GENERAL

CHARLES C. FOTI, JR.          DATE
ATTORNEY GENERAL

EXHIBIT
P
IN GLOBO

## REQUEST TO FILL A POSITION

**APPLICANT:**      PHYLLIS E. GLAZER

**TITLE:**             ASSISTANT ATTORNEY GENERAL

**SECTION:**        NEW ORLEANS OFFICE

**DIVISION:**       LITIGATION

**PROGRAM:**      LITIGATION

**POSITION:**    XX    NEW    **SALARY** $40,000.00/ANNUALLY **DATE OF HIRE** ASAP 10/31/05

                EXISTING

**PREVIOUS INCUMBENT** NEW POSITION

| POSITION: | FUNDS AVAILABLE (DIV/SEC) |
|---|---|
| AUTHORIZED   XX<br>WAGE<br>OTHER CHGS<br>STUDENT<br>SUMMER EMP<br><br>**FUNDED POSITION**<br>   YES  XX   NO<br><br>POSITION #:  50358084<br>CLASS CODE  500720<br>**BI-WEEKLY**  $1,538.47 | YES  ✓      NO<br><br>ORG CODE   6102<br>REPORTING CODE:<br>COMMENTS:<br><br>TIME ENTRY #010 |
| *Judi Stout*    10/24/05<br>HUMAN RESOURCE COORDINATOR  DATE | *Cindy River*<br>DEPUTY DIRECTOR/ADM. SER.      DATE |

APPROVED:

*Nichols Gach*
NICHOLAS GACHASSIN , JR.   DATE
FIRST ASST. ATTORNEY GENERAL

*Charles Foti*
CHARLES C. FOTI, JR.     DATE
ATTORNEY GENERAL

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**   PHYLLIS E. GLAZER

**TITLE:**   ASSISTANT ATTORNEY GENERAL

**SECTION:**   NEW ORLEANS

**DIVISION:**   LITIGATION

**PROGRAM:**   LITIGATION

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,538.47 BI-WEEKLY | $ 61.54 | $ 1,600.01 BI-WEEKLY | Adjustment | 08/28/2006 |
| $ 40,000.22 ANNUAL | $ 1,600.04 | $ 41,600.26 ANNUAL | | |

_____
HUMAN RESOURCE COORDINATOR

---

**FUNDS AVAILABLE (DIV/SEC)**

YES ✓   NO _____

_____
DEPUTY DIRECTOR/ADM.SERVICES   DATE

---

APPROVED:

_____
NICHOLAS GACHASSIN, JR.   DATE
FIRST ASSISTANT ATTORNEY GENERAL

_____
CHARLES C. FOTI, JR.   DATE
ATTORNEY GENERAL

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**   PHYLLIS F. GLAZER

**TITLE:**   ASSISTANT ATTORNEY GENERAL

**SECTION:**   NEW ORLEANS LITIGATION

**DIVISION:**   LITIGATION

**PROGRAM:**   LITIGATION

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,600.01 <br> BI-WEEKLY | $ 57.60 | $ 1,657.61 <br> BI-WEEKLY | Adjustment | 07 01 2007 |
| $ 41,600.26 <br> ANNUAL | $ 1,497.60 | $ 43,097.86 <br> ANNUAL | | |

HUMAN RESOURCE COORDINATOR

---

**FUNDS AVAILABLE (DIV/SEC)**

YES ✔    NO

DIRECTOR/ADM.SERVICES    DATE

---

NICHOLAS GACHASSIN, JR.    DATE
FIRST ASSISTANT ATTORNEY GENERAL

CHARLES C. FOTI, JR.    DATE
ATTORNEY GENERAL

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**      PHYLLIS E. GLAZER

**TITLE:**      ASSISTANT ATTORNEY GENERAL

**SECTION:**      NEW ORLEANS OFFICE

**DIVISION:**      LITIGATION

**PROGRAM:**      LITIGATION

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,657.61<br>BI-WEEKLY | $ 66.29 | $ 1,723.90<br>BI-WEEKLY | Adjustment | 08/27/2007 |
| $ 43,097.86<br>ANNUAL | $ 1,723.54 | $ 44,821.40<br>ANNUAL | | |

---
HUMAN RESOURCE COORDINATOR

**FUNDS AVAILABLE (DIV/SEC)**

YES ✓          NO

*Dianne J. Shelmire*

DIRECTOR/ADM SERVICES      DATE

APPROVED:

*Nicholas Gachassin Jr.*

**NICHOLAS GACHASSIN, JR.      DATE**
**FIRST ASSISTANT ATTORNEY GENERAL**

*Charles C. Foti*

**CHARLES C. FOTI, JR.      DATE**
**ATTORNEY GENERAL**

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**   Phyllis Glazer

**TITLE:**   Assistant Attorney General

**SECTION:**

**DIVISION:**   New Orleans Office

**PROGRAM:**   Litigation

| PRESENT SALARY | AMOUNT OF INCREASE | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $1723.88 BI-WEEKLY | $ 192.31 | $1916.19 BI-WEEKLY | Adjustment | 1/28/2008 |
| $ 44,821.00 ANNUAL | $ 5,000.00 | $ 49,821.00 ANNUAL | | |

HUMAN RESOURCE MANAGER   2/10/08

FUNDS AVAILABLE (DIV/SEC)

YES  ✓   NO

DIRECTOR/ADM SERVICES   DATE   1-31-08

APPROVED

JOHN W. SINQUEFIELD   DATE   JAMES D. CALDWELL, SR.   DATE
FIRST ASSISTANT ATTORNEY GENERAL   ATTORNEY GENERAL

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**   PHYLLIS E. GLAZER

**ISIS NUMBER:**   172238

**TITLE:**   ASST ATTORNEY GENERAL

**SECTION:**   NEW ORLEANS OFFICE

**DIVISION:**   NEW ORLEANS OFFICE

**PROGRAM:**   LITIGATION

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,916.20 <br> BI-WEEKLY | $ 114.98 | $ 2,031.18 <br> BI-WEEKLY | Adjustment | 04/07/2008 |
| $ 49,821.20 <br> ANNUAL | $ 2,989.48 | $ 52,810.68 <br> ANNUAL | | |

_Vernie G. Davey 3/11/08_
HUMAN RESOURCE MANAGER   DATE

**FUNDS AVAILABLE (DIV/SEC)**

YES ✓   NO

_Venie Bolunat Lee 3-11-08_
DIRECTOR/ADM.SERVICES   DATE

APPROVED

_John Sinquefield_   DATE
**JOHN SINQUEFIELD**
**FIRST ASSISTANT ATTORNEY GENERAL**

_James D. Caldwell_
**JAMES D. "BUDDY" CALDWELL**
**ATTORNEY GENERAL**



## LOUISIANA DEPARTMENT OF JUSTICE

## CHARLES C. FOTI, JR.
## ATTORNEY GENERAL

## Pre-Employment Questionnaire

The Louisiana Department of Justice is an Equal Opportunity Employer. All appointments are based on merit qualifications and without regard to race, color, creed, religion, sex, national origin, sexual orientation, age, marital or veteran status, or the presence of a non-job-related medical condition or disability. If you are disabled and need accommodations in the employment process, please contact our office at Post Office Box 94095, Baton Rouge, Louisiana 70804-9095, (225) 326-6705.

## A. Applicant Information

Please type or legibly print your answers to all questions on this form. If no response is necessary or applicable, please indicate "none" or "n/a." Use additional pages as necessary to answer the questions, and please provide your name at the top of all attached pages. Although it is not required, a resume may be attached to this form.

Full Name: _Raquelle "Kelly" M. Badeaux-Phillips_

Mailing Address: ▮▮▮▮▮▮▮▮▮▮, _N.O., LA 70124_

Physical Address: _same_

Home Phone: (_504_) ▮▮▮▮▮▮   Primary Work Phone: (_504_) ▮▮▮▮▮▮

E-mail: ▮▮▮▮▮▮@cox.net   Are you 18 or older? _yes_

## B. Educational History

Beginning with the 9th grade, please identify all schools that you have attended, including colleges and universities, business schools, trade schools, and military service schools.

1



EXHIBIT

Q

## High School

Name: E. D. White Catholic High

Address: _____

Dates Attended: 1982 - 1987

Highest Grade Completed: 12th    Graduation Date: 1987    GED Date: _____

Awards, Honors, and Special Achievements: Cum Laude graduate; Outstanding Service Award; Honor Society

## College or University

Name: Nicholls State University

Address: 906 East First Street, Thibodaux, LA 70310

Dates Attended: 1987 - 1991

Major or Principal Field of Study: General Studies with emphasis in business

Credit Hours: over 130    Degree and Date Awarded: B.G.S.

Awards, Honors, and Special Achievements: Cum Laude graduate. Pres. SGA; Pres. Delta Zeta Soroity; Who's Who; NSU Hall of Fame; Phi Kappa Phi; Miss Nicholls

## Graduate School

Name: Nicholls State University

Address: 906 East First Street, Thibodaux, LA 70310

Dates Attended: 1992 - 1994

Major or Principal Field of Study: Business Administration

Credit Hours: over 60 including pre-reqs    Degree and Date Awarded: M.B.A.

Awards, Honors, and Special Achievements: 3.8 G.P.A.; Editor of Statistics Project for Thibodaux Regional. Beta Gamma Sigma Honor Society for Collegiate Schools of Business

2

## Other Schools

Name: _Louisiana State University, Paul M. Hebert Law Center_

Address: _____

Dates Attended: _1996 - 1999_

Major or Principal Field of Study: _Law_

Credit Hours: _____ Degree and Date Awarded: _J.D._

Awards, Honors, and Special Achievements: _Delia Cobb Moot Court Award; Wex Malone American Inn of Court; Robert Lee Tullis Moot Court Finalist_

## C. Employment History -- _See attached for Complete History_

Beginning with your current or most recent job, please describe your employment history, including military, part-time, temporary, and volunteer jobs. If you held more than one job for the same employer, please list each job separately.

Employer: _Badeaux Law Firm, L.L.C._

Address: _6508 Marshal Foch, N.O., LA 70124_

Phone Number: _(504)723-8309_ Dates of Employment: _11/04 - present_

Hours per Week: _varies_ Starting Salary: _$125/hr_ Ending Salary: _n/a_

Name and title of immediate supervisor: _Kelly Badeaux-Phillips_

May we contact your employer and immediate supervisor? _yes_

Job Title: _Attorney_ Duties and Responsibilities: _Handle all aspects of trial preparation & attendance. Research; Draft Pleadings; Answer Discovery; Draft and argue motions; case evaluation; client assistance; settlement negotiations, etc._

Reason for leaving: _n/a_

Employer: _Calogero Law Firm, P.L.L.C._

Address: _825 Baronne St., N.O., LA 70113_

Phone Number: _(504) 581-1416_  Dates of Employment: _11/04 – Present_

Hours per Week: _Varies_  Starting Salary: _$125/hr Some contingency_ Ending Salary: _n/a_

Name and title of immediate supervisor: _Gerald Calogero_

May we contact your employer and immediate supervisor? _Yes_

Job Title: _Attorney – Of Counsel_  Duties and Responsibilities: _Handle_
_all aspects of a litigation practice._

Reason for leaving: _n/a_


Employer: _Mitchell Ahern_

Address: _1010 Common, Ste. 2000, N.O., LA_

Phone Number: _(504) 523-7848_  Dates of Employment: _12/04 – Present_

Hours per Week: _15-25_  Starting Salary: _$50/hr Some contingency_ Ending Salary: _n/a_

Name and title of immediate supervisor: _Craig Mitchell_

May we contact your employer and immediate supervisor? _Yes_

Job Title: _Of Counsel_  Duties and Responsibilities: _Case_
_evaluation, research, draft pleadings, handle discovery, etc._

Reason for leaving: _n/a_

4

Employer: _Blue Williams, L.L.P._

Address: _3421 N. Causeway, 9th Floor, Metairie LA_

Phone Number: (504) 831-4091    Dates of Employment: _4/01 - 10/04_

Hours per ~~Week~~ Year: _2100/yr. billables_    Starting Salary: $60,000 + benefits    Ending Salary: $76,000 + benefits

Name and title of immediate supervisor: _Kurt Blankenship_

May we contact your employer and immediate supervisor? _no_

Job Title: _Attorney_    Duties and Responsibilities: _Handled all aspects of trial preparation and attendance; research; draft pleadings, motions, discovery; case evaluation; client assistance; settlement negotiations_

Reason for leaving: _disagreement with firm re: ethical concerns so mutually ended relationship_


Employer: _Preston & Cowan_

Address: _909 Poydras, Ste. 2400, N.O., LA_

Phone Number: (504) 527-0111    Dates of Employment: _8/99 - 4/01_

Hours per Week: ≈ 40    Starting Salary: ≈ $56,000    Ending Salary: ≈ $59,000

Name and title of immediate supervisor: _Roslyn Lemmon_

May we contact your employer and immediate supervisor? _yes_

Job Title: _Attorney_    Duties and Responsibilities: _Handled all aspects of trial preparation and attendance; research; draft pleadings, motions, discovery, etc._

Reason for leaving: _other employment_

## D. Other Qualification and Skills

Please list any other qualifications and skills that you wish to be considered in your application. Such qualifications and skills include, but are not limited to, licenses, certifications, ability to type and use office equipment, proficiency in computer software and hardware, membership in professional or honorary organizations, foreign language skills, publications, leadership activities, and performance awards and recognitions.

Strong Oral & Written Communication Skills; Computer literate

La. Center for Women & Government, Leadership Council (New Orleans)

La. State Bar Assoc; La. Assoc of Defense Counsel; La. Hospital Assoc;

Lafourche Parish Bar Assoc; N.O. Bar Assoc; Jefferson Bar Assoc;

Am. Bar Assoc; Federal Bar Assoc; Admitted to Practice before the U.S.

District Court for the Eastern, Middle & Western Districts of La and

the U.S. Court of Appeals for the Fifth Circuit

## E. References

Please list three persons whom we may contact regarding your character and qualifications for employment. Do not list former immediate supervisors or anyone related to you.

Name: Denise Torrence, Esq.

Address: 11816 Sunray Ave, Ste A, Baton Rouge, LA 70816

Phone number: 225-295-8336, ext 202 or 225-755-0758

Occupation: attorney        Years acquainted: ≈ 9 yrs.


Name: Stacy LeCompte, Esq.

Address: 300 Lafayette Street, Houma, LA 70360

Phone number: 504-581-1431

Occupation: attorney        Years acquainted: ≈ 9 yrs.

6

**Raquelle M. Badeaux-Phillips, page 1**
**Employment History continued:**

**Employer:** Kleinpeter, Schwartzberg & Stevens, L.L.P.
**Address:** 619 Jefferson Highway, Ste. 2H, Baton Rouge, LA 70806
**Phone Number:** 225-926-4130      **Dates of Employment:** Spring, 1998-Fall, 1998
**Hours per Week:** 15-20  **Starting Salary:** $10-$12/hr.  **Ending Salary:** same
**Name and title of immediate supervisor:**  Alan Schwartzberg
**May we contact your employer and immediate supervisor?**  yes
**Job Title:** Law Clerk        **Duties and Responsibilities:**  research, draft pleadings
**Reason for leaving:**  Moot Court Competition

**Employer:**  Michael Lutgring, Esq.
**Address:**  specific address unknown--Baton Rouge, LA
**Phone Number:** unknown          **Dates of Employment:**  Fall, 1997
**Hours per Week:** 15-20  **Starting Salary:** $9/hr.  **Ending Salary:**  same
**Name and title of immediate supervisor:**  Michael Lutgring
**May we contact your employer and immediate supervisor?**  yes
**Job Title:** Law Clerk        **Duties and Responsibilities:**  research, draft pleadings
**Reasons for leaving:**  Clerkship ended

**Employer:**  Lafourche Parish Counsel
**Address:**  P.O. Box 5548, Thibodaux, LA 70302
**Phone Number:** 985-446-8427      **Dates of Employment:** 2/96-8/96
**Hours per Week:** 40  **Starting Salary:** $25,000/yr.  **Ending Salary:**  same
**Name and title of immediate supervisor:**  Marie Borne, Administrator;
                                             Aaron Caillouet, Parish President
**May we contact your employer and immediate supervisor?**  yes
**Job Title:** Parish Development Coordinator      **Duties and Responsibilities:**
Coordinate resident complaints pertaining to drainage, roads, etc.  Promote the parish
president including the handling of all public presentations and news conferences.
Promote economic development throughout the parish.
**Reasons for leaving:**  Attend Law School

**Employer:**  Lafourche Parish School Board
**Address:**  805 East 7th Street, Thibodaux, LA 70301
**Phone Number:** 985-446-5631               **Dates of Employment:** 8/94-8/95
**Hours per Week:** approx. 40  **Starting Salary:** $21,000-$25,000/yr.
**Ending Salary:** same
**Name and title of immediate supervisor:**  Ed Guillot; Cam Knobloch
**May we contact your employer and immediate supervisor?** yes
**Job Title:** School Teacher   **Duties and Responsibilities:** Taught state curriculum and
grading of assignments to children in grades 7th and 8th (history and physical education)
and the same responsibilities for children in grades 5th, 6th and 7th (reading and
mathematics)

**Raquelle M. Badeaux-Phillips, page 2**
**Employment History continued:**

**Reasons for leaving:** uncertified teacher; did not complete additional course requirements to maintain job due to anticipated other employment

**Employer:** United Way for South Louisiana
**Address:** 7910 Main Street, Ste. 210 Houma, LA 70360
**Phone Number:** 985-879-2461      **Dates of Employment:** 6/94-8/94
**Hours per Week:** 40   **Starting Salary:** $7.50/hr.-$8.00/hr.   **Ending Salary:** same
**Name and title of immediate supervisor:** Jenny Milello
**May we contact your employer and immediate supervisor?** yes
**Job Title:** Presenter/Fundraiser               **Duties and Responsibilities:** Handled presentations to company employees for corporate fundraising campaign.
**Reason for leaving:** Temporary position while awaiting other employment.

**Employer:** Nicholls State University, College of Business
**Address:** 906 East First Street, Thibodaux, LA 70310
**Phone Number:** 985-446-8111      **Dates of Employment:** 1/92-5/94
**Hours per Week:** 20   **Starting Salary:** $500/mo. **Ending Salary:** same
**Name and title of immediate supervisor:** Dr. Ken Rachel
**May we contact your employer and immediate supervisor?** yes
**Job Title:** Graduate Assistant               **Duties and Responsibilities:** Research; Taught Free Enterprise to college freshmen.
**Reason for leaving:** Graduated.

**Employer:** United Way for South Louisiana
**Address:** 7910 Main Street, Ste. 210 Houma, LA 70360
**Phone Number:** 985-879-2461      **Dates of Employment:** 6/94-8/94
**Hours per Week:** 40   **Starting Salary:** $7.00/hr.   **Ending Salary:** same
**Name and title of immediate supervisor:** Jenny Milello
**May we contact your employer and immediate supervisor?** yes
**Job Title:** Presenter/Fundraiser               **Duties and Responsibilities:** Handled presentations to company employees for corporate fundraising campaign.
**Reason for leaving:** Temporary position while waiting to start Graduate School.