

# LOUISIANA DEPARTMENT OF JUSTICE

## JAMES D. "BUDDY" CALDWELL
## ATTORNEY GENERAL

## Pre-Employment Questionnaire

The Louisiana Department of Justice is an Equal Opportunity Employer. All appointments are based on merit qualifications and without regard to race, color, creed, religion, sex, national origin, sexual orientation, age, marital or veteran status, or the presence of a non-job-related medical condition or disability. If you are disabled and need accommodations in the employment process, please contact our office at Post Office Box 94095, Baton Rouge, Louisiana 70804-9095, (225) 326-6705.

## A.    Applicant Information

Please type or legibly print your answers to all questions on this form. If no response is necessary or applicable, please indicate "none" or "n/a." Use additional pages as necessary to answer the questions, and please provide your name at the top of all attached pages. Although it is not required, a resume may be attached to this form.

Full Name:  Michael Eichhorn Menasco, Jr.

Mailing Address: ████████████████, New Orleans, Louisiana 70122

Physical Address: ███████████, New Orleans, Louisiana 70122

Home Phone: (504)████████        Work Phone: (504) ████████

E-mail: ████████████.com        Are you 18 or older?  Yes

## B.    Educational History

Beginning with the 9th grade, please identify all schools that you have attended, including colleges and universities, business schools, trade schools, and military service schools.



EXHIBIT
R

## High School

Name: __Grace King High School__

Address: __4301 Grace King Place, Metairie, Louisiana, 70002__

Dates Attended: __1990-1992__

Highest Grade Completed: __12__   Graduation Date: __5/1992__ GED Date: __N/A__

Awards, Honors, and Special Achievements: __Graduated with Honors in Math__

## College or University

Name: __Southeastern Louisiana University__

Address: __SLU Box 10752, Hammond, Louisiana 70402__

Dates Attended: __1995-1999__

Major or Principal Field of Study: __Psychology and Nursing__

Credit Hours: __168__   Degree and Date Awarded: __B.S. in Psychology, Minor in Biological Science.__

Awards, Honors, and Special Achievements: __Dean's List while in Nursing School__

## Graduate School

Name: __Southern University Law Center__

Address: __PO Box 9294, Baton Rouge, Louisiana 70813__

Dates Attended: __Fall 1999- Spring 2002__

Major or Principal Field of Study: __Law__

Credit Hours: __96__   Degree and Date Awarded: __Juris Doctorate__

Awards, Honors, and Special Achievements: _____

## Other Schools

Name: Louisiana State University

Address: Baton Rouge, Louisiana

Dates Attended: Fall of 1993-1994

Major or Principal Field of Study: Electrical Engineering

Credit Hours: 23     Degree and Date Awarded: 

Awards, Honors, and Special Achievements: 

## C.   Employment History

Beginning with your current or most recent job, please describe your employment history, including military, part-time, temporary, and volunteer jobs.  If you held more than one job for the same employer, please list each job separately.

Employer: E. Barton Conradi, Attorney at Law, APLC

Address: 343 Third Street, Suite 301, Baton Rouge, Louisiana 70108

Phone Number: (225) 338-1300     Dates of Employment: October 2001-Present

Hours per Week: 35     Starting Salary: $35.00 per Hr. Ending Salary: $60.00 per Hr.

Name and title of immediate supervisor: E. Barton Conradi

May we contact your employer and immediate supervisor? Yes

Job Title: Associate Attorney     Duties and Responsibilities: 

Conducted research, drafted pleadings, conducted depositions, argued motions

attended administrative hearings, spoke before various State subcommittees

regarding case status and disposition.

Reason for leaving: Daily commuting to Baton Rouge became problematic.

Employer:   E. Barton Conradi, Attorney at Law, APLC

Address:   343 Third Street, Baton Rouge, Louisiana 70120

Phone Number: (225)338-1300         Dates of Employment: October 2001-Present

Hours per Week:  30        Starting Salary: $35.00 per Hr.  Ending Salary: $35.00 per Hr.

Name and title of immediate supervisor:  E. Barton Conradi

May we contact your employer and immediate supervisor?  Yes

Job Title:  Law Clerk           Duties and Responsibilities:

Research, drafted pleadings, and assisted in trials and hearings.

Reason for leaving:

---

Employer:   The Burley Law Firm, L.L.C.

Address:   43840 Weber City Road, Gonzales, Louisiana 70737

Phone Number: (225)647-3050         Dates of Employment: 1996-October 2001

Hours per Week:  10-20     Starting Salary: $20.00 per Hr.  Ending Salary: $40.00 per Hr.

Name and title of immediate supervisor:  Brent D. Burley

May we contact your employer and immediate supervisor?  Yes

Job Title: Law Clerk           Duties and Responsibilities:

Research and drafting pleadings.

Reason for leaving:  I wanted to work more hours than were available.

4

If you answered yes to any of the above questions, please fully describe and explain the

circumstances. _____

_____

_____

_____

_____

_____

_____

To the best of my knowledge and belief, my statements on this form, and on any attachments to
it, are true, complete, and correct, and are made in good faith.  I understand that intentional
misrepresentations or failure to disclose relevant information in the employment application
process may cause my application to be rejected, or my employment with the Department of
Justice to be terminated.  I understand that a criminal background check will be performed on all
applicants who are under serious consideration for employment, and that for some positions, a
comprehensive background check will be conducted.   Upon request, I agree to provide
supporting documentation for any statement made in my application process.

_____       _____
Signature                                            Date

# MICHAEL E. MENASCO, JR.
## ATTORNEY AT LAW



NEW ORLEANS, LOUISIANA 70122



TELEPHONE: (504)
FACSIMILE: (504)
CELLULAR: (225)

### RÉSUMÉ

Michael Eichhorn Menasco, Jr.
DOB: ████/1973

## EDUCATION

*Louisiana State University* - 1993 - 1995

*Southeastern Louisiana University* - 1995 - Graduated Fall 1999

*Southern Louisiana University* - Fall 1999 - Spring 2002

## EXPERIENCE PROFILE

### May 2006 - Present

*Private Practice.*   I currently have a diverse general private practice with emphasis in civil litigation, both plaintiff and defense oriented.  The majority of the matters that I handle for my current clients involve contract disputes/litigation (defense and plaintiff), construction law (owner and contractor/plaintiff and defense), judgment debtor disputes (creditor and debtor), medical malpractice (plaintiff and defense), small corporate general representation, start up, and defense, as well as personal injury/tort (plaintiff and defense).

*Contract Counsel.*   In addition to my private practice, I am currently contract counsel for E. Barton Conradi, Attorney at Law, A Professional Law Corporation.

### October 2001 - May 2006

*Associate Attorney.*  Originally hired by E. Barton Conradi, Attorney at Law, A Professional Law Corporation, as a law clerk in October of 2001, I accepted an associate attorney position after graduating law school.   While practicing with the firm I served as a Special Assistant Attorney General, for the State of Louisiana, on behalf of the Office of Risk Management, the Division of Administration, the Department of Transportation and Development, the Department of Public Safety and Corrections, the Department of Insurance, and the Department of Economic Development. My responsibilities included defending the State in complex litigation involving the various departments through the overseeing of appropriation of judgments.

EXHIBIT
S

Other areas of the firm practice included personal injury/tort (plaintiff and defense), multiple party litigation, criminal defense (including parallel criminal/civil proceeding), gaming regulation, insurance regulation and examination, administrative law, medical malpractice, and civil rights litigation. While with the firm, I conducted research, drafted pleadings, conducted depositions, argued motions, attended administrative hearings/appeals, as well as attended and spoke before various State subcommittees regarding case status and dispositions.

## 1996 - October 2001

*Law Clerk*   While in undergraduate college, I clerked for The Burley Law Firm, L.L.C., in Baton Rouge, Louisiana.   The practice consisted of civil litigation with an emphasis in Maritime tort (plaintiff), personal injury/tort (plaintiff), contract litigation (plaintiff), class action litigation (plaintiff), patent infringement litigation (defense), corporate officer and director liability (plaintiff and defense), attorney fee disputes, as well as general counsel for several local corporations and patent holders in the states of Louisiana, Florida, Washington, and Chicago.   My responsibilities included legal research, field research, and drafting memorandums.

## ADMISSIONS TO PRACTICE

All Louisiana Courts
US Fifth Circuit Court of Appeal
Middle District of Louisiana
Western District of Louisiana
Eastern District of Louisiana

## REFERENCES - AVAILABLE UPON REQUEST

TO   93427335

P. 02/11

DEPARTMENT OF JUSTICE
Attorney General
P.O. Box 94095
Baton Rouge, LA 70804-9095

**APPLICATION FOR EMPLOYMENT**

| (FIRST) | (MIDDLE) | (LAST) | SOCIAL SECURITY NUMBER | PARISH OF RESIDENCE |
|---|---|---|---|---|
| John | E. | Sudderth | ▓▓▓ 3219 | Jefferson |

STREET ADDRESS OR BOX NUMBER   Temporary

CITY OR TOWN, AND STATE   Denham Springs   LA   ZIP CODE   70726

HOME PHONE NUMBER   (C) 504-▓▓▓

OFFICE PHONE NUMBER

MINIMUM ACCEPTABLE SALARY   open

DATE AVAILABLE   immediate

TITLE OF POSITION(S) FOR WHICH YOU ARE APPLYING
Asst. Attorney General - Litigation Dept preferred

Failure to answer all questions in this application may cause your application to be delayed or rejected.

PERSONNEL OFFICE USE ONLY

Permanent Home Address
▓▓▓, River Ridge, LA 70123

PRINT YOUR NAME HERE

| INDICATE YES OR NO BY PLACING "X" IN PROPER BLOCK | Yes | No | | INDICATE YES OR NO BY PLACING "X" IN PROPER BLOCK | Yes | No |
|---|---|---|---|---|---|---|
| 1  Will you accept employment anywhere in the State? If not, list area or parish where you will work | | X | 6. | Do you now hold, or are you a candidate for, an elective public office? | | X |
| Jefferson, Orleans, Baton Rouge + in-between | | | 7. | Within the past 10 years, have you resigned or been discharged from a position because of unsatisfactory work or conduct? | | X |
| 2  Will you accept permanent employment? | X | | 8. | Within the past 10 years, have you been convicted of any law violation? (Does not include minor traffic violations) | | X |
| 3  Will you accept temporary employment? | X | | 9. | Have you ever been convicted of a felony? | | X |
| 4  Will you accept part-time employment? | X | | | | | |
| 5  May inquiry be made of your present employer concerning your character, qualifications, etc.? | X | | | | | |

Explain YES answers to questions 7, 8 & 9 by providing the date of the occurrence and any final state. For item 7 provide the name and address of employer and reason for separation. For items 8 and 9, show the law enforcement authority (city police, sheriff, FBI), the offense, and the sentence.

n/a

Military Service   n/a

DATE ENTERED SERVICE

DATE SEPARATED FROM SERVICE

SERIAL NUMBER

BRANCH OF SERVICE

RANK AT TIME OF SEPARATION

WAS SERVICE PERFORMED ON ACTIVE FULLTIME BASIS WITH FULLTIME PAY AND ALLOWANCES?   ☐ YES   ☐ NO

TYPE OF DISCHARGE

| Licenses, Certificates, and Professional Associations | | |
|---|---|---|
| Name the professional association(s) of which you are a member   LSBA, LABI | Do You Type?   ☒ YES   ☐ NO | Words Per Minute   unknown | Can you read and write the English language?   ☒ YES   ☐ NO |

Professional license(s) which you hold   law

Do You Take Shorthand?   ☐ YES   ☒ NO   Words Per Minute

Do You Have Experience with Business Telephones?   ☐ YES   ☒ No

Name of Licensing Authority   LSBA

Do You Use This (Check Line)   ☐ Executive Electric   ☐ Electric   ☐ Manual Typewriter

Date Received   6/1993

Do You Have Any Transcribing Machines (Dictaphone, etc.)   ☐ YES   ☒ No   Kind:

List Other Office Machines You Can Operate   P.C.

List any other skills not covered elsewhere in this application.

EXHIBIT
T
tabbies

TO    93427335

P.03/11

| Education and Training: Answer each question that applies to you | Did you receive a high school diploma or equivalency certificate? ☒ YES ☐ NO | Name and address of h__ __ool awarding diploma or equivalency certificate and date received. |
|---|---|---|
| Highest school grade completed 19 years  J.D. | | Jesuit High School |
| Dates attended high school 1975 - 1980 | | Banks Street   New Orleans, LA. |

| COLLEGE OR UNIVERSITY–NAME AND LOCATION | DATES ATTENDED | | CREDIT HOURS | | DEGREE RECEIVED AND DATE RECEIVED |
|---|---|---|---|---|---|
| | From | To | Semester Hours | Quarter Hours | |
| Louisiana State University | 1980 | 1984 | 124+ | | B.S.   12/84 |

| PRINCIPAL UNDERGRADUATE SUBJECTS | CREDIT HOURS | | PRINCIPAL GRADUATE SUBJECTS | CREDIT HOURS | |
|---|---|---|---|---|---|
| | Semester Hours | Quarter Hours | | Semester Hours | Quarter Hours |
| Economics | 30+ | | | | |
| Finance | 15+ | | | | |

OTHER SCHOOL ATTENDED: (Business, Trade, Military, etc.) Be sure to include name and address of each school, dates attended (month and year), type of course, and diploma or certificate received. If no diploma or certificate, indicate whether or not you completed the course. (Show hours per week attended school.)

Loyola School of Law ,  J.D.   5/93  (Completed  12/93)

Admitted to practice   6/93

Instructions for Completing Information on Experience
Start with your present or most recent position and work back
If your military service is related to the position for which you are applying, include it in a separate block in its proper sequence.
Use separate blocks if your duties changed materially while working for the same employer. Treat each change as a separate position.
If more blocks are needed use a separate sheet of paper the same size as this application. Include the same information which is asked for in the experience block shown below.

| Date of Employment (Include Month, Day and Year) From  7 / 1 / 96  to  Present | Type of Business   Law | Title of Your Position   Attorney |
|---|---|---|
| Firm Name   John E. Suddeth | Address   1011 Fourth Street | City and State   Gretna, LA 70053 |
| Name and Title of Immediate Supervisor   none | Total of Average Hours Worked Per Week   35-50 | Beginning Salary  (us. gross) n/a  $100,000  Ending Salary   n/a |
| Number and Titles of Employees You Supervised (Use Separate Sheet if Necessary)   1 - secretary | | Reason For Leaving   n/a |

Describe Your Work in Detail

Civil and Criminal litigation. Areas of practice include complex civil litigation such as Unfair Trade Practices, Breach of Contract, Breach of Fiduciary Duty; Also personal injury, debt collection and criminal defense.

P.04/11

TO   93427335

| Date of Employment (Include Month, Day and Year) From | To | Type of Business | | Title of Your Position |
|---|---|---|---|---|
| 7/1/1518 | 7/1/19 | Public legal Defense | | |

Firm Name: Indigent Defender Board Jefferson Parish
Address: 2 Second Streets Gretna LA XX531
City and State:

Name and Title of Immediate Supervisor: Richard Thompson
Total or Average Hours Worked Per Week: 30-50
Beginning Salary: 40,000
Ending Salary: 40,000 (practiced actively) (private)

Number and Titles of Employees You Supervised (Use Separate Sheet if Necessary): none
Reason for Leaving: Enter exclusive private practice

Describe Your Work in Detail:
Public criminal defense for indigent residents of Jefferson Parish. Managed,
organized and represented 100's of files and cases, including most felony
offenses under Chapter 14 of the Criminal Code.

---

| Date of Employment (Include Month, Day and Year) From | To | Type of Business | | Title of Your Position |
|---|---|---|---|---|
| 7/1/1916 | 7/1/1918 Approximate | HMO | | General Counsel, C.E.O. |

Firm Name: Capital Health Network
Address: 1100 Withers Drive
City and State: Marrero, LA 70072

Name and Title of Immediate Supervisor: Board of Directors
Total or Average Hours Worked Per Week: 40-60
Beginning Salary: 30,000
Ending Salary: 30,000

Number and Titles of Employees You Supervised (Use Separate Sheet if Necessary): 1 - Director of Provider Relations
Reason for Leaving: Company became inactive

Describe Your Work in Detail:
Was hired to obtain license from D.I. as an HMO & to organize initial structure.
Negotiated contracts, including provider contracts, service contracts and shareholders
agreements; drafted contracts and other documents; insured regulatory compliance
with the DOI; negotiated and obtained initial capital through major lending
institutions; organized and developed benefit structure and worked with 3rd Party Administrators.

---

| Date of Employment (Include Month, Day and Year) From | To | Type of Business | | Title of Your Position |
|---|---|---|---|---|
| 7/1/1993 | 7/1/195 | District Attorney of New Orleans | | Asst. District Attorney |

Firm Name: Office of District Attorney of Orleans Parish
Address: South White Street
City and State: New Orleans, LA

Name and Title of Immediate Supervisor: Camille Buras - First Assistant
Total or Average Hours Worked Per Week: 50-70
Beginning Salary: 30,000
Ending Salary: 30,000

Number and Titles of Employees You Supervised (Use Separate Sheet if Necessary): none
Reason for Leaving: Enter private practice

Describe Your Work in Detail:
Practiced litigation in most divisions of the office, including Juvenile,
Magistrate and Trials Divisions. Tried over 35 jury trials and 60-70
bench trials. Obtained favorable verdicts for the State in all trials when being
lead counsel. Managed and maintained between 100-400 cases on a daily
basis while in the Trials Division.

TO  93427335

P.05/11

| Date of Employment (Include Month, Day and Year) | | | Type of Business | | |
|---|---|---|---|---|---|
| Item | To | | Address | | City and State |
| Firm Name | | | | | |
| Name and Title of Immediate Supervisor | | | Total of Average Hours Worked Per Week | Beginning Salary | Ending Salary |
| Number and Titles of Employees You Supervised (Use Separate Sheet if Necessary) | | | | Reason for Leaving | |
| Describe Your Work in Detail | | | | | |

Reference. List three persons who are not related to you and who have definite knowledge of your qualifications and fitness for the position for which you are applying. Do not list former immediate supervisors.

| FULL NAME | BUSINESS OR HOME ADDRESS (COMPLETE) | BUSINESS OR OCCUPATION |
|---|---|---|
| 1 Honorable Fredericka Wicker | 24th JDC, 200 Derbigny St, Gretna 70053 | Judge, 24th JDC |
| 2 Honorable Patrick McCabe | 24th JDC, 200 Derbigny St, Gretna 70053 | Judge, 24th JDC |
| 3 Richard Thompson | 100 Second Street Gretna 70053 | Supervisor, IOB, 24th JDC |

I certify that the answers I have given to each and all of the foregoing questions are true to the best of my knowledge. I know that any misrepresentation herein may cause my application to be rejected or subject me to dismissal from the state service.

| Date | Signature of Applicant |
|---|---|
| 9/20/05 | |

# John E. Sudderth

Denham Springs, Louisiana 70726
(Cell) 504-

Curriculum Vitae

## Achievements

- Twelve (12) years litigation experience, including over one-hundred (100) trials;

- Former Assistant District Attorney for the Parish of Orleans, Divisions of Juvenile, Magistrate and Trials Division;

- Former In-House Counsel and C.E.O. for local HMO located in Jefferson Parish, assisted outside counsel in obtained licensing, negotiated contracts, managed regulatory requirements and worked with the Department of Insurance;

- Solo Practitioner for last nine (9) years practicing both criminal and civil litigation. Areas of practice include Violations of the Unfair Trade Practices Act, Breach of Fiduciary Duty, Breach of Contract, Personal Injury, Collection of Bad Debt, and Criminal Defense. Other areas of practice include bankruptcy law, succession law and domestic law.

## Prior Legal Experience

**1996-Present:**  **Solo-Practice:**  Began practicing both civil and criminal litigation after leaving the Office of the District Attorney for the Parish of Orleans. Have been successfully practicing in a variety of legal areas, including complex civil litigation, contractual disputes, debt collection, personal injury, and criminal defense. Prior courtroom and litigation experience has instilled confidence and strengthened the ability to work independently. Nine years of solo practice has refined negotiation skills and strengthened the ability to organize complex cases.

**1998-1999:**  **Public Defender:**  Criminal defense for the Parish of Jefferson. Managed, organized and represented hundreds of files and cases, including most felony offenses under Chapter 14 of the Criminal Code. After building a solo practice and after being offered a position in an outside litigation firm, voluntary resignation was accepted by the Indigent Defender Board of Jefferson Parish.

**1996-1998:**  **In-House Counsel:**  Managed the entire start-up structure of a local HMO located in Jefferson Parish. Assisted outside counsel in obtaining license; negotiated provider contracts, service contracts, and shareholder agreements. Drafted contracts, agreements and other legal documents; insured regulatory compliance by following



EXHIBIT

U

established procedures from the Department of Insurance; assisted in obtaining start-up capital and negotiated with lending institutions. Because the company was unable to obtain sufficient operating capital, the Corporation voluntarily surrendered its license to the DOI and became inactive.

**1993-1996:**       **Assistant District Attorney:**       Practiced litigation in most divisions of the Office, including Juvenile, Magistrate and Trials Divisions. Tried over thirty-five (35) jury trials and sixty (60) to seventy (70) bench trials; obtained favorable verdicts for the State in all trials when being lead counsel. After becoming a Senior Trial Assistant and desiring to enter private practice, my voluntary resignation was accepted by the Office.

## Education

**1989-1992:**  Loyola University School of Law, Juris Doctor.

**1980-1984:**  Louisiana State University, B.S. Major in Economics, Minor in Finance.

**1975-1980:**  Jesuit High School. Graduated *Cum Laude*.

## Organizations

- Louisiana State Bar Association
- Louisiana Association of Business and Industry
- River Ridge Community Association

## References

*Honorable Patrick McCabe, Judge, 24th Judicial District Court*

*Honorable Darryl Derbigny, Judge, Criminal District Court for the Parish of Orleans*

*Honorable Hans Liljeberg, Judge, 24th Judicial District Court*

*Honorable Fredrika Wicker, Judge, 24th Judicial District Court*

*Richard Thompson, Supervisor, Indigent Defender Board of Jefferson Parish*

*Melanie Talia, Assistant Chief of Screening, Office of the District Attorney, Orleans Parish*

# REQUEST TO FILL A POSITION

**APPLICANT:**      MATHEW DERBES

**TITLE:**      ASSISTANT ATTORNEY GENERAL

**SECTION:**      PROSECUTION & TECH ASST.

**DIVISION:**      CRIMINAL

**PROGRAM:**      CRIMINAL

**POSITION:** XX NEW   **SALARY** $ 50,000.00/ANNUALLY   **DATE OF HIRE** ASAP   10/30/06
      EXISTING

**PREVIOUS INCUMBENT:** BURTON P. GUIDRY

---

**POSITION:**
AUTHORIZED   XX
WAGE
OTHER CHGS
STUDENT
SUMMER EMP

**FUNDED POSITION**
YES   XX   NO

POSITION #052167
CLASS CODE 500720
**BI-WEEKLY** $1,923.08

**FUNDS AVAILABLE (DIV/SEC)**

YES   ✓   NO

ORG CODE   4109
EPORTING CODE:
COMMENTS:

TIME ENTRY# 017

_Judi Stout_ 10/30/06    _Cindy Rivers_
HUMAN RESOURCE COORDINATOR  DATE    DEPUTY DIRECTOR/ADM. SER.      DATE

---

APPROVED:

_____      _____
NICHOLAS GACHASSIN , JR.   DATE      CHARLES C. FOTI, JR.   DATE
FIRST ASST. ATTORNEY GENERAL      ATTORNEY GENERAL

**EXHIBIT**
**V**



**LOUISIANA DEPARTMENT OF JUSTICE**

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

## Pre-Employment Questionnaire

The Louisiana Department of Justice is an Equal Opportunity Employer. All appointments are based on merit qualifications and without regard to race, color, creed, religion, sex, national origin, sexual orientation, age, marital or veteran status, or the presence of a non-job-related medical condition or disability. If you are disabled and need accommodations in the employment process, please contact our office at Post Office Box 94095, Baton Rouge, Louisiana 70804-9095, (225) 326-6705.

## A.   Applicant Information

Please type or legibly print your answers to all questions on this form. If no response is necessary or applicable, please indicate "none" or "n/a." Use additional pages as necessary to answer the questions, and please provide your name at the top of all attached pages. Although it is not required, a resume may be attached to this form.

Full Name:  Matthew Brandon Derbes_____

Mailing Address: ███████████████, New Orleans, Louisiana 70130_____

Physical Address:  Same_____

Home Phone: (_504_) ██████_____     Work Phone: (____) _____

E-mail:  ████████@aol.com_____     Are you 18 or older? yes___

## B.   Educational History

Beginning with the 9th grade, please identify all schools that you have attended, including colleges and universities, business schools, trade schools, and military service schools.

1



EXHIBIT

W

## High School

Name: Destrehan High School_____

Address: #1 Wildcat Lane, Destrehan, LA 70047_____

Dates Attended: 1992-1994_____

Highest Grade Completed: _11th_____   Graduation Date: __N/A_____   GED Date: 05/1/94_

Awards, Honors, and Special Achievements: _____

## College or University

Name: Southeastern Louisiana University_____

Address: Hammond, LA_____

Dates Attended: 1994-1998 _____

Major or Principal Field of Study: Criminal Justice_____

Credit Hours: _____   Degree and Date Awarded: Bachelor of Arts in Criminal Justice__

Awards, Honors, and Special Achievements: Dean's List_____

## Graduate School

Name: Southern University Law Center_____

Address: Baton Rouge, LA_____

Dates Attended: 1999-2002_____

Major or Principal Field of Study: Law _____

Credit Hours: _____   Degree and Date Awarded: Juris Doctorate 05/12/2002_____

Awards, Honors, and Special Achievements: (See resume)_____

## Other Schools

Name: _____

Address: _____

Dates Attended: _____

Major or Principal Field of Study: _____

Credit Hours: _____ Degree and Date Awarded: _____

Awards, Honors, and Special Achievements: _____

## C.   Employment History

Beginning with your current or most recent job, please describe your employment history, including military, part-time, temporary, and volunteer jobs. If you held more than one job for the same employer, please list each job separately.

Employer: Orleans Parish District Attorney's Office_____

Address: 1340 Poydras Street, 7th Floor, New Orleans, LA 70112_____

Phone Number: (___)_____ Dates of Employment: 3/22/04 to 10/3/06_____

Hours per Week: 50-60_____ Starting Salary: 30k_____ Ending Salary: 41k_____

Name and title of immediate supervisor: Ralph Brandt_____

May we contact your employer and immediate supervisor? yes_____

Job Title: _Senior Trial Attorney_____ Duties and Responsibilities: _All applicable to the position._____

_____

Reason for leaving: Frustration_____



Employer: _____

Address: _____

3

# LOUISIANA
# Department of Justice

# Policy and Procedure Manual

## Effective August 7, 2000



# CRIMINAL PROGRAM

## PROGRAM AUTHORIZATION

> La. Constitution, Article IV, Section 8
> La. R.S. 36:701(D)
> La. R.S. 36:704 (E) and (F)
> La. R.S. 13:4448
> La. R.S. 49:251-253 and 257(B)
> La. R.S. 15:1311(B)
> La. R.S. 42:66(G)
> La. R.S. 22:1241 and 1245
> La. R.S. 40:1421 and 1422
> La. C.Cr.P., Articles 61, 62, 67, 261-280, 1880
> 42 CFR 1007

## PROGRAM DESCRIPTION

**Mission Statement**

The mission of the Criminal Program is to seek justice on behalf of the citizens of the State of Louisiana by the execution of superior, professional, and effective investigation and prosecution of all matters referred to the Department of Justice.

**Program Goals**

I.    To provide superior legal and professional services to the State of Louisiana.

II.   To develop a working environment that encourages competent individuals to seek career employment in the Criminal Program of the Department of Justice.

III.  To improve cooperative working relationships with federal, state, and local agencies and private sector organizations.

**Program Activities**

The Criminal Program includes the Criminal Division and the Investigation Division. The functions and activities of both divisions are supervised by the Deputy Attorney General, Program Manager, who is responsible for monitoring the activities of all staff personnel, including the Division Directors, as well as for the administration and implementation of policy.

## Criminal Division

The Criminal Division is currently divided into seven sections; each supervised by the Director of the Criminal Division.

### *Administrative*

The purpose of the Administrative Section is to supervise, control and coordinate all personnel and functions of the Criminal Division.

DOJ-00-1

*Prosecution and Technical Services*

The Prosecution and Technical Assistance Section prosecutes violations of the criminal laws of the state by conducting or assisting in criminal prosecutions pursuant to the recusal or request of district attorneys. This section also serves as (1) advisor to the district attorneys, law enforcement, and the legislature; (2) a training agency for law enforcement; and (3) as liaison between various levels of law enforcement within the state.

*Special Services*

The Special Services Section provides legal services to the state in the areas of (1) extradition; (2) appeals and habeas corpus proceedings; (3) as amicus curiae in matters pending before the U. S. Supreme Court; and (4) through preparation of the Attorney General's opinions concerning matters of criminal law.

*White Collar Crimes*

In November 1997, the Criminal Program formed the White Collar Crime Unit to specialize in the investigation and prosecution of economic crime, including theft by fraud, investment and financing frauds and ponzi schemes, insurance fraud, racketeering, money laundering and other related financial-type crimes. The unit also investigates and prosecutes criminal violations of the state hazardous waste and other related environmental laws.

*Violent Crime/Drug Offender Prosecution*

In 1997, the former Career Criminal Section was converted to the Violent Crime and Drug Unit. The unit specializes in violent crimes against the person and narcotics cases of all varieties. Although the existing Prosecution and Technical Assistance Section handles some violent offenders and drug cases, the goal is to develop a staff of prosecutors proficient in areas of criminal law that increasingly require specialized training and knowledge.

*Insurance Fraud Unit*

This unit of the Criminal Division prosecutes cases of insurance fraud referred to the Department of Justice by the Department of Insurance.

*Medicaid Fraud Control Unit (MFCU)*

The Medicaid Fraud Control Unit investigates and prosecutes individuals and entities defrauding the Medicaid Program or abusing residents in health care facilities. It also initiates recovery of identified overpayments.

**Investigation Division**

The Investigation Division is currently divided into four sections, each supervised by the Director of the Investigation Division.

*Administrative*

The purpose of the Administrative Section is to supervise, control, and coordinate all personnel and functions of the Investigation Division. The Division also has two investigators assigned to the Cooperative Disability Investigations Pilot Project. This

DOJ-00-1

A-6

project is designed to facilitate the investigation of persons involved in suspected social security disability fraud. The pilot project is totally funded by the federal government and operates under the supervision of the Social Security Administration, Office of Inspector General.

### Trial

The function of the Trial Section is to provide follow-up investigation services for the trial attorneys of the Criminal Division. The investigations are those things deemed necessary by the assistant attorneys general, which were not done by the primary investigative agency. These services include locating witnesses who have moved since the offense occurred, running record checks on potential witnesses, providing transportation for victims and witnesses who have none, providing security for victims, witnesses, and assistant attorneys general, procurement of evidence, and witness management during trial.

### Special Investigations

The function of the Special Investigations Section is to provide investigative services in those cases referred to the Louisiana Department of Justice involving white collar crimes or public corruption. Due to the fact that many district attorneys lack personnel with the necessary expertise, this type of crime is an ever-increasing part of the caseload. This section is staffed with accountants along with other investigators.

### General Investigations and Government Support

The function of the General Investigations Section is to provide investigative services in all matters not covered by the two specialized sections referred to above. Additionally, this section responds to the numerous requests for investigative assistance from any governmental agency, local, state, or federal.

## SECURITY

The Investigation Division is responsible for internal security and executive security within the department, under the direction of the Attorney General and the First Assistant Attorney General. The Investigation Division may recommend to the Attorney General and First Assistant Attorney General that internal security directives be issued as needed.

Any internal or executive security concerns should be reported to the Investigation Division with concurrent notification to the First Assistant Attorney General.

Executive security matters will be coordinated through the Investigation Division.

## FIREARMS

Only those employees of the Department of Justice who are properly commissioned as peace officers under the provision of R.S. 40:1379.1 shall be granted authority to carry firearms.

For the purpose of this policy, the following terms have the meaning ascribed to them in this paragraph:

1. As used in this policy, "firearm" is defined as any handgun, rifle, or shotgun carried by an employee of this department.

2. As used in this policy, "firearms authorization" is defined as the written Form DJF-34 authorization, signed by the Attorney General, giving an employee authority to carry a firearm in relation to employment within the Department of Justice.

3. For purposes of this regulation, a "departmental firearms instructor" is defined as an individual appointed by the Attorney General to maintain firearms authorization. The instructor shall be proficient in the use of firearms and knowledgeable in firearms safety and training.

Departmental Firearms Instructor

The duties of the departmental firearms instructors are to conduct and supervise training, instruct in and promote firearms safety, and supervise firearms qualifications. Departmental firearms instructors shall maintain written records of their activities suitable to verify compliance with this regulation.

Firearm Type

All firearms and ammunition carried by a departmental employee having firearms authorization shall be regularly and frequently inspected by a departmental firearms instructor to ensure safe operations. The employee's immediate supervisor shall determine that the firearms carried by the employee are appropriate to the performance of his duties. Only ammunition authorized by the department can be used.

Training

All persons authorized to carry firearms in the performance of departmental duties shall attend orientation, firearms safety and marksmanship training. Such activities are to be conducted by a departmental firearms instructor. Firearms training will be conducted four times per year.

Qualifications

All employees requesting firearms authorization from the Attorney General must qualify as being proficient in the use of each type of firearm carried prior to firearms authorization being approved by the Attorney General.

A departmental firearms instructor shall designate the departmental qualifying score on the Police Officers Standard and Training (POST) and other appropriate courses. All employees with firearms authorization shall qualify by firing the minimum qualifying score, or above, on a selected course as designated by a cognizant departmental firearms instructor.

A departmental firearms instructor shall certify to the employee's immediate supervisor and to the department's Human Resource Section, Administrative Services Division, that the employee has or has not qualified on the required date. If an employee fails to qualify,

the employee will be given sufficient training to improve his proficiency in the use of a firearm in order to obtain a qualifying score.

Termination

Firearms authorization issued under this policy shall terminate on an employee's cessation of employment with the department, or upon assignment to duties within the department where a firearm is not required incidental to the work, or upon failure to qualify pursuant to the provisions of regulations.

Firearms Authorization Forms

Forms DJF-33 and DJF-34 are to be completed, forwarded to the Human Resource Section, and placed in the individual personnel file of each employee authorized to carry firearms in connection with official Department of Justice duties.

Employee Responsibility

Employees are responsible for the proper maintenance and security of firearms under their control. No firearms approved for official use shall be left unattended in an office vehicle unless secured in the locked trunk of the vehicle. Employees are to use discretion in the carrying of firearms to ensure that there is no unnecessary display of weapons or reference to the fact that one is armed. No firearm shall be left unattended in official office space unless secured in a locked desk or cabinet.

Use of Deadly Force

Employees can use deadly force only in those instances where it is necessary as a self-defense measure or for the defense of another in a situation where it is believed that death or serious bodily harm will result.

# GAMING PROGRAM

## PROGRAM AUTHORIZATION

La. Constitution, Article IV, Section 8
La. R.S. 36:701(D)
La. R.S. 36:704(H)
La. R.S. 27:1
Act 888 of 1990
Act 817 of 1993
Act 721 of 1997
La. R.S. 4:141
La. R.S. 4:701
La. R.S. 47:9001

## PROGRAM DESCRIPTION

### Mission Statement

To serve the Louisiana Gaming Control Board and other client agencies in a manner which creates a regulatory atmosphere for licensed gaming and which instills public confidence and trust that gaming activities are conducted honestly and are free from criminal and corruptive elements; to insure the integrity of individual gaming entities by the regulation of persons, practices, associations and activities within the gaming industry and; to anticipate and support necessary corrective rulemaking and legislation.

### Program Goals

I.      Provide superior legal and professional services to the State of Louisiana.
II.     Improve cooperative working relationships with federal, state, and local agencies and private sector organizations.

### Program Activities

The Gaming Division serves as legal advisor to all gaming regulatory agencies and represents them in all legal proceedings.

#### Louisiana Gaming Control Board

Provide representation, legal advice and counsel to the Louisiana Gaming Control Board in areas of land-based casino, riverboat, video poker gaming and slot machine gaming at racetracks and gaming on Indian lands.

#### Riverboat, Video Poker, and Slot Machine Gaming at Live Racing Facilities

Provide legal advice and representation to the Louisiana Gaming Control Board and State Police in all areas of gaming regulation, including licensing, enforcement, and rulemaking as well as prosecuting administrative actions, including denials of applications, suspensions, revocations, and civil penalties. Assist in the review of files and applications.

Represent the Board and State Police in judicial appeals of administrative actions and defend the Board and State Police in other civil litigation related to gaming.

### *Louisiana Lottery Corporation*

Attend meetings of the Louisiana Lottery Corporation (LLC) and provide legal advice and counsel on an as needed basis to the LLC on wide ranging issues concerning the operation of the Lottery in accordance with the statutory provisions. Participate in the review of Requests for Proposals issued by the Lottery for the solicitation of services to the LLC. Provide legal defense in certain matters instituted against the LLC.

### *State Racing Commission*

Provide legal representation and counsel to the Racing Commission in all matters regarding the regulation of the horse racing industry, pari-mutual wagering and off-track wagering. Prosecutes administrative actions on behalf of the Commission and defends the Commission in all civil litigation to which it is a party.

### *Charitable Gaming*

Provide legal advice and representation to the Department of Revenue and Taxation in all areas of gaming regulation, including licensing, enforcement, and rulemaking as well as prosecuting administrative actions, including denials of applications, suspensions, revocations, and civil penalties. Assist in the review of files and applications. Represent State Police in judicial appeals of administrative actions and defend State Police in other civil litigation related to gaming.

### *Land Based Casino*

Provide legal advice and representation to the Louisiana Gaming Control Board and State Police in all areas of gaming regulation, including licensing, enforcement, and rulemaking as well as prosecuting administrative actions, including denials of applications, suspensions, revocations, and civil penalties. Assist in the review of files and applications. Represent the Board and State Police in judicial appeals of administrative actions and defend the Board and State Police in other civil litigation related to gaming. Assist in the negotiation and redrafting of a new casino operating agreement with the casino gaming operator.

### *Indian Gaming*

Advise the Louisiana Gaming Control Board on matters of Indian Gaming and Indian law. Provide legal counsel to the Louisiana State Police Indian Casino Gaming Division. Handle all reviews of the denial, suspension, and revocation of state certification to work for or do business with Indian casinos. Serve as a resource for numerous state agencies for information on Indian Gaming and Indian law.

# LITIGATION PROGRAM

## PROGRAM AUTHORIZATION

> La. Constitution, Article IV, Section 8
> La. R.S. 36:701(D)
> La. R.S. 36:704(G)
> Act 448 of 1988
> Act 107 of 1999
> La. R.S. 39:1533(B)

## PROGRAM DESCRIPTION

The state's tort liability exposure is far greater than in the private sector, both in dollar amount and in variety of claims asserted; examples include: road hazard liability; public health care provider liability; legislative liability; regulatory liability; and alleged liability for illegal and/or intentionally wrongful actions of elected officials. Suits against the state range from relatively minor worker's compensation claims to complex multi-district federal litigation involving hundreds of suits and/or parties and hundreds of millions of dollars of exposure. Estimated attorneys' fees range from less than $500 to hundreds of thousands of dollars. In 1995 the state paid out $45.8 million in judgments through the Office of Risk Management and another $71.1 million through legislative appropriation. According to the House Legislative Services, in 1996 the state paid out $106 million in judgments through the Officer of Risk Management and another $3.8 million through legislative appropriation. In fiscal 1997-98, the total amount paid out by the Office of Risk Management in judgments and settlements was $98.5 million. In 1998-99, the Office of Risk Management paid out $110.4 million in judgments and settlements.

In June 1993 it was determined that the state could not continue its heavy reliance upon the utilization of private contract attorneys for its tort defense. Utilization of contract attorneys had grown from $10.8 million for representation in 2,364 cases in FY 1989-90 to $20.13 million for representation in 4,000 cases in FY 1992-93. During this same period, the Litigation Division's cases and funding went from 2,693 cases and $2.61 million to 3,000 cases and $2.7 million. The Attorney General developed a three-step program to increase the utilization of Litigation Division attorneys for the state's tort defense. Step One was completed in FY 1993-94 with the addition of 15 new attorney positions and 13 new support positions. With this increased staff, the Litigation Division handled 92.2% or 1,688 of the 1,830 new cases filed against the state in FY 1993-94 at a cost of $3.2 million. The total number of cases being handled by private attorneys was reduced from 4,000 to 3,501 and contract attorney costs were reduced from $20.13 million to $19.63 million. During this same period, the Litigation Division recovered and returned to the Office of Risk Management over $1 million through subrogation and/or intervention claims. Step Two was implemented in FY 1994-95 with the addition of 26 attorney positions and 23 support positions and the opening of regional division offices in Shreveport, New Orleans and Lake Charles. With this staff the Litigation Division handled 87% or 1,635 of the 1,878 new cases filed during FY 1994-95, at

a total cost of $5.4 million. The total number of cases being handled by contract attorneys was reduced to 2,343 and total contract attorneys' fees were reduced to $9.5 million. Total attorneys fees were reduced to $14.9 million, a savings of $7.9 million from the $22.8 million level of FY 1993-94. Step Three of the program, which was approved by the 1995 Legislature authorized the opening of regional offices in Alexandria, Lafayette, and Monroe as well as the addition of 17 attorney and 15 support positions. The Alexandria and Lafayette regional offices were opened during FY 1995-96.

During FY 1996-97, the Litigation Division received 1,860 new cases to defend, of which 1,647 or 89% were assigned to division attorneys to handle while only 213 or 11% were referred to contract counsel. By July 1, 1997, 76% of all open and pending cases were being handled by Litigation Division attorneys.

During FY 1997-98, the Litigation Division received 1,862 new cases to defend, of which 1,596 or 86% were assigned to division attorneys to handle while 266 or 14% were referred to contract counsel. The division has had a goal over the last several years of handling 90% of the new cases in-house. The division experienced some personnel shortages during the fiscal year. This resulted in the need to contract out more cases than usual.

During FY 1998-99, the Litigation Division received 1541 new cases to defend, of which 1205 or 78% were assigned to division attorneys, while 336 new cases or 22% were referred to contract counsel. Due to continuing personnel turnover and increasing caseloads, the division has reduced its goal for handling cases in house to 80% of all new cases.

During FY 1999-00, the Litigation Division received 1688 new cases to defend, of which 1389 or 82.3% were assigned to division attorneys, while 299 new cases or 17.7% were referred to contract counsel.

## Mission Statement

The mission of the Litigation Program is to provide legal representation for the Office of Risk Management, the Self-Insurance Fund, the State of Louisiana and its departments, agencies, boards and commissions and their officers, officials, employees and agents in all claims covered by the State Self-Insurance Fund, and in all tort claims whether or not covered by the Self-Insurance Fund.

## Program Goals

I.  Provide superior legal and professional services to the Office of Risk Management.
II.  Continue to develop extensive expertise in the defense of public entities, officials and employees, and strive to retain highly competent and professional litigation staff.
III.  Continue to develop programs to educate agency policy makers to recognize and correct potential liability situations.

DOJ-00-1

## Program Activities

The Litigation Division is subdivided into five substantive law sections: Civil Rights, General Liability, Medical Malpractice, Road Hazards and Workers' Compensation. Each section specializes in litigation matters filed against the State. The Division has five Regional Offices that handle litigation filed in the geographical area covered by the Regional Offices.

### Civil Rights

The Civil Rights Section represents state officials, employees, state agencies, and the "state" in damages action litigation brought on the bass of 42 U.S.C. §1983, the Civil Rights Act of 1964, as amended, state statutes dealing with employment discrimination, such as La. R.S. 23:321 et seq., and prisoner suits brought pursuant to La. R.S. 15:1171 et seq. Defended actions also include such diverse suits as Americans with Disabilities Act claims, Age Discrimination Act claims, Pregnancy Discrimination Act claims, Fair Labor Standards Act Claims, Federal Individualized Education Act (IDEA) suits. As an adjunct to §1983 suits, the Section also defends claims for attorney's fees under 42 USC §1988.

### General Liability

The General Liability Section provides legal defense to the state, state agencies and employees, etc. against tort litigation in regard to claims of personal injuries or property damages which allegedly occurred on state property or were caused by a state employee or officer.

### Medical Malpractice

The Medical Malpractice Section is primarily responsible for handling malpractice cases against public health care providers as defined by La. R.S. 40:1299.39.

### Road Hazards

The Road Hazards Section provides legal defense to the Louisiana Department of Transportation and Development in all lawsuits for personal injury, property damage, wrongful death and business losses attendant to DOTD operations and/or conditions of DOTD roads, bridges, or other property. The section typically handles lawsuits involving maintenance, design, construction, and operations of DOTD's roads and bridges.

### Workers' Compensation

The Workers' Compensation Section is primarily responsible for handling litigated workers' compensation matters filed against the state, along with providing support for other related concerns such as advice to the Office of Risk Management regarding claims and handling of settlements as appropriate. The Section is also responsible for Jones Act and maritime matters filed by state employees and is responsible for pursuit of subrogation claims that are referred by Risk Management.

### Alexandria Office

The Alexandria Office was opened in September, 1995. The office serves the litigation needs of the Office of Risk Management in nine parishes: Avoyelles, Rapides, Natchitoches, Grant, Winn, La Salle, Catahoula, Vernon, and Concordia. The attorneys generally handle a range of matters depending on experience and workload.

### Lafayette Office

The Lafayette Office was opened in March, 1996. The office serves the litigation needs of the Office of Risk Management in eight parishes: Lafayette, Vermilion, St. Martin, St. Mary, Iberia, St. Landry, Evangeline, and Acadia. The attorneys generally handle a range of matters depending on experience and workload.

### Lake Charles Office

The Lake Charles Office was opened in June, 1995. The office serves the litigation needs of the Office of Risk Management in five parishes: Allen, Beauregard, Calcasieu, Cameron, Sabine, and Jefferson Davis. The attorneys generally handle a range of matters depending on experience and workload.

### New Orleans Office

The New Orleans Office was opened in January, 1995. The office serves the litigation needs of the Office of Risk Management in eleven parishes: Jefferson, Orleans, Plaquemines, St. Bernard, St. Charles, St. James, St. John The Baptist, St. Tammany, Terrebonne, Lafourche and Washington. The attorneys in this office generally concentrate their efforts in one or more specific subject matters. This has been accomplished particularly in the Medical Malpractice defense litigation, followed to a lesser extent as it pertains to Civil Rights, General Liability, Road Hazards and Worker's Compensation.

### Shreveport Office

The Shreveport Office was opened on August 1, 1994. The office is responsible for the defense of tort and tort-related litigation against the state for a nine (9) parish area, which includes Caddo, Bossier, Webster, Claiborne, Jackson, Bienville, DeSoto, Red River, and Sabine. The attorneys generally handle a range of matters depending on experience and workload.

<u>Merit Increases</u>

Merit increases are given to employees at the discretion of the Attorney General. **No supervisor** has the authority to give merit increases or raise an employee's salary or compensation.

This public document is published at a total cost of $ 2,483.00.   550 copies of this public document were published in this first printing at a cost of $ 2,483.00.  The total cost of all printings of this document including reprints is $ 2,483.00.  This document was published by Key Office Equipment,  11870 Boylan Drive, Baton Rouge, Louisiana  70809, to inform the employees of the Department of Justice of the policies and procedures of the Department of Justice under the authority of the Attorney General and under special exception by the Division of Administration.   This material was printed in accordance with standards for printing by State Agencies established pursuant to R.S. 43:31.  Printing of this material was purchased in accordance with the provisions of Title 43 of the Louisiana Revised Statutes.

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**  MATTHEW B. DERBES

**TITLE:**  ASSISTANT ATTORNEY GENERAL

**SECTION:**  PROSECUTION & TECH ASSISTANCE

**DIVISION:**  CRIMINAL

**PROGRAM:**  CRIMINAL

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,923.08 <br> BI-WEEKLY | $ 57.60 | $ 1,980.68 <br> BI-WEEKLY | Adjustment | 07/01/2007 |
| $ 50,000.08 <br> ANNUAL | $ 1,497.60 | $ 51,497.68 <br> ANNUAL | | |

_____
HUMAN RESOURCE COORDINATOR

**FUNDS AVAILABLE (DIV/SEC)**

YES ✓      NO _____

_____
DIRECTOR/ADM. SERVICES      DATE

APPROVED

_____
NICHOLAS GACHASSIN, JR.      DATE
FIRST ASSISTANT ATTORNEY GENERAL

_____
CHARLES C. FOTI, JR.      DATE
ATTORNEY GENERAL



**EXHIBIT**
**Y**
**IN GLOBO**

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**   MATTHEW B. DERBES

**TITLE:**   ASSISTANT ATTORNEY GENERAL

**SECTION:**   PROSECUTION & TECH ASSIST

**DIVISION:**   CRIMINAL

**PROGRAM:**   CRIMINAL

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,980.68 <br> BI-WEEKLY | $ 134.71 | $ 2,115.39 <br> BI-WEEKLY | Adjustment | 08/27/2007 |
| $ 51,497.68 <br> ANNUAL | $ 3,502.46 | $ 55,000.14 <br> ANNUAL | | |

_____
HUMAN RESOURCE COORDINATOR

**FUNDS AVAILABLE (DIV/SEC)**

YES ✔        NO _____

_____
DIRECTOR/ADM SERVICES    DATE

APPROVED
_____
NICHOLAS GACHASSIN, JR.        DATE
FIRST ASSISTANT ATTORNEY GENERAL

_____
CHARLES C. FOTI, JR.    DATE
ATTORNEY GENERAL

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**   MATTHEW B. DERBES

**ISIS NUMBER:**   171719

**TITLE:**   ASSISTANT ATTORNEY GENERAL

**SECTION:**   PROSECUTION & TECH ASSISTANCE

**DIVISION:**   CRIMINAL

**PROGRAM:**   CRIMINAL

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 2,115.39 BI-WEEKLY | $ 500.00 | $ 2,615.39 BI-WEEKLY | Adjustment | 03/24/2008 |
| $ 55,000.14 ANNUAL | $ 13,000.00 | $ 68,000.14 ANNUAL | | |

_Norma H. Avery 3/31/08_
HUMAN RESOURCE MANAGER  DATE

```
FUNDS AVAILABLE (DIV/SEC)

YES   ✓          NO

DIRECTOR/ADM.SERVICES      DATE
```
_4/1/08_

APPROVED:

_John Sinquefield 4/1/08_
JOHN SINQUEFIELD        DATE
FIRST ASSISTANT ATTORNEY GENERAL

_James D. Caldwell_
JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

## RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:**   MATTHEW B. DERBES

**ISIS NUMBER:**   171719

**TITLE:**   ASST ATTORNEY GENERAL

**SECTION:**   PROSECUTION & TECH ASST SECTION

**DIVISION:**   CRIMINAL

**PROGRAM:**   CRIMINAL

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 2,615.39 BI-WEEKLY | $ 156.92 | $ 2,772.31 BI-WEEKLY | Adjustment | 04/07/2008 |
| $ 68,000.14 ANNUAL | $ 4,079.92 | $ 72,080.06 ANNUAL | | |

HUMAN RESOURCE MANAGER   DATE   3/11/08

**FUNDS AVAILABLE (DIV/SEC)**

YES ✓   NO

DIRECTOR/ADM SERVICES   DATE   3-11-08

APPROVED:

JOHN SINQUEFIELD   DATE
FIRST ASSISTANT ATTORNEY GENERAL

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

## REQUEST TO FILL A POSITION

**APPLICANT:**      RAQUELLE M. BABEAUX-PHILLIPS

**TITLE:**      ASSISTANT ATTORNEY GENERAL

**SECTION:**      NEW ORLEANS OFFICE

**DIVISION:**      LITIGATION

**PROGRAM:**      LITIGATION

**POSITION:**   __NEW    **SALARY** $52,000.00/ANNUALLY**DATE OF HIRE** 05/02/2005
              XX  **EXISTING**

**PREVIOUS INCUMBENT:**  LIONEL J. FAVRET, III

| | |
|---|---|
| **POSITION:** <br>  AUTHORIZED    XX <br>  WAGE <br>  OTHER CHGS <br>  STUDENT <br>  SUMMER EMP <br><br> **FUNDED POSITION** <br>  YES __XX__    NO_____ <br><br> POSITION #:  157160 <br> CLASS CODE  500720 <br> **BI-WEEKLY**  $2,000.00 | **FUNDS AVAILABLE (DIV/SEC)** <br><br> YES  ___/___   NO_____ <br><br> ORG CODE: 6102 <br> REPORTING CODE: <br> COMMENTS: <br><br> TIME ENTRY #010 |
| *Judi Stout*  4/5/05 <br> HUMAN RESOURCE COORDINATOR  DATE | *Cindy Rios*  4.6.05 <br> DEPUTY DIRECTOR/ADM. SER.       DATE |

APPROVED:

NICHOLAS GACHASSIN , JR.   DATE          CHARLES C. FOTI, JR.   DATE
FIRST ASST. ATTORNEY GENERAL            ATTORNEY GENERAL

**EXHIBIT**

**Z**

tabbies®