UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNIFER MEDLEY** | **CIVIL ACTION** |
| | **DOCKET NO. 09-4570-CJB-DEK** |
| **VERSUS** | |
| | **JUDGE CARL BARBIER** |
| **LOUISIANA STATE** | |
| | **MAGISTRATE JUDGE** |
| **DEPARTMENT OF JUSTICE** | **DANIEL E. KNOWLES, III** |

### NOTICE OF HEARING

IT IS HEREBY NOTICED that Defendant's Motion for Summary Judgment will come for hearing before the Honorable Carl J. Barbier at 9:30a.m. on the 29th day of September, 2010 or as soon thereafter as counsel may be heard.

Respectfully Submitted:

**JAMES D. "BUDDY' CALDWELL**
**ATTORNEY GENERAL**

**CLATYON & FRUGE**
ANTONIO M. CLAYTON, Bar Roll #21191
Special Assistant Attorney General
607 N. Alexander Avenue
Port Allen, Louisiana 70767
Telephone:  (225) 344-7000
Facsimile:   (225) 393-7631
tclayton@aol.com
**--and---**

**SHOWS, CALI, BERTHELOT & WALSH, LLP**

 /s Amy L. McInnis
E. Wade Shows, La. Bar Roll No. 7367
Amy L. McInnis, La. Bar Roll No. 29337
*Special Assistant Attorneys General*
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile:  (225) 346-1467
ews@scbllp.com
amym@scbllp.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 9th day of September, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

                                         *s/ Amy L, McInnis*
                                         **Amy L. McInnis**