UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER M. MEDLEY | * | CIVIL ACTION |
| | * | NO. 09-4570 |
| | * | |
| versus | * | SECTION J |
| | * | JUDGE BARBIER |
| | * | |
| STATE OF LOUISIANA, | * | DIVISION 3 |
| DEPARTMENT OF JUSTICE | * | MAGISTRATE KNOWLES |

* * * * * * * * * * * * * * * * * *

## PLAINTIFF'S EXPARTE MOTION TO FILE BRIEF IN EXCESS OF 25 PAGES

NOW NTO COURT, through undersigned counsel, comes Plaintiff, Jennifer Medley, who respectfully requests this Court to grant her leave to file her Opposition to Defendant's Motion for Summary Judgment in excess of the 25-page limit set forth in Uniform Louisiana Local Rule 7.8.1E. Plaintiff submits that she is constrained to file a longer opposition in order to adequately brief and sufficiently address the claims and argument set forth in the Defendant's Motion for Summary Judgment. Despite her earnest attempt to streamline her Opposition in order to not exceed the 25-page limitation, Plaintiff was unable to do so in light of Defendant's numerous claims set forth in its Motion for Summary Judgment.

Accordingly, Plaintiff avers that she will need to file an opposition in excess of the 25-page limitation and respectfully requests leave of the Court to do so.

Respectfully submitted,
LAW OFFICE OF DALE EDWARD WILLIAMS

/s/Dale E. Williams
Dale E. Williams, Bar #18709
212 Park Place
Covington, Louisiana 70433
Telephone: (985) 898-6368
Facsimile:  (985) 892-2640
mailto:dale@daleslaw.com

James M. Williams, Bar #26141
Gauthier, Houghtaling, & Williams, L.L.P
3500 N. Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 456-8600

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/Dale E. Williams