UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER M. MEDLEY | * | CIVIL ACTION |
| | * | NO. 09-4570 |
| | * | |
| versus | * | SECTION J |
| | * | JUDGE BARBIER |
| | * | |
| STATE OF LOUISIANA, | * | DIVISION 3 |
| DEPARTMENT OF JUSTICE | * | MAGISTRATE KNOWLES |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion to File Brief in Excess of 25 Pages filed by Plaintiff Jennifer Medley; accordingly,

IT IS ORDERED BY THE COURT that Plaintiff's Ex Parte Motion to File Brief in Excess of 25 Pages be and the same is hereby GRANTED, and that the Clerk of the United States District Court for the Eastern District of Louisiana is hereby directed to accept for filing Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

New Orleans, Louisiana, this _____ day of October 2010.

_____
UNITED STATES DISTRICT JUDGE