Rob, as you may be aware, the cost of living in New Orleans has drastically changed.  It has become extremely difficult to live in the city.  I live in New Orleans East and any type of communication is by satellite now.  Bellsouth says that we might get landlines by January.  This is very expensive.  Between house repairs and prices that have skyrocketed on everything, I cannot afford to live on the salary that I have right now.  With all of the debris, tire replacements are common, windshields and everything else.  I am still in my FEMA trailer and there is still no infrastructure.  If someone suggested that we move to another part of N.O. that will never happen because you cannot get a 1 bedroom condo now for under $200K.    I just received my renewal notice for homeowners insurance and it is now $3,000.00(last year it was $1,200.00).  I have not gotten the flood notice yet.

If you read the Times Picayune it is clear that is has become economically hard for everyone here.  The suicide rate has increased, mental health issues are extremely high, and most meds are not covered by insurance.  Section 8 has increased their vouchers for welfare recipients because the market has jumped so high.  Under Section 8, HUD is paying $1,300.00 for a 2 bedroom apartment in a bad neighborhood.  Do you realize that this prices any citizens like us not receiving government assistance out of the housing market?  We cannot afford that type of rent but welfare recipients can.  Citizens here are furious about that.  I still have not been able to buy more than one suit for work because I lost everything and I'm not close to replacing half of my clothes.  I cannot afford to.  At present, my yearly salary is $42,000.00 which equates to about $20.00 per hour, give or take a few cents.  Businesses here have had to raise pay to employ non skilled workers.  Home Depot is paying $18.00 per hour, you do not need a law degree to work there.  On the State Department of Labor's website, the average salary for government attorneys in New Orleans is $60,000.00 yearly.  This is on the LA Dept. of Labor's website.   I couldn't afford to pay my bar dues this year.  I tried to get a waiver, but was denied since I was "employed".  Your office had to arrange for me to get my reimbursement now so that I could pay the dues.  For the first time in four years, I had to ask for a deferment on my student loans.  We are not allowed to do any side work to make up for the deficiency.

There is also the matter of disparate pay in the office.  How do you start one attorney with no experience at the same rate of pay of another attorney w/ 2 yrs experience who was hired 2 years ago?  Take a look at the civil service records and compare each individual looking at race and gender and you will find the disparities.  Again, due to the cost of living here in New Orleans and the average pay for an attorney with 4 years of experience, I am requesting an increase to $50,000.00 annually.  I have been here for 2 years now and enjoy the work I do.  You may ask any of my supervising attorneys they will tell you that I am a hard worker.