

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

# State of Louisiana
DEPARTMENT OF JUSTICE
LITIGATION DIVISION
NEW ORLEANS
70130

400 POYDRAS STREET
SUITE 1600
TEL: (504) 599-1200
FAX: (504) 599-1212

June 20, 2008

New Orleans CPAC Team
Attn: Ms. Chong DiMattia
301 Marshall Avenue
Fort Riley, KS 66442

RE: Recommendation for Attorney Position
with the Army Corps of Engineers

Dear Ms. DiMattia:

Please be advised that Jennifer Medley has worked in the New Orleans Litigation Office of the Attorney General's Office from June 7, 2004 to the present. Ms. Medley works in our Litigation Division handling Civil Rights, Road Hazard, General Liability, and Workers Compensation cases. I find Ms. Medley to be a competent attorney who is well organized and always on top of her cases. Because of her litigation experience, Ms. Medley feels very comfortable in the courtroom.

If you need any further information please give me a call at (504) 599-1200.

Very truly yours,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

By: _____
Stephen F. Babin
Assistant Office Chief

SFB/pbk

**Medley 110**

Case 2:09-cv-04570-CJB-DEK   Document 111-7   Filed 10/05/10   Page 2 of 4



BOBBY JINDAL
GOVERNOR

ANGELE DAVIS
COMMISSIONER OF ADMINISTRATION

# State of Louisiana
Division of Administration
**Office of Risk Management**

July 18, 2008

TO WHOM IT MAY CONCERN

I am pleased to recommend Ms. Jennifer Medley for employment consideration. She will be an asset to any employer.

I have worked closely with Ms. Medley since 2004 in her capacity as an assistant attorney general for the State of Louisiana. As the claims adjuster for all state and federal prisoner lawsuits, I have first-hand knowledge of Jennifer's legal skills both in and out of the courtroom. She was a quick study of the rules and procedures unique to federal court where a large portion of her caseload was filed. The same can be said of her state court practice. Jennifer won a majority of the cases assigned to her. She was always well prepared and her demeanor in the courtroom was beyond reproach.

As an individual, Jennifer is well mannered, polite, soft spoken, honest, helpful, and fun to be around. She has strong family ties and is active in her community. She will bring experience, good work habits and personnel skills to any employer. I will truly miss her when she is gone.

Sincerely,

*Lynda Colomb*

Lynda Colomb
State Risk Claims Adjuster

Post Office Box 91106   •   Baton Rouge, Louisiana 70821-9106   •   (225) 342-8500   •   1-800-354-9548   •   Fax (225) 342-4470
An Equal Opportunity Employer
Medley 111



CHARLES C. FOTI, JR.
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
LITIGATION DIVISION
NEW ORLEANS
70130

601 POYDRAS STREET
SUITE 1725
TEL: (504) 599-1200
FAX: (504) 599-1212

June 7, 2007

YLD Scholarship Program

    **RE:   Jennifer Medley**

Dear Sirs:

    Jennifer Medley is one of the bright young attorneys in the New Orleans Litigation Office of the Louisiana Attorney General's Office. Ms. Medley has done some trial work but is eager to do more. Ms. Medley has shown a real passion for law and with experience will become a first rate attorney.

    Ms. Medley has also become an active voice in the community. She is from New Orleans East which was hit hard by Hurricane Katrina. She has rebuilt her house in that area and has encouraged people to come back to the area. Ms. Medley would be a worthy recipient of your scholarship award.

    If you need any further information, please do not hesitate to call.

    Yours very truly,

    **CHARLES C. FOTI, JR.**
    **ATTORNEY GENERAL**

By: _____
    Stephen F. Babin
    Assistant Office Chief
    New Orleans Litigation Office

SFB/pbk

**Medley 112**

# Cornelius E. Regan
# 127 Arlington Drive
# Metairie, LA 70001

June 20, 2008

Ms. Chong DiMattia
301 Marshall Avenue
Fort Riley, KS 66442

Dear Ms. Dimattia:

I am pleased to write this letter of recommendation to you in support of Ms. Jennifer Medley's endeavor to become employed with your agency. I am currently serving as a judge in the 24th Judicial District Court of Louisiana, and have actively practiced in the field of law for thirty-one years.

My first contact with Ms. Medley was in 2007 when she represented the State of Louisiana, Department of Public Safety, in a jury trial that had been allotted to my division. During the trial, Ms. Medley was fully prepared at all times, and she zealously represented her client. She consistently spoke to the jury clearly and in an understandable manner, and she was well versed on the legal theories upon which the case was based. I was thoroughly impressed with her professionalism during the entirety of the trial.

She is a talented attorney who would be a tremendous asset to any employer. Thus, I recommend Ms. Jennifer Medley for a position at your agency with full confidence and without reservation. If you have any questions regarding this matter, please do not hesitate to contact me at (504) 364-3859.

Very truly yours,


CORNELIUS E. REGAN