# REQUEST TO FILL A POSITION

**APPLICANT:** MATHEW DERBES

**TITLE:** ASSISTANT ATTORNEY GENERAL

**SECTION:** PROSECUTION & TECH ASST.

**DIVISION:** CRIMINAL

**PROGRAM:** CRIMINAL

**POSITION:** XX NEW   SALARY $ 50,000.00/ANNUALLY   DATE OF HIRE: ASAP 10/30/06
_____ EXISTING

**PREVIOUS INCUMBENT:** BURTON P. GUIDRY

---

**POSITION:**
  AUTHORIZED  XX
  WAGE
  OTHER CHGS
  STUDENT
  SUMMER EMP

**FUNDED POSITION**
  YES XX   NO_____

POSITION #052167
CLASS CODE 500720
BI-WEEKLY $1,923.08

**FUNDS AVAILABLE (DIV/SEC)**
  YES ✓   NO_____

ORG CODE  4109
EPORTING CODE:
COMMENTS:

TIME ENTRY# 017

---

_Judi Stout_ 10/30/06         _Cindy Rivers_
HUMAN RESOURCE COORDINATOR  DATE    DEPUTY DIRECTOR/ADM. SER.   DATE

APPROVED:

_____    _____
NICHOLAS GACHASSIN, JR.   DATE    CHARLES C. FOTI, JR.   DATE
FIRST ASST. ATTORNEY GENERAL      ATTORNEY GENERAL

## RECOMMENDATION FOR SALARY CHANGE

EMPLOYEE NAME:     MATTHEW B. DERBES

TITLE:             ASSISTANT ATTORNEY GENERAL

SECTION:           PROSECUTION & TECH ASSISTANCE

DIVISION:          CRIMINAL

PROGRAM:           CRIMINAL

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,923.08 BI-WEEKLY | $ 57.60 | $ 1,980.68 BI-WEEKLY | Adjustment | 07/01/2007 |
| $ 50,000.08 ANNUAL | $ 1,497.60 | $ 51,497.68 ANNUAL | | |

_____
HUMAN RESOURCE COORDINATOR

FUNDS AVAILABLE (DIV/SEC)

YES ✓    NO _____

_____
DIRECTOR/ADM. SERVICES   DATE

APPROVED

_____                    _____
NICHOLAS GACHASSIN, JR.   DATE               CHARLES C. FOTI, JR.   DATE
FIRST ASSISTANT ATTORNEY GENERAL             ATTORNEY GENERAL

## RECOMMENDATION FOR SALARY CHANGE

EMPLOYEE NAME:   MATTHEW B. DERBES

TITLE:   ASSISTANT ATTORNEY GENERAL

SECTION:   PROSECUTION & TECH ASSIST

DIVISION:   CRIMINAL

PROGRAM:   CRIMINAL

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 1,980.68 BI-WEEKLY | $ 134.71 | $ 2,115.39 BI-WEEKLY | Adjustment | 08/27/2007 |
| $ 51,497.68 ANNUAL | $ 3,502.46 | $ 55,000.14 ANNUAL | | |

_____
HUMAN RESOURCE COORDINATOR

FUNDS AVAILABLE (DIV/SEC)
YES ✓    NO ____
_____
DIRECTOR/ADM/SERVICES   DATE

APPROVED:

_____          _____
NICHOLAS GACHASSIN, JR.   DATE    CHARLES C. FOTI, JR.   DATE
FIRST ASSISTANT ATTORNEY GENERAL  ATTORNEY GENERAL

# RECOMMENDATION FOR SALARY CHANGE

EMPLOYEE NAME:   MATTHEW B. DERBES

ISIS NUMBER:   171719

TITLE:   ASSISTANT ATTORNEY GENERAL

SECTION:   PROSECUTION & TECH ASSISTANCE

DIVISION:   CRIMINAL

PROGRAM:   CRIMINAL

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 2,115.39 BI-WEEKLY | $ 500.00 | $ 2,615.39 BI-WEEKLY | Adjustment | 03/24/2008 |
| $ 55,000.14 ANNUAL | $ 13,000.00 | $ 68,000.14 ANNUAL | | |

_____ 3/31/08
HUMAN RESOURCE MANAGER   DATE

FUNDS AVAILABLE (DIV/SEC)
YES ✓   NO _____

_____ 4/1/08
DIRECTOR/ADM. SERVICES   DATE

APPROVED:

_____ 4/1/08
JOHN SINQUEFIELD   DATE
FIRST ASSISTANT ATTORNEY GENERAL

_____
JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

# RECOMMENDATION FOR SALARY CHANGE

**EMPLOYEE NAME:** MATTHEW B. DERBES

**ISIS NUMBER:** 171719

**TITLE:** ASST ATTORNEY GENERAL

**SECTION:** PROSECUTION & TECH ASST SECTION

**DIVISION:** CRIMINAL

**PROGRAM:** CRIMINAL

| PRESENT SALARY | AMOUNT OF CORRECTION | PROPOSED SALARY | TYPE INCREASE | EFFECTIVE DATE |
|---|---|---|---|---|
| $ 2,615.39 BI-WEEKLY | $ 156.92 | $ 2,772.31 BI-WEEKLY | Adjustment | 04/07/2008 |
| $ 68,000.14 ANNUAL | $ 4,079.92 | $ 72,080.06 ANNUAL | | |

_[signature]_ 3/11/08
HUMAN RESOURCE MANAGER   DATE

**FUNDS AVAILABLE (DIV/SEC)**

YES ✓    NO

_[signature]_ 3-11-08
DIRECTOR/ADM SERVICES   DATE

APPROVED:

_[signature]_
JOHN SINQUEFIELD   DATE
FIRST ASSISTANT ATTORNEY GENERAL

_[signature]_
JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL