| Louisiana Assistant Attorneys General - December 31, 2006 | | | | |
|---|---|---|---|---|
| **NAME** | **CLASS** | **BARRED** | **HIRED** | **SALARY** |
| Aguillard, Toby J. | W/M | unavailable | unavailable | $63,440.26 |
| Ayres, John | W/M | unavailable | unavailable | $62,540.40 |
| Babin, Stephen F. | W/M | unavailable | unavailable | $74,256.26 |
| Barkley, Gregory | W/M | unavailable | unavailable | $61,360.26 |
| Beauchamp, Gary J. | W/M | unavailable | unavailable | $73,029.32 |
| Bonner, Oliver Y. | W/M | unavailable | unavailable | $46,043.14 |
| Bourque, Jude | W/M | unavailable | unavailable | $72,450.30 |
| Brahney, Thomas | W/M | 10.06.00 | 05.03.04 | $52,520.26 |
| Braud, Charles H. | W/M | unavailable | unavailable | $73,008.00 |
| Bryan, William | W/M | unavailable | unavailable | $52,000.26 |
| Caldwell, James D. | W/M | unavailable | unavailable | $60,000.20 |
| Cooper, Steven J. | W/M | unavailable | unavailable | $53,000.22 |
| Crawford, William E. | W/M | unavailable | unavailable | $59,000.24 |
| Culver, William | W/M | 04.24.81 | 05.19.98 | $68,848.26 |
| Danielson, Allen | W/M | 09.09.71 | 04.03.95 | $80,600.26 |
| Dennis, L R | W/M | unavailable | unavailable | $82,000.36 |
| Derbes, Matthew | W/M | 10.18.02 | 10.20.06 | $50,000.08 |
| Frederickson, John F. | W/M | unavailable | unavailable | $67,600.00 |
| Gachassin, Nicholas | W/M | unavailable | unavailable | $138,000.20 |
| Giarrusso, Peter J. | W/M | unavailable | unavailable | $65,166.14 |
| Guest, Lance | W/M | 09.07.96 | 04.16.99 | $55,120.26 |
| Guidry, Burton P. | W/M | unavailable | unavailable | $85,000.24 |
| Halligan, Thomas S. | W/M | unavailable | unavailable | $78,004.42 |
| Hand, Jeffrey J. | W/M | unavailable | unavailable | $63,000.34 |
| Hardee, Frank S. | W/M | unavailable | unavailable | $40,000.22 |
| Heard, Van | W/M | unavailable | unavailable | $60,420.36 |
| Hernandez, Ted | W/M | unavailable | unavailable | $65,520.26 |

| Louisiana Assistant Attorneys General - December 31, 2006 | | | | |
|---|---|---|---|---|
| **NAME** | **CLASS** | **BARRED** | **HIRED** | **SALARY** |
| Hessick, Terry F. | W/M | unavailable | unavailable | $74,000.16 |
| Jumonville, Andrew | W/M | unavailable | unavailable | $61,360.26 |
| Keller, Michael | W/M | 10.11.91 | 02.13.89 | $59,280.26 |
| Labruzzo, Frank J. | W/M | 09.01.00 | 09.19.05 | $45,000.28 |
| Landry, Michael W. | W/M | unavailable | unavailable | $65,520.26 |
| Lane, Thomas A. | W/M | unavailable | unavailable | $64,130.30 |
| Marquette, David E. | W/M | unavailable | unavailable | $60,840.00 |
| Martin, Stephen | W/M | unavailable | unavailable | $60,000.20 |
| Matchett, Christopher D. | W/M | unavailable | unavailable | $66,768.26 |
| McGaw, Thomas A. | W/M | 05.01.80 | 10.20.03 | $67,600.00 |
| McGimsey, Richard L. | W/M | unavailable | unavailable | $82,500.08 |
| Morgan, John | W/M | unavailable | unavailable | $73,840.26 |
| Murray, James R. | W/M | unavailable | unavailable | $62,000.12 |
| Namie, Myers P. | W/M | unavailable | unavailable | $65,000.26 |
| Ortego, Adam | W/M | unavailable | unavailable | $71,136.26 |
| Overton, Bradley | W/M | unavailable | unavailable | $74,216.74 |
| Pitre, Earl | W/M | unavailable | unavailable | $53,664.26 |
| Posey, Mark E. | W/M | unavailable | unavailable | $67,600.00 |
| Ramsey, Rodney | W/M | unavailable | unavailable | $64,480.26 |
| Ray, John D. | W/M | unavailable | unavailable | $63,000.34 |
| Reynaud, Glen C. | W/M | unavailable | unavailable | $64,634.44 |
| Richards, Matthew R. | W/M | unavailable | unavailable | $70,191.94 |
| Roche, Kenneth L. | W/M | unavailable | unavailable | $57,500.30 |
| Roussel, Joseph M. | W/M | unavailable | unavailable | $70,000.32 |
| Schafer, Arthur | W/M | unavailable | unavailable | $67,080.26 |
| Seidemann, Ryan | W/M | unavailable | unavailable | $50,000.34 |
| Staser, William J. | W/M | unavailable | unavailable | $70,533.32 |

| Louisiana Assistant Attorneys General - December 31, 2006 | | | | |
|---|---|---|---|---|
| **NAME** | **CLASS** | **BARRED** | **HIRED** | **SALARY** |
| Street, Stephen B. | W/M | unavailable | unavailable | $71,000.28 |
| Sudderth, John | W/M | 02.01.93 | 10.10.05 | $52,000.26 |
| Thompson, E B | W/M | unavailable | unavailable | $67,608.06 |
| Toups, Barry | W/M | unavailable | unavailable | $61,880.26 |
| Travis, Ellison | W/M | unavailable | unavailable | $67,080.26 |
| Valentine, Mark | W/M | unavailable | unavailable | $43,000.36 |
| Vincent, Scott G. | W/M | unavailable | unavailable | $67,600.00 |
| Warner, Thomas A. | W/M | unavailable | unavailable | $85,000.24 |
| Wilson, Harrel | W/M | unavailable | unavailable | $60,000.20 |
| Wingerter, Donald S. | W/M | unavailable | unavailable | $60,840.00 |
| Young, David | W/M | unavailable | unavailable | $63,000.08 |
| **65 White Males-Average Salary:** | | | | **$65,428.00** |
| Anima-Shaun, Babatunde | B/M | unavailable | unavailable | $67,600.00 |
| Batiste, Maynard | B/M | unavailable | unavailable | $61,000.42 |
| Ellis, John A. | B/M | unavailable | unavailable | $67,288.26 |
| Gilmer,  E D | B/M | unavailable | unavailable | $54,600.26 |
| Guy, Michael C. | B/M | unavailable | unavailable | $69,680.26 |
| Hansberry, Charles B. | B/M | unavailable | unavailable | $52,643.76 |
| Hebert, Christopher B. | B/M | unavailable | unavailable | $45,240.26 |
| House, Philip J. | B/M | unavailable | unavailable | $50,000.08 |
| Scott, Karl | B/M | unavailable | unavailable | $73,013.46 |
| Tyler, Michael | B/M | unavailable | unavailable | $42,000.14 |
| Vallan, Michael | B/M | unavailable | unavailable | $55,000.14 |
| White, Marty | B/M | unavailable | unavailable | $67,788.24 |
| Winters, Anthony | B/M | unavailable | unavailable | $41,000.18 |
| Woods, Wendell C. | B/M | unavailable | unavailable | $57,200.26 |
| **14 Black Males-Average Salary:** | | | | **$57,432.55** |

3

| Louisiana Assistant Attorneys General - December 31, 2006 | | | | |
|---|---|---|---|---|
| **NAME** | **CLASS** | **BARRED** | **HIRED** | **SALARY** |
| Badeaux, Raquelle | W/F | 10.15.99 | 05.02.05 | $54,080.00 |
| Baer, Deborah H. | W/F | unavailable | unavailable | $59,192.12 |
| Bailey, Lauren B. | W/F | unavailable | unavailable | $43,580.42 |
| Balfour, Molly | W/F | unavailable | unavailable | $48,000.16 |
| Ballard, Ellen S. | W/F | unavailable | unavailable | $40,000.22 |
| Benoist, Virginia | W/F | unavailable | unavailable | $70,191.94 |
| Blackley, Mary | W/F | unavailable | unavailable | $65,520.26 |
| Boagni, Paula B. | W/F | unavailable | unavailable | $43,000.10 |
| Bogran, Olga | W/F | unavailable | unavailable | $50,960.26 |
| Callaway, Kimberly L. | W/F | unavailable | unavailable | $42,500.12 |
| Chatelain, Kim | W/F | unavailable | unavailable | $50,000.08 |
| Cheng, Jeannie H. | W/F | unavailable | unavailable | $62,920.26 |
| Cockerham, Judy | W/F | unavailable | unavailable | $64,500.28 |
| Crawford, Mary Susan H. | W/F | unavailable | unavailable | $44,000.32 |
| Day, Kelley A. | W/F | unavailable | unavailable | $63,960.26 |
| Deblieux, Stacie | W/F | unavailable | unavailable | $48,000.16 |
| Devillier, Emma | W/F | unavailable | unavailable | $73,000.20 |
| Fitzgerald, Denise | W/F | unavailable | unavailable | $69,000.36 |
| Garrett, Krystil A. | W/F | unavailable | unavailable | $40,000.22 |
| Glazer, Phyllis | W/F | 10.28.05 | 10.31.05 | $41,600.26 |
| Godwin, Karen | W/F | unavailable | unavailable | $65,092.30 |
| Hannaman, Gol S. | W/F | unavailable | unavailable | $42,640.26 |
| Holland, Gail C. | W/F | unavailable | unavailable | $55,120.00 |
| Huffman, Cherie R. | W/F | 10.01.92 | 12.08.03 | $61,360.26 |
| Hunley, Mary E. | W/F | unavailable | unavailable | $66,004.38 |
| Hunter, Carol S. | W/F | unavailable | unavailable | $73,320.26 |
| Johnson, Jane | W/F | unavailable | unavailable | $61,560.20 |

| Louisiana Assistant Attorneys General - December 31, 2006 | | | | |
|---|---|---|---|---|
| **NAME** | **CLASS** | **BARRED** | **HIRED** | **SALARY** |
| Kakar, Reshma S. | W/F | unavailable | unavailable | $50,000.08 |
| Kilpatrick, Kerry L. | W/F | unavailable | unavailable | $68,648.06 |
| Kraus, Constance O. | W/F | unavailable | unavailable | $57,200.26 |
| Lato, Cherie | W/F | unavailable | unavailable | $40,000.22 |
| Lecompte, Stacy A. | W/F | 10.01.99 | 06.19.06 | $52,000.00 |
| Lightfoot, Lynn L. | W/F | unavailable | unavailable | $68,640.26 |
| Logan, Kathi V. | W/F | 10.11.91 | 05.03.04 | $55,120.26 |
| McDaniel, Colleen | W/F | unavailable | unavailable | $76,000.34 |
| McKenzie, Brandi Y. | W/F | unavailable | unavailable | $48,000.16 |
| McKenzie, Joni | W/F | unavailable | unavailable | $43,740.32 |
| Mejia, Reyna N. | W/F | unavailable | unavailable | $40,000.22 |
| Melder, Leanne F. | W/F | unavailable | unavailable | $42,000.14 |
| Moore, Charmaine Y. | W/F | unavailable | unavailable | $59,280.26 |
| Mullen, Erin C. | W/F | unavailable | unavailable | $42,500.12 |
| Murry, Victoria | W/F | unavailable | unavailable | $67,500.16 |
| Norton, Caroline C. | W/F | unavailable | unavailable | $76,671.40 |
| Pellerin, M C | W/F | 10.30.78 | 04.11.94 | $72,696.26 |
| Picard, Laura L. | W/F | unavailable | unavailable | $44,200.26 |
| Pitard, Andree | W/F | 10.17.80 | 03.27.95 | $70,533.32 |
| Pitman, Frances J. | W/F | unavailable | unavailable | $59,280.26 |
| Sanders, Sallie | W/F | unavailable | unavailable | $62,475.40 |
| Scott, Sharry | W/F | 10.01.01 | 05.24.04 | $52,520.26 |
| Seng, Annette | W/F | unavailable | unavailable | $74,766.26 |
| Severance, Susan C. | W/F | unavailable | unavailable | $110,000.02 |
| Shell, Laura P. | W/F | unavailable | unavailable | $55,000.40 |
| Shuey, Susan H. | W/F | unavailable | unavailable | $57,720.26 |
| Subramanian, Uma M. | W/F | unavailable | unavailable | $80,000.18 |

| Louisiana Assistant Attorneys General - December 31, 2006 | | | | |
|---|---|---|---|---|
| **NAME** | **CLASS** | **BARRED** | **HIRED** | **SALARY** |
| Terrell, Megan K. | W/F | unavailable | unavailable | $50,000.34 |
| Urrutia, Rebecca | W/F | 04.11.03 | 07.05.06 | $52,000.00 |
| West, Tasha | W/F | unavailable | unavailable | $52,000.26 |
| Wheeler, Katherine | W/F | unavailable | unavailable | $65,625.30 |
| White, Laurel | W/F | unavailable | unavailable | $49,400.26 |
| Williams, Judith | W/F | unavailable | unavailable | $59,800.52 |
| Wilton, Patricia H. | W/F | unavailable | unavailable | $67,600.00 |
| Wooden, Rose P. | W/F | unavailable | unavailable | $73,819.20 |
| **62 White Females-Average Salary:** | | | | **$57,997.53** |
| Brown, Mesa | B/F | unavailable | unavailable | $40,000.22 |
| Clark, Sonceree | B/F | unavailable | unavailable | $63,960.26 |
| Feist, Pauline | B/F | 04.19.96 | 08.27.01 | $52,000.26 |
| Fordice, Sylvia | B/F | unavailable | unavailable | $67,808.26 |
| Goods, Peggy | B/F | unavailable | unavailable | $65,688.22 |
| Johnson, Ingrid | B/F | unavailable | unavailable | $59,488.26 |
| Medley, Jennifer | B/F | 10.18.02 | 06.07.04 | $43,680.26 |
| Ozene, Latonya | B/F | unavailable | unavailable | $41,000.18 |
| Parker, Carmella | B/F | unavailable | unavailable | $40,560.00 |
| Patterson, Charlene | B/F | unavailable | unavailable | $36,920.26 |
| Wesley, Ruth B. | B/F | unavailable | unavailable | $56,680.26 |
| White, Adrienne D. | B/F | unavailable | unavailable | $41,600.26 |
| Wilson, Adrian L. | B/F | unavailable | unavailable | $46,000.24 |
| Wright-Johnson, Stacey | B/F | unavailable | unavailable | $40,000.22 |
| **14 Black Females-Average Salary:** | | | | **$49,670.51** |

| Louisiana Assistant Attorneys General - August 14, 2009 | | | | |
|---|---|---|---|---|
| NAME | CLASS | BARRED | HIRED | SALARY |
| Ayres, John | W/M | unavailable | unavailable | $70,594.94 |
| Barkley, Gregory | W/M | unavailable | unavailable | $69,294.16 |
| Belsom, Charles W. | W/M | unavailable | unavailable | $60,000.20 |
| Blackwood, Brian E. | W/M | unavailable | unavailable | $69,000.10 |
| Bourque, Jude | W/M | unavailable | unavailable | $81,519.62 |
| Brahney, Thomas | W/M | 10.06.00 | 05.03.04 | $59,548.84 |
| Braud, Charles H. | W/M | unavailable | unavailable | $83,216.12 |
| Brindisi, Frank | W/M | unavailable | unavailable | $40,000.32 |
| Bryan, William | W/M | unavailable | unavailable | $72,000.24 |
| Culver, William | W/M | 04.24.81 | 05.19.98 | $77,548.90 |
| Danielson, Allen | W/M | 09.09.71 | 04.03.95 | $90,504.18 |
| Derbes, Matthew | W/M | 10.18.02 | 10.20.06 | $72,080.06 |
| Diez, Nicholas | W/M | unavailable | unavailable | $50,000.08 |
| Dugas, John | W/M | unavailable | unavailable | $70,000.06 |
| Finkelstein, Bob | W/M | 10.17.80 | 02.11.08 | $68,900.00 |
| Goudelocke, Owen M. | W/M | unavailable | unavailable | $87,980.10 |
| Guest, Lance | W/M | 09.07.96 | 04.16.99 | $62,415.08 |
| Heard, Van | W/M | unavailable | unavailable | $68,257.80 |
| Henry, Daniel | W/M | unavailable | unavailable | $50,000.08 |
| Hernandez, Ted | W/M | unavailable | unavailable | $73,880.04 |
| Huxen, Benjamin | W/M | unavailable | unavailable | $51,000.30 |
| Jumonville, Andrew | W/M | unavailable | unavailable | $69,294.16 |
| Keller, Michael | W/M | 10.11.91 | 02.13.89 | $67,001.22 |
| King, Bobby | W/M | unavailable | unavailable | $51,000.04 |
| Landry, Don P. | W/M | 10.01.94 | 09.29.08 | $60,000.20 |
| Landry, Michael W. | W/M | unavailable | unavailable | $73,880.04 |
| Lane, Thomas A. | W/M | unavailable | unavailable | $72,347.86 |

| Louisiana Assistant Attorneys General - August 14, 2009 | | | | |
|---|---|---|---|---|
| NAME | CLASS | BARRED | HIRED | SALARY |
| Logan, Jackson D. | W/M | unavailable | unavailable | $50,000.08 |
| Maher, John E. | W/M | 05.01.76 | 02.15.07 | $66,490.84 |
| Martin, Stephen | W/M | unavailable | unavailable | $69,000.10 |
| McGaw, Thomas A. | W/M | 05.01.80 | 10.20.03 | $76,172.46 |
| McMinn, Brian | W/M | unavailable | unavailable | $68,500.12 |
| Menasco, Michael | W/M | 04.01.03 | 11.07.08 | $54,000.18 |
| Morgan, John | W/M | unavailable | unavailable | $83,052.06 |
| Ortego, Adam | W/M | unavailable | unavailable | $80,071.16 |
| Overton, Bradley | W/M | unavailable | unavailable | $81,830.06 |
| Peterson, David | W/M | unavailable | unavailable | $78,000.00 |
| Pitre, Earl | W/M | unavailable | unavailable | $60,809.84 |
| Ramsey, Rodney | W/M | unavailable | unavailable | $72,733.70 |
| Rice, Frank | W/M | unavailable | unavailable | $53,000.22 |
| Schafer, Arthur | W/M | unavailable | unavailable | $77,380.16 |
| Schexnaidre, Beau | W/M | unavailable | unavailable | $54,749.76 |
| Schmolke, Douglas | W/M | unavailable | unavailable | $53,000.22 |
| Seidemann, Ryan | W/M | unavailable | unavailable | $75,000.12 |
| Sinquefield, John W. | W/M | unavailable | unavailable | $165,000.16 |
| Strider, Clifford | W/M | unavailable | unavailable | $60,000.20 |
| Styron, Lonnie | W/M | unavailable | unavailable | $50,000.08 |
| Sudderth, John | W/M | 02.01.93 | 10.10.05 | $62,007.92 |
| Swenson, Douglas | W/M | unavailable | unavailable | $56,180.28 |
| Thompson, E B | W/M | unavailable | unavailable | $76,181.56 |
| Toups, Barry | W/M | unavailable | unavailable | $69,867.46 |
| Travis, Ellison | W/M | unavailable | unavailable | $77,380.16 |
| Vincent, Scott G. | W/M | unavailable | unavailable | $76,172.46 |
| Wagner, Jonathon | W/M | unavailable | unavailable | $51,000.56 |

8

| Louisiana Assistant Attorneys General - August 14, 2009 | | | | |
|---|---|---|---|---|
| **NAME** | **CLASS** | **BARRED** | **HIRED** | **SALARY** |
| Weilbaecher, David | W/M | unavailable | unavailable | $73,140.08 |
| Wilson, Harrel | W/M | unavailable | unavailable | $86,800.22 |
| **56 White Males-Average Salary:** | | | | **$69,264.05** |
| Anima-Shaun, Babatunde | B/M | unavailable | unavailable | $76,172.46 |
| Batiste, Maynard | B/M | unavailable | unavailable | $68,897.92 |
| Gilmer,  E D | B/M | unavailable | unavailable | $61,841.78 |
| Hill, Kevin | B/M | 10.01.99 | 09.29.08 | $60,000.20 |
| Scott, Karl | B/M | unavailable | unavailable | $78,891.80 |
| Tyler, Michael | B/M | unavailable | unavailable | $51,000.04 |
| Vallan, Michael | B/M | unavailable | unavailable | $65,282.88 |
| White, Marty | B/M | unavailable | unavailable | $80,559.96 |
| Winters, Anthony | B/M | unavailable | unavailable | $50,000.86 |
| **9 Black Males-Average Salary:** | | | | **$65,849.77** |
| Allgood, Irys | W/F | unavailable | unavailable | $70,487.56 |
| Aucoin, Shelley E. | W/F | 10.22.09 | 07.16.09 | $35,000.16 |
| Badeaux, Raquelle | W/F | 10.15.99 | 05.02.05 | $65,720.20 |
| Balfour, Molly | W/F | unavailable | unavailable | $56,180.28 |
| Benoist, Virginia | W/F | unavailable | unavailable | $80,454.92 |
| Blackley, Mary | W/F | unavailable | unavailable | $77,060.10 |
| Bogran, Olga | W/F | unavailable | unavailable | $57,829.20 |
| Boudreaux, Danielle | W/F | unavailable | unavailable | $50,000.08 |
| Bourque, Tiffany | W/F | unavailable | unavailable | $50,000.08 |
| Boyce, Emalie | W/F | unavailable | unavailable | $52,000.26 |
| Bradford, Nicole | W/F | unavailable | unavailable | $50,000.08 |
| Branzaru, Elena | W/F | unavailable | unavailable | $50,000.08 |
| Broussard, Leanne | W/F | unavailable | unavailable | $50,000.08 |
| Chabert, Katie | W/F | unavailable | unavailable | $50,000.08 |

| Louisiana Assistant Attorneys General - August 14, 2009 | | | | |
|---|---|---|---|---|
| NAME | CLASS | BARRED | HIRED | SALARY |
| Chapman, Jessica | W/F | unavailable | unavailable | $50,000.08 |
| Chatelain, Kim | W/F | unavailable | unavailable | $62,534.94 |
| Cockerham, Judy | W/F | unavailable | unavailable | $72,755.80 |
| Crawford, Mary Susan H. | W/F | unavailable | unavailable | $52,999.96 |
| Credeur, Renee | W/F | unavailable | unavailable | $68,000.14 |
| Cullen, Julie | W/F | unavailable | unavailable | $93,280.20 |
| Day, Erin | W/F | unavailable | unavailable | $58,000.02 |
| Deblieux, Stacie | W/F | unavailable | unavailable | $65,566.46 |
| Denicola, Bridget | W/F | unavailable | unavailable | $72,500.22 |
| Devillier, Emma | W/F | unavailable | unavailable | $87,980.10 |
| Fitzgerald, Denise | W/F | unavailable | unavailable | $77,907.96 |
| Freel, Angelique | W/F | unavailable | unavailable | $67,077.14 |
| Gibson, Elizabeth | W/F | unavailable | unavailable | $64,000.04 |
| Glazer, Phyllis | W/F | 10.28.05 | 10.31.05 | $52,810.68 |
| Godwin, Karen | W/F | unavailable | unavailable | $73,408.14 |
| Green, Katherine K. | W/F | unavailable | unavailable | $66,000.22 |
| Hannaman, Gol S. | W/F | unavailable | unavailable | $54,565.68 |
| Hargrove, Holly | W/F | unavailable | unavailable | $55,000.14 |
| Henry, Lacey | W/F | unavailable | unavailable | $50,000.08 |
| Hollins, Elizabeth | W/F | unavailable | unavailable | $74,200.10 |
| Hunley, Mary E. | W/F | unavailable | unavailable | $76,320.14 |
| Hunter, Carol S. | W/F | unavailable | unavailable | $82,478.76 |
| Hunter, Lindsey K. | W/F | unavailable | unavailable | $51,000.30 |
| Kakar, Reshma S. | W/F | unavailable | unavailable | $58,887.92 |
| Kilpatrick, Kerry L. | W/F | unavailable | unavailable | $77,328.16 |
| Kraus, Constance O. | W/F | unavailable | unavailable | $64,708.02 |
| Lacy, Terri | W/F | unavailable | unavailable | $52,999.96 |

| Louisiana Assistant Attorneys General - August 14, 2009 | | | | |
|---|---|---|---|---|
| **NAME** | **CLASS** | **BARRED** | **HIRED** | **SALARY** |
| Lafaye, Susan | W/F | 04.12.85 | 02.26.07 | $69,193.80 |
| Landry, Stacey T. | W/F | unavailable | unavailable | $51,500.28 |
| Lato, Cherie | W/F | unavailable | unavailable | $51,500.28 |
| Logan, Kathi V. | W/F | 10.11.91 | 05.03.04 | $62,415.08 |
| McDaniel, Colleen | W/F | unavailable | unavailable | $85,433.14 |
| McKenzie, Joni | W/F | unavailable | unavailable | $50,000.08 |
| Mejia, Reyna N. | W/F | unavailable | unavailable | $54,227.42 |
| Murphy, Lauren | W/F | unavailable | unavailable | $50,000.08 |
| Murry, Victoria | W/F | unavailable | unavailable | $75,999.82 |
| Pellerin, M C | W/F | 10.30.78 | 04.11.94 | $81,790.80 |
| Picard, Laura L. | W/F | unavailable | unavailable | $50,376.82 |
| Pitard, Andree | W/F | 10.17.80 | 03.27.95 | $79,406.34 |
| Prudhomme, Jeannie C. | W/F | unavailable | unavailable | $71,013.80 |
| Sanders, Sallie | W/F | unavailable | unavailable | $70,523.18 |
| Scott, Ashley | W/F | unavailable | unavailable | $64,000.04 |
| Scott, Sharry | W/F | 10.01.01 | 05.24.04 | $59,548.84 |
| Seng, Annette | W/F | unavailable | unavailable | $84,084.00 |
| Shell, Laura P. | W/F | unavailable | unavailable | $64,228.08 |
| Tomeny, Bernadette | W/F | unavailable | unavailable | $50,000.08 |
| Trahant, Meridith | W/F | unavailable | unavailable | $58,000.02 |
| Urrutia, Rebecca | W/F | 04.11.03 | 07.05.06 | $58,975.54 |
| West, Tasha | W/F | unavailable | unavailable | $60,420.10 |
| Wheeler, Katherine | W/F | unavailable | unavailable | $73,995.74 |
| White, Laurel | W/F | unavailable | unavailable | $56,109.30 |
| Williams, Judith | W/F | unavailable | unavailable | $67,574.78 |
| **66 White Females-Average Salary:** | | | | **$63,293.36** |
| Brown, Mesa | B/F | unavailable | unavailable | $50,000.86 |

| Louisiana Assistant Attorneys General - August 14, 2009 | | | | |
|---|---|---|---|---|
| **NAME** | **CLASS** | **BARRED** | **HIRED** | **SALARY** |
| Clark, Sonceree | B/F | unavailable | unavailable | $73,140.08 |
| Colly-Pichon, Nicolette | B/F | unavailable | unavailable | $50,000.08 |
| Darensbourg, Tina | B/F | unavailable | unavailable | $70,287.62 |
| Florence, Sharon | B/F | 10.23.08 | 06.22.09 | $50,000.08 |
| Folse, Melissa | B/F | unavailable | unavailable | $50,000.34 |
| Fordice, Sylvia | B/F | unavailable | unavailable | $76,402.30 |
| Goods, Peggy | B/F | unavailable | unavailable | $75,260.12 |
| Irvin, Tanya L. | B/F | 12.01.02 | 01.05.09 | $50,000.08 |
| Johnson, Ingrid | B/F | unavailable | unavailable | $63,365.38 |
| Medley, Jennifer | B/F | 10.18.02 | 06.07.04 | $50,000.08 |
| Miles, Paula | B/F | unavailable | unavailable | $53,000.22 |
| Parker, Carmella | B/F | unavailable | unavailable | $52,000.26 |
| Shumpert, Sherlyn | B/F | unavailable | unavailable | $50,000.08 |
| Vessel, Valencia | B/F | unavailable | unavailable | $50,000.08 |
| Wright-Johnson, Stacey | B/F | unavailable | unavailable | $50,000.34 |
| **16 Black Females-Average Salary:** | | | | **$57,091.13** |

| Louisiana Assistant Attorneys General - January 31, 2010 | | | | |
|---|---|---|---|---|
| **NAME** | **CLASS** | **BARRED** | **HIRED** | **SALARY** |
| Barkley, Gregory | W/M | unavailable | unavailable | $69,294.16 |
| Bourque, Jude | W/M | unavailable | unavailable | $81,519.62 |
| Brahney, Thomas | W/M | 10.06.00 | 05.03.04 | $59,548.84 |
| Bryan, William | W/M | unavailable | unavailable | $72,000.24 |
| Culver, William | W/M | 04.24.81 | 05.19.98 | $77,548.90 |
| Danielson, Allen | W/M | 09.09.71 | 04.03.95 | $90,504.18 |
| Derbes, Matthew | W/M | 10.18.02 | 10.20.06 | $72,080.06 |
| Guest, Lance | W/M | 09.07.96 | 04.16.99 | $62,415.08 |
| Heard, Van | W/M | unavailable | unavailable | $68,257.80 |
| Hernandez, Ted | W/M | unavailable | unavailable | $73,880.04 |
| Keller, Michael | W/M | 10.11.91 | 02.13.89 | $67,001.22 |
| Landry, Michael W. | W/M | unavailable | unavailable | $73,880.04 |
| Lane, Thomas A. | W/M | unavailable | unavailable | $72,347.86 |
| Martin, Stephen | W/M | unavailable | unavailable | $69,000.10 |
| McGaw, Thomas A. | W/M | 05.01.80 | 10.20.03 | $76,172.46 |
| Morgan, John | W/M | unavailable | unavailable | $83,052.06 |
| Ortego, Adam | W/M | unavailable | unavailable | $80,071.16 |
| Overton, Bradley | W/M | unavailable | unavailable | $81,830.06 |
| Pitre, Earl | W/M | unavailable | unavailable | $60,809.84 |
| Ramsey, Rodney | W/M | unavailable | unavailable | $72,733.70 |
| Rice, Frank | W/M | unavailable | unavailable | $53,000.22 |
| Schafer, Arthur | W/M | unavailable | unavailable | $77,380.16 |
| Seidemann, Ryan | W/M | unavailable | unavailable | $75,000.12 |
| Sudderth, John | W/M | 02.01.93 | 10.10.05 | $62,007.92 |
| Thompson, E B | W/M | unavailable | unavailable | $76,181.56 |
| Toups, Barry | W/M | unavailable | unavailable | $69,867.46 |
| Travis, Ellison | W/M | unavailable | unavailable | $77,380.16 |

| Louisiana Assistant Attorneys General - January 31, 2010 | | | | |
|---|---|---|---|---|
| NAME | CLASS | BARRED | HIRED | SALARY |
| Wagner, Jonathon | W/M | unavailable | unavailable | $51,000.56 |
| Wilson, Harrel | W/M | unavailable | unavailable | $86,800.22 |
| 59 White Males-Average Salary: | | | | $72,157.44 |
| Anima-Shaun, Babatunde | B/M | unavailable | unavailable | $76,172.46 |
| Batiste, Maynard | B/M | unavailable | unavailable | $68,897.92 |
| Gilmer,  E D | B/M | unavailable | unavailable | $61,841.78 |
| Hill, Kevin | B/M | 10.01.99 | 09.29.08 | $63,000.08 |
| House, Philip J. | B/M | unavailable | unavailable | $50,000.08 |
| Scott, Karl | B/M | unavailable | unavailable | $78,891.80 |
| Tyler, Michael | B/M | unavailable | unavailable | $51,000.04 |
| White, Marty | B/M | unavailable | unavailable | $80,559.96 |
| Winters, Anthony | B/M | unavailable | unavailable | $50,000.86 |
| 9 Black Males-Average Salary: | | | | $64,485.00 |
| Allgood, Irys | W/F | unavailable | unavailable | $70,487.53 |
| Aucoin, Shelley E. | W/F | 10.22.09 | 07.16.09 | $50,000.08 |
| Badeaux, Raquelle | W/F | 10.15.99 | 05.02.05 | $65,720.20 |
| Benoist, Virginia | W/F | unavailable | unavailable | $83,673.20 |
| Blackley, Mary | W/F | unavailable | unavailable | $77,060.10 |
| Bogran, Olga | W/F | unavailable | unavailable | $57,829.20 |
| Boudreaux, Danielle | W/F | unavailable | unavailable | $53,500.20 |
| Bourque, Tiffany | W/F | unavailable | unavailable | $50,000.08 |
| Boyce, Emalie | W/F | unavailable | unavailable | $52,000.26 |
| Bradford, Nicole | W/F | unavailable | unavailable | $50,000.08 |
| Branzaru, Elena | W/F | unavailable | unavailable | $50,000.08 |
| Broussard, Leanne | W/F | unavailable | unavailable | $50,000.08 |
| Chabert, Katie | W/F | unavailable | unavailable | $53,000.22 |
| Chapman, Jessica | W/F | unavailable | unavailable | $50,000.08 |

| Louisiana Assistant Attorneys General - January 31, 2010 | | | | |
|---|---|---|---|---|
| NAME | CLASS | BARRED | HIRED | SALARY |
| Chatelain, Kim | W/F | unavailable | unavailable | $62,534.94 |
| Cockerham, Judy | W/F | unavailable | unavailable | $72,755.80 |
| Crawford, Mary Susan H. | W/F | unavailable | unavailable | $52,999.96 |
| Credeur, Renee | W/F | unavailable | unavailable | $68,000.14 |
| Cullen, Julie | W/F | unavailable | unavailable | $93,280.20 |
| Day, Erin | W/F | unavailable | unavailable | $58,000.02 |
| Deblieux, Stacie | W/F | unavailable | unavailable | $68,500.12 |
| Denicola, Bridget | W/F | unavailable | unavailable | $72,500.22 |
| Devillier, Emma | W/F | unavailable | unavailable | $87,980.10 |
| Fields, Candace N. | W/F | unavailable | unavailable | $50,000.08 |
| Fitzgerald, Denise | W/F | unavailable | unavailable | $77,907.96 |
| Freel, Angelique | W/F | unavailable | unavailable | $67,077.14 |
| Gibson, Elizabeth | W/F | unavailable | unavailable | $64,000.04 |
| Glazer, Phyllis | W/F | 10.28.05 | 10.31.05 | $52,810.68 |
| Godwin, Karen | W/F | unavailable | unavailable | $73,408.14 |
| Green, Katherine K. | W/F | unavailable | unavailable | $66,000.22 |
| Greene, Kathryn W. | W/F | unavailable | unavailable | $50,000.08 |
| Hargrove, Holly | W/F | unavailable | unavailable | $55,000.14 |
| Henry, Lacey | W/F | unavailable | unavailable | $50,000.08 |
| Hollins, Elizabeth | W/F | unavailable | unavailable | $74,200.10 |
| Hunley, Mary E. | W/F | unavailable | unavailable | $76,320.14 |
| Hunter, Carol S. | W/F | unavailable | unavailable | $82,478.76 |
| Hunter, Lindsey K. | W/F | unavailable | unavailable | $51,000.30 |
| Kilpatrick, Kerry L. | W/F | unavailable | unavailable | $77,328.16 |
| Kraus, Constance O. | W/F | unavailable | unavailable | $64,708.02 |
| Lacy,  Terri | W/F | unavailable | unavailable | $56,585.10 |
| Lafaye, Susan | W/F | 04.12.85 | 02.26.07 | $69,193.80 |

15

| Louisiana Assistant Attorneys General - January 31, 2010 | | | | |
|---|---|---|---|---|
| **NAME** | **CLASS** | **BARRED** | **HIRED** | **SALARY** |
| Landry, Stacey T. | W/F | unavailable | unavailable | $51,500.28 |
| Lato, Cherie | W/F | unavailable | unavailable | $51,500.28 |
| Logan, Kathi V. | W/F | 10.11.91 | 05.03.04 | $65,720.20 |
| McDaniel, Colleen | W/F | unavailable | unavailable | $85,433.14 |
| McKenzie, Joni | W/F | unavailable | unavailable | $53,500.20 |
| Mejia, Reyna N. | W/F | unavailable | unavailable | $54,227.42 |
| Murphy, Lauren | W/F | unavailable | unavailable | $50,000.08 |
| Murry, Victoria | W/F | unavailable | unavailable | $75,999.82 |
| Pellerin, M C | W/F | 10.30.78 | 04.11.94 | $81,790.80 |
| Petersen, Kathleen E. | W/F | unavailable | unavailable | $70,000.06 |
| Pitard, Andree | W/F | 10.17.80 | 03.27.95 | $79,406.34 |
| Prudhomme, Jeannie C. | W/F | unavailable | unavailable | $71,013.80 |
| Richardson, Laurie R. | W/F | unavailable | unavailable | $60,000.20 |
| Sanders, Sallie | W/F | unavailable | unavailable | $70,523.18 |
| Scott, Ashley | W/F | unavailable | unavailable | $64,000.04 |
| Scott, Sharry | W/F | 10.01.01 | 05.24.04 | $59,548.84 |
| Seng, Annette | W/F | unavailable | unavailable | $84,084.00 |
| Tomeny, Bernadette | W/F | unavailable | unavailable | $53,585.22 |
| Trahant, Meridith | W/F | unavailable | unavailable | $58,000.02 |
| Urrutia, Rebecca | W/F | 04.11.03 | 07.05.06 | $58,975.54 |
| West, Tasha | W/F | unavailable | unavailable | $60,420.10 |
| Wheeler, Katherine | W/F | unavailable | unavailable | $73,995.74 |
| White, Laurel | W/F | unavailable | unavailable | $56,109.30 |
| Williams, Judith | W/F | unavailable | unavailable | $67,574.78 |
| **65 White Females-Average Salary:** | | | | **$64,073.10** |
| Brown, Mesa | B/F | unavailable | unavailable | $50,000.86 |
| Clark, Sonceree | B/F | unavailable | unavailable | $73,140.08 |

16

| Louisiana Assistant Attorneys General - January 31, 2010 | | | | |
|---|---|---|---|---|
| **NAME** | **CLASS** | **BARRED** | **HIRED** | **SALARY** |
| Colly-Pichon, Nicolette | B/F | unavailable | unavailable | $50,000.08 |
| Darensbourg, Tina | B/F | unavailable | unavailable | $70,287.62 |
| Florence, Sharon | B/F | 10.23.08 | 06.22.09 | $50,000.08 |
| Folse, Melissa | B/F | unavailable | unavailable | $50,000.34 |
| Fordice, Sylvia | B/F | unavailable | unavailable | $76,402.30 |
| Goods, Peggy | B/F | unavailable | unavailable | $76,850.28 |
| Irvin, Tanya L. | B/F | 12.01.02 | 01.05.09 | $54,000.18 |
| Johnson, Ingrid | B/F | unavailable | unavailable | $63,365.38 |
| Miles, Paula | B/F | unavailable | unavailable | $53,000.22 |
| Patterson, Charlene | B/F | unavailable | unavailable | $36,920.26 |
| Shumpert, Sherlyn | B/F | unavailable | unavailable | $50,000.08 |
| Vessel, Valencia | B/F | unavailable | unavailable | $50,000.08 |
| Wilson, Adrian L. | B/F | unavailable | unavailable | $46,000.24 |
| Wright-Johnson, Stacey | B/F | unavailable | unavailable | $50,000.34 |
| **16 Black Females-Average Salary:** | | | | **$56,248.03** |