UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER M. MEDLEY | * | CIVIL ACTION |
| | * | NO. 09-4570 |
| | * | |
| versus | * | SECTION J |
| | * | JUDGE BARBIER |
| | * | |
| STATE OF LOUISIANA, | * | DIVISION 3 |
| DEPARTMENT OF JUSTICE | * | MAGISTRATE KNOWLES |

* * * * * * * * * * * * * * * * *

## NOTICE OF MANUAL ATTACHMENT

EXHIBIT 10

Video of Exchange Between Senator Peterson and the Attorney General