

Louisiana Department of State Civil Service

# Annual Pay Plan Report

### Presented to
### The State Civil Service Commission
### 2010

Shannon S. Templet, Director
Department of State Civil Service
P O Box 94111 Capitol Station
Baton Rouge, LA  70804-9111

Prepared by Glenn Balentine, Chief of Compensation
Gavin Coldwell, HR Consultant Supervisor
Becky Cresap, HR Consultant Specialist

## Comparison of Pay Range Minimums - Administrative

The Administrative pay schedule represents approximately 17,016 (FTE) classified employees as of May 1, 2010. Jobs in this category include Accountants, Attorneys, Economists, Human Resource Officers, etc. (See Appendix A for a list of the benchmark jobs utilized in this study.) The graph below shows the comparisons of average state starting salaries for jobs in this category to average starting salaries offered for comparable jobs by other states and private employers in terms of dollars and percent difference. **State minimums in this group average 18% to 29% lower than those of competing employers**



Administrative Schedule
Current La Minimums vs Public and Private Minimums

Private: 44.693; LA: 31.524; Public: 38.592