# LOUISIANA Department of Justice

## Policy and Procedure Manual

Effective August 7, 2000

# PERFORMANCE APPRAISAL

All full-time employees will receive an Annual Performance Appraisal, which is an evaluation of the individual's work performance.

## PROCEDURE

### Six-Month Probationary Performance

Approximately one month in advance of the completion of an employee's six-month probationary period, the Human Resource Section, Administrative Services Division, will forward a Performance Appraisal Form, with "Probationary" checked off, to the appropriate Division Director, who forwards it to the appropriate rating supervisor. The Deputy Attorney General is also copied with a list of names.

If the employee has successfully completed the probationary period, the rating supervisor should fill out the form and discuss each area of the form with the employee. The rating supervisor and employee must sign the form. The rating supervisor should forward the form to the appropriate Deputy Director, Director, and Deputy Attorney General for signature. The Deputy Attorney General is responsible for returning the original to the Human Resource Section and providing a duplicate to the employee.

If the employee has unsuccessfully completed the probationary period and problems exist with the employee's work performance, the rating supervisor should fill out the form and discuss each area of the form with the employee. The employee must be informed which area of performance needs to be improved. The employee will be re-evaluated on his/her anniversary date. During this period, the probation is extended. Both the rating supervisor and the employee must sign the form. The rating supervisor should forward the form to the appropriate Deputy Director, Director, and Deputy Attorney General for signature. The Deputy Attorney General is responsible for returning the original to the Human Resource Section and providing a duplicate to the employee.

### Annual Performance Appraisal

Approximately one month in advance of the established anniversary date, the Human Resource Section, will forward a Performance Appraisal Form with "Annual Appraisal" checked off, to the appropriate Division Director, who will forward it to the appropriate rating supervisor. The Deputy Attorney General is also copied with a list of names. The rating supervisor should fill out the form and discuss each area of the form with the employee. Both the rating supervisor and the employee must sign the form. The rating supervisor should then forward the form to the appropriate Deputy Director, Director, and Deputy Attorney General for signature. The Deputy Attorney General or Director of Administrative Services Division, as appropriate, is responsible for returning the original to the Human Resource Section and providing a duplicate to the employee.

### Merit Increases

Merit increases are given to employees at the discretion of the Attorney General. **No supervisor** has the authority to give merit increases or raise an employee's salary or compensation.