## Contract Performance Evaluation

Agency/Office: DOA/ORM
ORM Claim Number: 08G1113MC7573
ORM Claimant: WEINVER MCGEE
Contract Review #: _____
Contract No: DRL
Contractor Name: JENNIFER MEDLEY, DRL, NEW ORLEANS

Actual Amount Paid: $1,159.54
Contract Amount: _____
Hourly Rate of Pay: $140/HOUR
Contract Begin and End Dates: _____
Actual Begin and End Dates: 4-1-08 TO 9-30-08

Number of Contract Amendments: _____ Reason(s):
☐ Services required would have exceeded Contract Cap
☐ Add Companions ☐ Extend Contract End Date
☐ Change Firm Name ☐ Other:

Description of Services: ☒ Legal ☐ Expert ☐ Adjusting services associated with investigation and/or defense of cases administrated by the State Insurance Fund

Deliverable Products: Monthly and Quarterly Reports

Case Ongoing - Renewal Needed ☐   Case Concluded - Dismissal ☒   Case Abandoned ☐   Reassigned ☐
Case Concluded - Settlement ☐   Case Concluded - Judgment ☐   Won ☐   Lost ☐   No Longer Needed ☐

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | X | | Were costs in line with case exposure? | X | |
| Were results as expected based on evaluations? | X | | Were attorney opinions reliable? | X | |
| Was ORM informed of ongoing case activities? | X | | Did contractor respond to request for info timely? | X | |
| Was case prosecuted timely? | X | | Were final products delivered on time? | X | |
| Were budgets generally accurate? | X | | Would you use this contractor again? | X | |
| Were bills submitted per billing guidelines? | X | | Did vendor comply with State Ethics Regulations? | X | |

Problems Encountered: DEFENSE COUNSEL LEFT POSITION AT DRL IN NEW ORLEANS.

Overall Performance: ☒ Excellent ☐ Satisfactory ☐ Fair ☐ Poor

Strong Points: JENNIFER MEDLEY WAS ASSIGNED THIS CASE IN JUNE OF '08. PARTIAL DISMISSAL ON BEHALF OF DOC WAS SIGNED BY JUDGE ON 7-18-08.

RECEIVED CASE TRACKING
LITIGATION
MAR 0 7 2010
Initials _____ AM/PM

Weak Points: _____

Additional Comments: DOC IS NOT RESPONSIBLE FOR STATE INMATES HOUSED IN PARISH PRISONS.

Adjuster: Bertha F. Meisner   Adj #: 0062   Date: 01-05-10
Approved by: _____   Date: 1/6/2010

Revised 7.17.07

## Contract Performance Evaluation

**Agency/Office:** DOA/ORM
**ORM Claimant:** DARRELL M. WALKER
**ORM Claim Number:** 07G0930WA6150
**Contract Review #:** _____
**Contract No:** _____
**Contractor Name:** JENNIFER MEDLEY, AAG-NEW ORLEANS

**Actual Amount Paid:** _____ **Contract Amount:** _____ **Hourly Rate of Pay:** _____
**Contract Begin and End Dates:** _____ **Actual Begin and End Dates:** _____

**Number of Contract Amendments:** _____ **Reason(s):**
- [ ] Services required would have exceeded Contract Cap
- [ ] Add Companions [ ] Extend Contract End Date
- [ ] Change Firm Name [ ] Other:

**Description of Services:** [X] Legal [ ] Expert [ ] Adjusting services associated with investigation and/or defense of cases administrated by the State Insurance Fund

**Deliverable Products:** Monthly and Quarterly Reports

Case Ongoing - Renewal Needed [ ]   Case Concluded - Dismissal [X]   Case Abandoned [ ]   Reassigned [ ]
Case Concluded - Settlement [ ]   Case Concluded - Judgment [ ]   Won [ ]   Lost [ ]   No Longer Needed [ ]

| Question | Yes | No | Question | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | X | | Were costs in line with case exposure? | X | |
| Were results as expected based on evaluations? | X | | Were attorney opinions reliable? | X | |
| Was ORM informed of ongoing case activities? | X | | Did contractor respond to request for info timely? | X | |
| Was case prosecuted timely? | X | | Were final products delivered on time? | X | |
| Were budgets generally accurate? | X | | Would you use this contractor again? | X | |
| Were bills submitted per billing guidelines? | X | | Did vendor comply with State Ethics Regulations? | X | |

**Problems Encountered:** _____

**Overall Performance:** [ ] Excellent [X] Satisfactory [ ] Fair [ ] Poor
**Strong Points:** _____

**Weak Points:** _____

RECEIVED CASE TRACKING
LITIGATION
MAR 01 2010
Initials _____

**Additional Comments:** _____

**Adjuster:** DIANE WILLIAMS       **Adj #:** 18       **Date:** 01/06/10
**Approved by:** _[signature]_       **Date:** 1/6/2010

Revised 7.17.07

## Contract Performance Evaluation

Agency/Office: DOA/ORM
ORM Claimant: DARRELL M. WALKER
ORM Claim Number: 07G0930WA6150
Contractor Name: JENNIFER MEDLEY
Contract Review #: _____   Contract No: _____

Actual Amount Paid: $5,297.47
Contract Amount: N/A
Hourly Rate of Pay: _____
Contract Begin and End Dates: _____
Actual Begin and End Dates: _____

Number of Contract Amendments: ____   Reason(s):
☐ Services required would have exceeded Contract Cap
☐ Add Companions   ☐ Extend Contract End Date
☐ Change Firm Name   ☐ Other: _____

Description of Services: ☒ Legal  ☐ Expert  ☐ Adjusting services associated with investigation and/or defense of cases administrated by the State Insurance Fund

Deliverable Products: Monthly and Quarterly Reports

Case Ongoing - Renewal Needed ☐   Case Concluded - Dismissal ☒   Case Abandoned ☐   Reassigned ☐
Case Concluded - Settlement ☐   Case Concluded - Judgment ☐   Won ☐   Lost ☐   No Longer Needed ☐

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | X | ☐ | Were costs in line with case exposure? | X | ☐ |
| Were results as expected based on evaluations? | X | ☐ | Were attorney opinions reliable? | X | ☐ |
| Was ORM informed of ongoing case activities? | X | ☐ | Did contractor respond to request for info timely? | X | ☐ |
| Was case prosecuted timely? | X | ☐ | Were final products delivered on time? | X | ☐ |
| Were budgets generally accurate? | X | ☐ | Would you use this contractor again? | X | ☐ |
| Were bills submitted per billing guidelines? | X | ☐ | Did vendor comply with State Ethics Regulations? | X | ☐ |

Problems Encountered: _____

Overall Performance: ☐ Excellent  ☒ Satisfactory  ☐ Fair  ☐ Poor
Strong Points: _____

Weak Points: _____

RECEIVED CASE TRACKING
LITIGATION
MAR 01 2010   3:20
Initials ___   AM/PM

Additional Comments: _____

Adjuster: DIANE WILLIAMS   Adj #: 18   Date: 01/14/10
Approved by: _____   Date: 1/14/2010

Revised 7.17.07

## Contract Performance Evaluation

Agency/Office: DOA/ORM

ORM Claim Number: 08L0711CR8400

ORM Claimant: Matthew Crisham

Contract Review #: _____   Contract No: _____

Contractor Name: Jennifer Medley, DRL/NO

Actual Amount Paid: _____   Contract Amount: _____   Hourly Rate of Pay: $140.00

Contract Begin and End Dates: _____   Actual Begin and End Dates: _____

Number of Contract Amendments: _____   Reason(s):
- ☐ Services required would have exceeded Contract Cap
- ☐ Add Companions ☐ Extend Contract End Date
- ☐ Change Firm Name ☐ Other:

Description of Services: ☒ Legal ☐ Expert ☐ Adjusting services associated with investigation and/or defense of cases administrated by the State Insurance Fund

Deliverable Products: Monthly and Quarterly Reports

- Case Ongoing - Renewal Needed ☐
- Case Concluded - Settlement ☒
- Case Concluded - Dismissal ☐
- Case Concluded - Judgment ☐
- Case Abandoned ☐
- Won ☐ Lost ☐
- Reassigned ☐
- No Longer Needed ☐

| Question | Yes | No |
|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | X | |
| Were results as expected based on evaluations? | X | |
| Was ORM informed of ongoing case activities? | X | |
| Was case prosecuted timely? | X | |
| Were budgets generally accurate? | X | |
| Were bills submitted per billing guidelines? | X | |
| Were costs in line with case exposure? | X | |
| Were attorney opinions reliable? | X | |
| Did contractor respond to request for info timely? | X | |
| Were final products delivered on time? | X | |
| Would you use this contractor again? | X | |
| Did vendor comply with State Ethics Regulations? | X | |

Problems Encountered: _____

Overall Performance: ☒ Excellent ☐ Satisfactory ☐ Fair ☐ Poor

Strong Points: Accurate case assessment, quantum evaluation, reasonable settlement

Weak Points: _____

RECEIVED CASE TRACKING LITIGATION
SEP 0 4 2009
AM/PM
Initials _____

Additional Comments: _____

Adjuster: Page Feller   Adj #: 24   Date: 08/25/2009

Approved by: [signature]   Date: 8/25/09

Revised 7.17.07

# Contract Performance Evaluation

Agency/Office: DOA/ORM  
ORM Claim Number: 07G1018WI1477  
ORM Claimant: FLOYD WILLIAMS  
Contract Review #: _____  
Contract No: INTER AGENCY  
Contractor Name: JENNIFER MEDLEY, DRL, NEW ORLEANS  

Actual Amount Paid: $6,513.55  
Contract Amount: _____  
Hourly Rate of Pay: $140/HOUR  
Contract Begin and End Dates: _____  
Actual Begin and End Dates: _____  

Number of Contract Amendments: ____ Reason(s):  
☐ Services required would have exceeded Contract Cap  
☐ Add Companions ☐ Extend Contract End Date  
☐ Change Firm Name ☐ Other:  

Description of Services: ☒ Legal ☐ Expert ☐ Adjusting services associated with investigation and/or defense of cases administrated by the State Insurance Fund  

Deliverable Products: Monthly and Quarterly Reports  

Case Ongoing - Renewal Needed ☐  Case Concluded - Dismissal ☒  Case Abandoned ☐  Reassigned ☐  
Case Concluded - Settlement ☐  Case Concluded - Judgment ☐  Won ☐  Lost ☐  No Longer Needed ☐  

|  | Yes | No |  | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | X |  | Were costs in line with case exposure? | X |  |
| Were results as expected based on evaluations? | X |  | Were attorney opinions reliable? | X |  |
| Was ORM informed of ongoing case activities? | X |  | Did contractor respond to request for info timely? | X |  |
| Was case prosecuted timely? | X |  | Were final products delivered on time? | X |  |
| Were budgets generally accurate? | X |  | Would you use this contractor again? | X |  |
| Were bills submitted per billing guidelines? | X |  | Did vendor comply with State Ethics Regulations? | X |  |

Problems Encountered: _____

Overall Performance: ☒ Excellent ☐ Satisfactory ☐ Fair ☐ Poor  
Strong Points: MOTHER OF INTERDICT INMATE FILED SUIT CLAIMING BUNK BED AT PARISH PRISON MANUFACTURED BY PRISON ENTERPRISES WAS DEFECTIVE. SUIT WAS FILED 4-11-08. JENNIFER MEDLEY MANAGED TO GET VOLUNTARY DISMISSAL SIGNED BY PLAINTIFFS ON 1-15-09.  

Weak Points: _____

Additional Comments: STAFF ATTORNEYS FOR DOC AND PRISON ENTERPRISES WERE COMPLIMENTARY OF JENNIFER MEDLEY'S WORK.  

Adjuster: BERTHA F. MEISNER  *Bertha L. Meisner* 7-31-09  Adj #: 0062  Date: 07-31-2009  
Approved by: ED CASE *[signature] K. Barron*  Date: 8/4/09  
REVIEWED CASE LITIGATION  

SEP 04 2009  

Revised 7.17.07  

Initials _____ AM/PM

# Contract Performance Evaluation

Agency Name: Division of Administration      Office Name: Office of Risk Management
Agency Contract No: 9660506Talll              DOA Contract No: Interagency Agreement
Contractor Name: Jennifer Medley                              LD7500-0XX

Contract Amount: _____              Contract Cost Basis: _____
Contract Begin Date: _____          Contract End Date: _____
Actual Begin Date: _____            Actual End Date: _____
Contract Modifications:    Number: _____
Reasons: _____

Description of Services: _____ PRISONER SUIT DEFENSE _____

Deliverable Products:
Case Ongoing - Renewal Needed [ ]    Case Concluded - Dismissal [ ]    Case Abandoned [X]
Case Concluded - Settlement [ ]      Case Concluded - Judgment [ ]     Won [ ]  Lost [ ]

|  | Yes | No |  | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | [X] | [ ] | Did contractor respond to request for info timely? | [X] | [ ] |
| Were results as expected based on evaluations? | [X] | [ ] | Were final products delivered on time? | [X] | [ ] |
| Was ORM informed of ongoing case activities? | [X] | [ ] | Were costs in line with case exposure? | [X] | [ ] |
| Was case prosecuted timely? | [X] | [ ] | Would you use this contractor again? | [ ] | [ ] |
| Were budgets generally accurate? | [X] | [ ] | | | |
| Were bills submitted per billing guidelines? | [X] | [ ] | | | |
| Were costs in-line with case exposure? | [ ] | [ ] | | | |
| Were attorney opinions reliable? | [ ] | [ ] | | | |

Problems Encountered: _____

Overall Performance: [ ] Excellent  [X] Satisfactory  [ ] Fair  [ ] Poor
Strong Points: _____

Weak Points: _____

RECEIVED CASE TRACKING
SEP 18 2008

Additional Comments: _____ Initials: _____

Adjuster: _Lynda Calsum_                    Date: 8-7-08
Approved by: _James Cli___                  Date: 8/12/08

# Contract Performance Evaluation

Agency Name: Division of Administration     Office Name: Office of Risk Management
Agency Contract No: CSG 0722 HA 2206     DCA Contract No: Interagency Agreement LD/DOJ-ORM
Contractor Name: Jennifer Mosley

Contract Amount: _____     Contract Cost Basis: _____
Contract Begin Date: _____     Contract End Date: _____
Actual Begin Date: _____     Actual End Date: _____
Contract Modifications: Number: _____
Reasons: _____

Description of Services: PRISONER SUIT DEFENSE

Deliverable Products:
Case Ongoing - Renewal Needed ☐     Case Concluded - Dismissal ☒     Case Abandoned ☐
Case Concluded - Settlement ☐     Case Concluded - Judgment ☐     Won ☐  Lost ☐

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | ☒ | ☐ | Did contractor respond to request for info timely? | ☒ | ☐ |
| Were results as expected based on evaluations? | ☒ | ☐ | Were final products delivered on time? | ☒ | ☐ |
| Was ORM informed of ongoing case activities? | ☒ | ☐ | Were costs in line with case exposure? | ☒ | ☐ |
| Was case prosecuted timely? | ☒ | ☐ | Would you use this contractor again? | ☒ | ☐ |
| Were budgets generally accurate? | ☒ | ☐ | | | |
| Were bills submitted per billing guidelines? | ☒ | ☐ | | | |
| Were costs in-line with case exposure? | ☒ | ☐ | | | |
| Were attorney opinions reliable? | ☒ | ☐ | | | |

Problems Encountered: _____

Overall Performance: ☐ Excellent   ☒ Satisfactory   ☐ Fair   ☐ Poor
Strong Points: _____

Weak Points: _____

RECEIVED CASE TRACKING
SEP 19 2008
Initials GLC

Additional Comments: _____

Adjuster: _[signature]_     Date: 8-12-08
Approved by: _[signature]_     Date: 8-12-08

# Contract Performance Evaluation

Agency Name: Division of Administration  
Office Name: Office of Risk Management  
Agency Contract No: OSG 06015 8/6/06  
DCA Contract No: Interagency Agreement  
Contractor Name: Jennifer Medley  

Contract Amount: _____  
Contract Cost Basis: _____  
Contract Begin Date: _____  
Contract End Date: _____  
Actual Begin Date: _____  
Actual End Date: _____  
Contract Modifications: Number: _____  
Reasons: _____  

Description of Services: PRISONER SUIT DEFENSE

Deliverable Products: _____  
Case Ongoing – Renewal Needed ☐     Case Concluded – Dismissal ☒     Case Abandoned ☐  
Case Concluded – Settlement ☐       Case Concluded – Judgment ☐      Won ☐   Lost ☐

|  | Yes | No |  | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/RFSA thorough & timely? | ☒ | ☐ | Did contractor respond to request for info timely? | ☒ | ☐ |
| Were results as expected based on evaluations? | ☒ | ☐ | Were final products delivered on time? | ☒ | ☐ |
| Was ORM informed of ongoing case activities? | ☒ | ☐ | Were costs in line with case exposure? | ☒ | ☐ |
| Was case prosecuted timely? | ☒ | ☐ | Would you use this contractor again? | ☒ | ☐ |
| Were budgets generally accurate? | ☒ | ☐ |  |  |  |
| Were bills submitted per billing guidelines? | ☒ | ☐ |  |  |  |
| Were costs in-line with case exposure? | ☒ | ☐ |  |  |  |
| Were attorney opinions reliable? | ☐ | ☐ |  |  |  |

Problems Encountered: _____

Overall Performance: ☐ Excellent  ☒ Satisfactory  ☐ Fair  ☐ Poor  
Strong Points: _____

Weak Points: _____

RECEIVED CASE TRACKING  
SEP 18 2008  
Initials: _____

Additional Comments: _____

Adjuster: _[signature]_       Date: 8-12-08  
Approved by: _[signature]_    Date: 8-12-08

# Contract Performance Evaluation

| | | | |
|---|---|---|---|
| Agency Name: | Division of Administration | Office Name: | Office of Risk Management |
| Agency Contract No: | | DOA Contract No: | INTERAGENCY |
| Contractor Name: | JENNIFER MEDLEY / DRL - NEW ORLEANS | | |

Contract Amount: _____  Contract Cost Basis: _____
Contract Begin Date: _____  Contract End Date: _____
Actual Begin Date: 06/21/2007        Actual End Date: 03/31/2008
Contract Modifications:   Number: _____
Reasons: _____

Description of Services: DEFENSE OF ORM # 00G0402MITCH MITCHELL, LEO

Deliverable Products:
Case Ongoing - Renewal Needed ☐     Case Concluded - Dismissal ☒     Case Abandoned ☐
Case Concluded - Settlement ☐       Case Concluded - Judgment ☐      Won ☐   Lost ☐

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | ☒ | ☐ | Did contractor respond to request for info timely? | ☒ | ☐ |
| Were results as expected based on evaluations? | ☒ | ☐ | Were final products delivered on time? | ☒ | ☐ |
| Was ORM informed of ongoing case activities? | ☒ | ☐ | Were costs in line with case exposure? | ☒ | ☐ |
| Was case prosecuted timely? | ☒ | ☐ | Would you use this contractor again? | ☒ | ☐ |
| Were budgets generally accurate? | ☒ | ☐ | | | |
| Were bills submitted per billing guidelines? | ☒ | ☐ | | | |
| Were costs in line with case exposure? | ☒ | ☐ | | | |
| Were attorney opinions reliable? | ☒ | ☐ | | | |

Problems Encountered: _____

Overall Performance:  ☐ Excellent   ☒ Satisfactory   ☐ Fair   ☐ Poor
Strong Points: _____

Weak Points: _____

Additional Comments: _____

Adjuster: Geneva Blakes / 0638     Date: 06/24/2008
Approved by: James Lea             Date: 06/24/2008

# Contract Performance Evaluation

Agency Name: Division of Administration    Office Name: Office of Risk Management
Agency Contract No: _____   DOA Contract No: INTERAGENCY
Contractor Name: JENNIFER MEDLEY / DRL - NEW ORLEANS

Contract Amount: _____    Contract Cost Basis: _____
Contract Begin Date: _____    Contract End Date: _____
Actual Begin Date: 09/30/2005            Actual End Date: 12/31/2007
Contract Modifications:  Number: _____
Reasons: _____

Description of Services: DEFENSE OF ORM # 04G0504SC5972-01 LOUPE, BEVERLY

Deliverable Products:
Case Ongoing - Renewal Needed ☐     Case Concluded - Dismissal ☐     Case Abandoned ☐
Case Concluded - Settlement ☒       Case Concluded - Judgment ☐      Won ☐   Lost ☐

|  | Yes | No |  | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | ☒ | ☐ | Did contractor respond to request for info timely? | ☒ | ☐ |
| Were results as expected based on evaluations? | ☒ | ☐ | Were final products delivered on time? | ☒ | ☐ |
| Was ORM informed of ongoing case activities? | ☒ | ☐ | Were costs in line with case exposure? | ☒ | ☐ |
| Was case prosecuted timely? | ☒ | ☐ | Would you use this contractor again? | ☒ | ☐ |
| Were budgets generally accurate? | ☒ | ☐ |  |  |  |
| Were bills submitted per billing guidelines? | ☒ | ☐ |  |  |  |
| Were costs in line with case exposure? | ☒ | ☐ |  |  |  |
| Were attorney opinions reliable? | ☒ | ☐ |  |  |  |

Problems Encountered: _____

Overall Performance:  ☐ Excellent   ☒ Satisfactory   ☐ Fair   ☐ Poor
Strong Points: _____

Weak Points: _____

Additional Comments: _____

Adjuster: Geneva Blakes / 0638    [signature]    Date: 06/24/2008
Approved by: James Lea           [signature]    Date: 06/24/2008

## Contract Performance Evaluation

Agency Name: Division of Administration          Office Name: Office of Risk Management
Agency Contract No: 0560404 MC 3893              DOA Contract No: Interagency Agreement
Contractor Name: Jennifer Medley                                  LD/DOJ-CRM

Contract Amount: _____          Contract Cost Basis: _____
Contract Begin Date: _____          Contract End Date: _____
Actual Begin Date: _____          Actual End Date: _____
Contract Modifications:   Number _____
Reasons: _____

Description of Services: _____ PRISONER SUIT DEFENSE _____

Deliverable Products: _____
Case Ongoing - Renewal Needed ☐    Case Concluded - Dismissal ☒    Case Abandoned ☐
Case Concluded - Settlement ☐      Case Concluded - Judgment ☐     Won ☐   Lost ☐

|  | Yes | No |  | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFBA thorough & timely? | ☒ | ☐ | Did contractor respond to request for info timely? | ☒ | ☐ |
| Were results as expected based on evaluations? | ☒ | ☐ | Were final products delivered on time? | ☒ | ☐ |
| Was ORM informed of ongoing case activities? | ☒ | ☐ | Were costs in line with case exposure? | ☒ | ☐ |
| Was case prosecuted timely? | ☒ | ☐ | Would you use this contractor again? | ☒ | ☐ |
| Were budgets generally accurate? | ☒ | ☐ | | | |
| Were bills submitted per billing guidelines? | ☒ | ☐ | | | |
| Were costs in-line with case exposure? | ☒ | ☐ | | | |
| Were attorney opinions reliable? | ☒ | ☐ | | | |

Problems Encountered: _____
_____

Overall Performance:   ☐ Excellent   ☒ Satisfactory   ☐ Fair   ☐ Poor
Strong Points: _____
_____

Weak Points: _____
_____

Additional Comments: _____
_____

Adjuster: _Lynda Colcomb_          Date: 5-9-08
Approved by: _James Cain_          Date: 5/14/08

# Contract Performance Evaluation

Agency Name: Division of Administration  Office Name: Office of Risk Management
Agency Contract No: _____  DOA Contract No: Interagency Agreement
Contractor Name: JENNIFER MEDLEY, DRL - NEW ORLEANS

Contract Amount: N/A  Contract Cost Basis: N/A
Contract Begin Date: N/A  Contract End Date: N/A
Actual Begin Date: 11-14-05  Actual End Date: 3-14-08
Contract Modifications: Number: _____
Reasons: _____

Description of Services: LEGAL DEFENSE

Deliverable Products: _____
Case Ongoing - Renewal Needed: ☐   Case Concluded - Dismissal: ☒   Case Abandoned: ☐
Case Concluded - Settlement: ☐   Case Concluded - Judgment: ☐   Won: ☐  Lost: ☐

|  | Yes | No |  | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/RFSA thorough & timely? | ☒ | ☐ | Did contractor respond to request for info timely? | ☒ | ☐ |
| Were results as expected based on evaluations? | ☒ | ☐ | Were final products delivered on time? | ☒ | ☐ |
| Was ORM informed of ongoing case activities? | ☒ | ☐ | Were costs in line with case exposure? | ☒ | ☐ |
| Was case prosecuted timely? | ☒ | ☐ | Would you use this contractor again? | ☒ | ☐ |
| Were budgets generally accurate? | ☒ | ☐ |  |  |  |
| Were bills submitted per billing guidelines? | ☒ | ☐ |  |  |  |
| Were costs in-line with case exposure? | ☒ | ☐ |  |  |  |
| Were attorney opinions reliable? | ☒ | ☐ |  |  |  |

Problems Encountered: _____

Overall Performance: ☒ Excellent  ☐ Satisfactory  ☐ Fair  ☐ Poor
Strong Points: Ms. Medley was able to get decision in our favor on Motion for Summary Judgment. Judge pressured Medley to settle prior to ruling in our favor. Plaintiff did not appeal.
Weak Points: _____

Additional Comments: Dept. of Corrections agreed to offer $3000 as nuisance value settlement. Plaintiff rejected offer.

RECEIVED CASE TRACKING
APR - 7 2008

Adjuster: Bertha F. Merino  Date: 3-14-08  Initials: _____
Approved by: _____  Date: 3-17-08

# Contract Performance Evaluation

Agency Name: Division of Administration  
Office Name: Office of Risk Management  
Agency Contract No:  
DOA Contract No: INTERAGENCY  
Contractor Name: JENNIFER MEDLEY/ DRL-NEW ORLEANS

Contract Amount:  
Contract Cost Basis:  
Contract Begin Date:  
Contract End Date:  
Actual Begin Date: 09/30/2005  
Actual End Date: 12/14/2007  
Contract Modifications: Number:  
Reasons:

Description of Services: Defense for ORM#04G0504SC597201 LOUPE, BEVERLY

Deliverable Products:  
Case Ongoing – Renewal Needed ☐  Case Concluded – Dismissal ☐  Case Abandoned ☐  
Case Concluded – Settlement ☒  Case Concluded – Judgment ☐  Won ☐  Lost ☐

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | ☒ | ☐ | Did contractor respond to request for info timely? | ☒ | ☐ |
| Were results as expected based on evaluations? | ☒ | ☐ | Were final products delivered on time? | ☒ | ☐ |
| Was ORM informed of ongoing case activities? | ☒ | ☐ | Were costs in line with case exposure? | ☒ | ☐ |
| Was case prosecuted timely? | ☒ | ☐ | Would you use this contractor again? | ☒ | ☐ |
| Were budgets generally accurate? | ☒ | ☐ | | | |
| Were bills submitted per billing guidelines? | ☒ | ☐ | | | |
| Were costs in line with case exposure? | ☒ | ☐ | | | |
| Were attorney opinions reliable? | ☒ | ☐ | | | |

RECEIVED CASE TRACKING  
JAN 15 2009  
Initials _____

Problems Encountered: _____

Overall Performance: ☐ Excellent  ☒ Satisfactory  ☐ Fair  ☐ Poor  
Strong Points: _____

Weak Points: _____

Additional Comments: _____

Adjuster: Geneva Blakes / 0196  [signature]  Date: 12/14/2007  
Approved by: Mr. James Lea  [signature]  Date: 12/14/2007   12/14

## Contract Performance Evaluation

Agency Name: Division of Administration  Office Name: Office of Risk Management
Agency Contract No: 05G0719GR4067  DOA Contract No: Interagency Agreement
Contractor Name: Jennifer Medley  L57503-ORM

Contract Amount: _____  Contract Cost Basis: _____
Contract Begin Date: _____  Contract End Date: _____
Actual Begin Date: _____  Actual End Date: _____
Contract Modifications: Number _____
Reasons: _____

Description of Services: PRISONER SUIT DEFENSE

Deliverable Products:
Case Ongoing - Renewal Needed ☐   Case Concluded - Dismissal ☒   Case Abandoned ☐
Case Concluded - Settlement ☐   Case Concluded - Judgment ☐   Won ☐  Lost ☐

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | ☒ | ☐ | Did contractor respond to request for info timely? | ☒ | ☐ |
| Were results as expected based on evaluations? | ☒ | ☐ | Were final products delivered on time? | ☒ | ☐ |
| Was ORM informed of ongoing case activities? | ☒ | ☐ | Were costs in line with case exposure? | ☒ | ☐ |
| Was case prosecuted timely? | ☒ | ☐ | Would you use this contractor again? | ☒ | ☐ |
| Were budgets generally accurate? | ☒ | ☐ | | | |
| Were bills submitted per billing guidelines? | ☒ | ☐ | | | |
| Were costs in-line with case exposure? | ☒ | ☐ | | | |
| Were attorney opinions reliable? | ☐ | ☐ | | | |

RECEIVED CASE TRACKING
Per LTC
DEC 21 2007
Initials _____

Problems Encountered: _____

Overall Performance: ☐ Excellent  ☒ Satisfactory  ☐ Fair  ☐ Poor
Strong Points: _____

Weak Points: _____

Additional Comments: _____

Adjuster: _____  Date: 9-26-07
Approved by: _____  Date: 9.26

OSG 0126 ST 9 044

## Contract Performance Evaluation

Agency Name: Division of Administration
Office Name: Office of Risk Management
Agency Contract No: N/A
DOA Contract No: Interagency Agreement
Contractor Name: JENNIFER MEDLY DRL - NEW ORLEANS
Contract Amount: N/A
Contract Cost Basis: $115/Hr
Contract Begin Date: N/A
Contract End Date: N/A
Actual Begin Date: 7-1-05
Actual End Date: 1-01-07
Contract Modifications: Number N/A
Reasons:

Description of Services: LEGAL DEFENSE

Deliverable Products:
Case Ongoing - Renewal Needed: ☐   Case Concluded - Dismissal: ☐   Case Abandoned: ☒
Case Concluded - Settlement: ☐   Case Concluded - Judgment: ☐   Won: ☐   Lost: ☐

|  | Yes | No |  | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | ☒ | ☐ | Did contractor respond to request for info timely? | ☒ | ☐ |
| Were results as expected based on evaluations? | ☒ | ☐ | Were final products delivered on time? | ☒ | ☐ |
| Was ORM informed of ongoing case activities? | ☒ | ☐ | Were costs in line with case exposure? | ☒ | ☐ |
| Was case prosecuted timely? | ☒ | ☐ | Would you use this contractor again? | ☒ | ☐ |
| Were budgets generally accurate? | ☒ | ☐ | | | |
| Were bills submitted per billing guidelines? | ☒ | ☐ | | | |
| Were costs in-line with case exposure? | ☒ | ☐ | | | |
| Were attorney opinions reliable? | ☒ | ☐ | | | |

RECEIVED CASE TRACKING
Per LTC
DEC 21 2007
Initials _____

Problems Encountered: _____

Overall Performance: ☒ Excellent  ☐ Satisfactory  ☐ Fair  ☐ Poor
Strong Points: This meritless case was allowed to abandon. I agree with this plan of action -

Weak Points:

Additional Comments: Total defense expenses is $4533.69.

Adjuster: Bertha L. Morris   Date: 11-2-07
Approved by: _____   Date: 11-2-07

# Contract Performance Evaluation

Agency Name: Division of Administration    Office Name: Office of Risk Management
Agency Contract No: 06GC428HA8554    DOA Contract No: Interagency Agreement
Contractor Name: Jennifer Medley

Contract Amount: _____    Contract Cost Basis: _____
Contract Begin Date: _____    Contract End Date: _____
Actual Begin Date: _____    Actual End Date: _____
Contract Modifications: Number _____
Reasons: _____

Description of Services: PRISONER SUIT DEFENSE

Deliverable Products:
Case Ongoing - Renewal Needed [ ]    Case Concluded - Dismissal [ ]    Case Abandoned [X]
Case Concluded - Settlement [ ]    Case Concluded - Judgment [ ]    Won [ ]   Lost [ ]

|  | Yes | No |  | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | [✓] | [ ] | Did contractor respond to request for info timely? | [✓] | [ ] |
| Were results as expected based on evaluations? | [✓] | [ ] | Were final products delivered on time? | [✓] | [ ] |
| Was ORM informed of ongoing case activities? | [✓] | [ ] | Were costs in line with case exposure? | [✓] | [ ] |
| Was case prosecuted timely? | [✓] | [ ] | Would you use this contractor again? | [✓] | [ ] |
| Were budgets generally accurate? | [ ] | [ ] | | | |
| Were bills submitted per billing guidelines? | [✓] | [ ] | | | |
| Were costs in line with case exposure? | [ ] | [✓] | | | |
| Were attorney opinions reliable? | [ ] | [ ] | | | |

Problems Encountered: _____

Overall Performance: [ ] Excellent    [X] Satisfactory    [ ] Fair    [ ] Poor
Strong Points: _____

Weak Points: _____

Additional Comments: _____

Adjuster: _____    Date: 8-8-07
Approved by: _____    Date: 8-8-07

# Contract Performance Evaluation

Agency Name: Division of Administration    Office Name: Office of Risk Management
Agency Contract No: OGA0903Jo9219          DOA Contract No: Interagency Agreement
Contractor Name: Jennifer Medley                            LD7DCJ-ORM

Contract Amount: _____            Contract Cost Basis: _____
Contract Begin Date: _____        Contract End Date: _____
Actual Begin Date: _____          Actual End Date: _____
Contract Modifications: Number _____
Reasons: _____

Description of Services: PRISONER SUIT DEFENSE

Deliverable Products: _____

Case Ongoing - Renewal Needed [ ]   Case Concluded - Dismissal [X]   Case Abandoned [ ]
Case Concluded - Settlement [ ]     Case Concluded - Judgment [ ]    Won [ ]   Lost [ ]

|  | Yes | No |  | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | [✓] | [ ] | Did contractor respond to request for info timely? | [✓] | [ ] |
| Were results as expected based on evaluations? | [✓] | [ ] | Were final products delivered on time? | [✓] | [ ] |
| Was ORM informed of ongoing case activities? | [✓] | [ ] | Were costs in line with case exposure? | [✓] | [ ] |
| Was case prosecuted timely? | [✓] | [ ] | Would you use this contractor again? | [✓] | [ ] |
| Were budgets generally accurate? | [✓] | [ ] | | | |
| Were bills submitted per billing guidelines? | [✓] | [ ] | | | |
| Were costs in line with case exposure? | [✓] | [ ] | | | |
| Were attorney opinions reliable? | [✓] | [ ] | | | |

Problems Encountered: _____

Overall Performance: [ ] Excellent   [X] Satisfactory   [ ] Fair   [ ] Poor
Strong Points: _____

Weak Points: _____

Additional Comments: _____

Adjuster: _____        Date: 7-30-07
Approved by: _____     Date: 7-31-07

Agency Name: Division of Administration   Office Name: Office of Risk Management
Agency Contract No: 03 G 0725 ST 0732   DOA Contract No: Interagency Agreement
Contractor Name: Jennifer Medley   LD7503-ORM

Contract Amount: _____   Contract Cost Basis: _____
Contract Begin Date: _____   Contract End Date: _____
Actual Begin Date: _____   Actual End Date: _____
Contract Modifications: Number _____
Reasons: _____

Description of Services: PRISONER SUIT DEFENSE

Deliverable Products:
Case Ongoing - Renewal Needed ☐   Case Concluded - Dismissal ☒   Case Abandoned ☐
Case Concluded - Settlement ☐   Case Concluded - Judgment ☐   Won ☐   Lost ☐

|  | Yes | No |  | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | ☒ | ☐ | Did contractor respond to request for info timely? | ☒ | ☐ |
| Were results as expected based on evaluations? | ☒ | ☐ | Were final products delivered on time? | ☒ | ☐ |
| Was ORM informed of ongoing case activities? | ☒ | ☐ | Were costs in line with case exposure? | ☒ | ☐ |
| Was case prosecuted timely? | ☒ | ☐ | Would you use this contractor again? | ☐ | ☐ |
| Were budgets generally accurate? | ☒ | ☐ | | | |
| Were bills submitted per billing guidelines? | ☒ | ☐ | | | |
| Were costs in-line with case exposure? | ☒ | ☐ | | | |
| Were attorney opinions reliable? | ☒ | ☐ | | | |

Problems Encountered: _____

Overall Performance: ☐ Excellent   ☒ Satisfactory   ☐ Fair   ☐ Poor
Strong Points: _____

Weak Points: _____

Additional Comments: _____

Adjuster: _____   Date: 7.30.07
Approved by: _____   Date: 7-2?

Attorney General Performance Evaluation

Agency Name: Division of Administration  Office Name: Office of Risk Management
Agency Contract No: 03G0716LACEY
DOA Contract No: Interagency Agreement LD/DOJ - ORM
DRL ATTORNEY: JENNIFER MEDLEY

Contract Amount: _____
Contract Cost Basis: _____
Contract Begin Date: _____
Contract End Date: _____
Actual Begin Date: _____
Actual End Date: _____
Contract Modifications: Number: _____
Reasons: _____

Description of Services: LEGAL DEFENSE

Deliverable Products:
Case Ongoing - Renewal Needed ☐    Case Concluded - Dismissal ☐    Case Abandoned ☒
Case Concluded - Settlement ☐    Case Concluded - Judgment ☐    Won ☐  Lost ☐

|  | Yes | No |  | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | ☒ | ☐ | Did contractor respond to request for info timely? | ☐ | ☐ |
| Were results as expected based on evaluations? | ☒ | ☐ | Were final products delivered on time? | ☐ | ☐ |
| Was ORM informed of ongoing case activities? | ☒ | ☐ | Were costs in line with case exposure? | ☐ | ☐ |
| Was case prosecuted timely? | ☐ | ☐ | Would you use this contractor again? | ☐ | ☐ |
| Were budgets generally accurate? | ☒ | ☐ | | | |
| Were bills submitted per billing guidelines? | ☒ | ☐ | | | |
| Were costs in line with case exposure? | ☒ | ☐ | | | |
| Were attorney opinions reliable? | ☒ | ☐ | | | |

Problems Encountered: _____

Overall Performance: ☐ Excellent   ☒ Satisfactory   ☐ Fair   ☐ Poor
Strong Points: _____

Weak Points: _____

Additional Comments: _____

Adjuster: DIANE WILLIAMS        Date: 06/21/07
Approved by: Frank Frost  6/21/07    Date: _____

Contract Performance Evaluation

Agency Name: Governor's Administration  
Office Name: Office of Risk Management  
Agency Contract No: C661217Sm6111  
DOA Contract No: Interagency Agreement  
Contractor Name: Jennifer Medley

Contract Amount: _____  
Contract Cost Basis: _____  
Contract Begin Date: _____  
Contract End Date: _____  
Actual Begin Date: _____  
Actual End Date: _____  
Contract Modifications: Number _____  
Reasons: _____

Description of Services: PRISONER SUIT DEFENSE

Deliverable Products: --

- [ ] Case Ongoing - Renewal Needed
- [x] Case Concluded - Dismissal
- [ ] Case Abandoned
- [ ] Case Concluded - Settlement
- [ ] Case Concluded - Judgment
- [ ] Won
- [ ] Lost

|   | Yes | No |   | Yes | No |
|---|---|---|---|---|---|
| Were case evaluations/ RFSA thorough & timely? | ✓ |  | Did contractor respond to request for info timely? | ✓ |  |
| Were results as expected based on evaluations? | ✓ |  | Were final products delivered on time? | ✓ |  |
| Was ORM informed of ongoing case activities? | ✓ |  | Were costs in line with case exposure? | ✓ |  |
| Was case prosecuted timely? | ✓ |  | Would you use this contractor again? |  |  |
| Were budgets generally accurate? | ✓ |  |  |  |  |
| Were bills submitted per billing guidelines? | ✓ |  |  |  |  |
| Were costs in line with case exposure? | ✓ |  |  |  |  |
| Were attorney opinions reliable? | ✓ |  |  |  |  |

Problems Encountered: _____

Overall Performance: [ ] Excellent  [x] Satisfactory  [ ] Fair  [ ] Poor

Strong Points: _____

Weak Points: _____

Additional Comments: _____

Adjuster: Lynda Colomb    Date: 1-3-07  
Approved by: _____    Date: 1-3-07