| Witness | Date | Page | Summary |
|---|---|---|---|
| Gayle Truly | 09.24.10 | 17 | people were intimidated by Foti and didn't complain |
| | | 18 | employees are less willing to come forward because they can be terminated without employer giving a reason |
| | | 25 | People would make suggestions in meetings and were ridiculed, certainly no one criticized anything |
| | | 27 | Karen Peterson reported that the DOJ wasn't doing something it was supposed to and so they didn't like her |
| | | 27 | Pauline wanted parking space, Karen Peterson reported on it, Pauline was fired |
| | | 55 | people were initimidated by the general |
| Neomie Savoy | 09.23.10 | 23 | Savoy asked to pull documents from Carmella Parker's personnel file |
| Stephen Babin | 09.23.10 | 17-19 | Medley wants Civil Rights Cases, no one hired while she was employed at DOJ but now Tanya Irvin is hired to do Civil Rights |
| | | 20 | Medley requested Civil Rights Cases |
| | | 27 | Medley complains Paul is looking in her cubicle and checking on her more than other people |
| | | 30 | Babin never received complaints about Medley's performance in civil rights |
| Sharry Scott | 09.23.10 | 30 | Scott has no knowledge of Medley ever losing a civil rights case |
| | | 35 | Fears there could be reprecussions from her giving testimony in the deposition - retalliation |
| | | 43 | Printer distance is the entire length of the building away |
| | | 54 | Scott believes "Paul would block me at any chance if he could. And frankly I think he would do the same to Jennifer…but I was aware he checked on her [Jennifer] as well as other people" |
| | | 55 | Paul also checked on Pauline Feist more often than others |
| | | 60 | "I, frankly, think nothing good cn come from this [deposition testimony] for me and my career at the attorney general's office." |
| Rene Free | 04.16.10 | 8 | participated in EEOC seminars |
| | | 11 | pay issues with Senator Peterson, Free wasn't asked anything concerning pay issues |
| | | 15 | "I defer to the directors of the respective divisions to handle their personnel stuff" |
| | | 16 | knowls that there were studies of salaries as it applies to race and gender but never saw the results |
| | | 19 | policies and procedures were last updated in 2000 |

| Witness | Date | Page | Summary |
|---|---|---|---|
| | | 20 | policy may be that evaluations are done once per year but that is not the practice because each AG does things the way they want to |
| Sha Carter | 04.16.10 | | Entire Deposition is about Retaliation |
| Rob Harroun | 04.16.10 | 14 | Renee Free and John Sinquefield discussed the salary investigation with Harroun |
| | | 18 | Carmella Parker and issues raised to her attorney are unknown to Harroun |
| | | 21 | Carter Peterson and budget cuts and any issues Carmella Parker raised to her attorney |
| | | 22 | didn't hear about issues with Medley until a week ago |
| | | 28 | relies on the section chiefs for reports on AAG job performances |
| | | 45 | study on litigation attorney's pay |