UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JENNIFER M. MEDLEY                           CIVIL ACTION

VERSUS                                       NO. 09-4570

LOUISIANA STATE DEPARTMENT OF JUSTICE        SECTION "J"

J U D G M E N T

Considering the court's Order and Reasons dated October 21, 2010, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of

defendant, Louisiana State Department of Justice, and against plaintiff, Jennifer M. Medley,

dismissing the plaintiff's suit with prejudice, at plaintiff's cost.

New Orleans, Louisiana, this ___25th___ day of OCTOBER, 2010.

_____
UNITED STATES DISTRICT JUDGE